# Exhibit 1

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Effective Date:**  December 13, 2025

**Deed of Trust:**

| | |
|---|---|
| Date: | March 17, 2023 |
| Grantor: | JMK5 MARINA LLC, a Texas limited liability company |
| Grantor's County: | Galveston County, Texas |
| Beneficiary: | THE MINT NATIONAL BANK, N.A., a national banking association |
| Trustee: | David Bubier |
| Substitute Trustee: | JIM MILLS, SUSAN MILLS, GEORGE HAWTHORNE, ED HENDERSON, ANDREW MILLS-MIDDLEBROOK |
| Recorded in: | Document number 2023013175 in the Official Public Records of Galveston County, Texas |

**Property to be sold:**  See Attached Exhibit A Legal Description

and all other property, tangible and intangible described in the Deed of Trust. The interests in the property being sold are limited to those expressly warranted by the Grantor in the Deed of Trust subject to any exceptions referenced in the Deed of Trust or appearing of record to the extent the same are still in effect and shall not cover any property that has been released from the lien of the Deed of Trust.

**Date of sale of Property:**  January 6, 2026

**Earliest time sale will begin:**  11:00 am or no later than three (3) hours thereafter.

**Place of Sale of Property (including county):**

The lobby of the Galveston County Courthouse, 1st Floor, 722 Moddy (21st Street), Galveston, Galveston County, Texas 77550, or, if the preceding area(s) is/are no longer the area(s) designated by the Galveston County Commissioner's Court, at the area most recently designated by the Galveston County Commissioner's Court pursuant to Texas Property Code Section 51.002.

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the deed of trust.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

JIM MILLS, SUSAN MILLS, GEORGE HAWTHORNE, ED HENDERSON, ANDREW MILLS-MIDDLEBROOK

9130 Jollyville Rd., Ste 100-21
Austin, Texas 78759

---

*Notice of Substitute Trustee's Sale*

# EXHIBIT A

**TRACT 1:**

UNRESTRICTED RESERVE "D", OF MARINA DEL SOL, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 18, PAGE 160, IN THE OFFICE OF THE COUNTY CLERK OF GALVESTON COUNTY, TEXAS.

**TRACT 2:**

Being a tract or parcel containing 14.639 acres (637,681 square feet) of land situated in the Michael Muldoon Two League Grant, Abstract Number 18, Galveston County, Texas; being all of that certain tract of land (Tract 2) and a portion of that certain tract of land (Tract 1) conveyed to JMK5 Marina, LLC as described by deed recorded under Galveston County Clerk's File (G.C.C.F.) Number 2022025374; being out of and a part of Restricted Reserve "A-1", MARINA ON THE LAKE SUBDIVISION, a subdivision plat of record at Plat Record 18, Map Number(s) 77-78, Galveston County Map Records (G.C.M.R.); being all of Restricted Reserve "E", MARINA DEL SOL, a subdivision plat of record at Plat Record 18, Map Number 160, G.C.M.R.; said 14.639 acre tract of land being more particularly described as follows (bearings are grid and oriented to the Texas State Plane Coordinate System, South Central Zone Number 4204, US Survey Feet, NAD83(NA2011);

COMMENCING at a 5/8-inch iron rod found on the southerly right-of-way (R.O.W.) line of Twin Oaks Boulevard (90 feet wide) and marking the most westerly corner of said Restricted Reserve "D" and the herein described tract;

THENCE, North 71°49'15" East, along said southerly R.O.W. line, a distance of 9.92 feet to a point of curvature for a curve to the left, from which a 1/2-inch iron rod found bears North 28°32' West, 0.54 feet;

THENCE, Northeasterly, an arc distance of 172.76 feet along said southerly R.O.W. line and curve to the left, having a radius of 323.01 feet, a central angle of 30°38'38", and a chord which bears North 56°29'56" East, 170.71 feet to a 3/8-inch iron rod found marking a point of tangency;

THENCE, North 41°10'36" East, continuing along said southerly R.O.W. line, a distance of 26.57 feet to a 3/8-inch iron rod found marking the most northerly corner of said Unrestricted Reserve "D" and a point of curvature for a curve to the right, said iron rod also for the POINT OF BEGINNING of the herein described tract;

THENCE, Northeasterly, an arc distance of 81.44 feet along said southerly R.O.W. line and a curve to the right, having a radius of 123.99 feet, a central angle of 37°37'56", and a chord which bears North 59°59'34" East, 79.96 feet to an "X" cut in concrete found marking a point of tangency;

THENCE, North 78°48'06" East, continuing along said southerly R.O.W. line, a distance of 34.35 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most westerly corner of Lot 1, Block 1, MARINA DEL SOL and for the most northerly corner of the herein described tract;

THENCE, South 18°47'54" East, departing said southerly R.O.W. line, a distance of 232.22 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most southerly corner of Lot 1, Block 1, MARINA DEL SOL and for an interior corner of the herein described tract;

THENCE, North 72°17'42" East, along the southerly lines of Lots 1-8, Block 1, MARINA DEL SOL, a distance of 677.25 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 33°34'46" East, along the westerly lines of Lots 9-12, Block 1, MARINA DEL SOL, a distance of 320.00 feet to a 1/2-inch iron rod found marking the most southerly corner of said Lot 12 and an angle point;

THENCE, North 83°14'14" East, along the southerly lines of Lot 12 and Restricted Reserve "A", MARINA DEL SOL, a distance of 84.00 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

---

*Exhibit A to Notice of Substitute Trustee's Sale*

THENCE, South 77°11'15" East, continuing along a southerly line of said Restricted Reserve "A", a distance of 36.60 feet to a 1/2-inch iron rod found marking an angle point;

THENCE, North 77°34'46" East, continuing along a southerly line of said Restricted Reserve "A", a distance of 41.66 feet to an "X" cut in concrete found marking an angle point;

THENCE, North 64°05'30" East, continuing along a southerly line of said Restricted Reserve "A", a distance of 30.97 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most easterly corner of the herein described tract;

THENCE, South 00°04'18" West, continuing along a southerly line of said Restricted Reserve "A", a distance of 9.25 feet to an angle point:

THENCE, South 00°04'12" West, over and across Clear Lake, a distance of 284.68 feet to the most northerly corner of Lot 6, Block 1, LOOKOUT POINT AT MARINA DEL SOL, a subdivision plat of record at Plat Record 18, Map Number 1083, G.C.M.R.;

THENCE, South 02°33'19" West, along a northerly line of said Lot 6, a distance of 13.65 feet to a 5/8-inch iron rod found marking an angle point;

THENCE, North 74°49'47" West, along a northerly line of said Lot 6, a distance of 19.85 feet to an angle point;

THENCE, South 82°03'13" West, along a northerly line of said Lots 5 and 6, a distance of 129.61 feet to a 1/2-inch iron rod found marking an angle point;

THENCE, South 68°11'21" West, along a northerly line of said Lot 5, a distance of 50.94 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 07°38'46" West, along a westerly line of said Lot 5, a distance of 48.03 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most northerly common corner of Lots 4 and 5;

THENCE, South 72°17'42" West, along the northerly lines of Lots 1-4, LOOKOUT POINT AT MARINA DEL SOL, a distance of 220.68 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most northerly corner of the aforesaid Restricted Reserve "E", MARINA DEL SOL;

THENCE, South 17°18'10" East, along the common line of said Lot 1 and Restricted Reserve "E", a distance of 193.23 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set on the northerly R.O.W. line of Marina Way (60 feet wide);

THENCE, South 72°41'50" West, along said northerly R.O.W. line, a distance of 65.00 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the southerly common corner of said Restricted Reserve "E" and Lot 1, Block 1, REPLAT OF MARINA ON THE LAKE SUBDIVISION RESERVE "I", a subdivision plat of record at Plat Number 2016010487, G.C.M.R.

THENCE, North 17°18'10" West, departing said northerly R.O.W. line, at 176.01 feet passing the easterly common corner of said Lot 1 and Restricted Reserve "A", REPLAT OF MARINA ON THE LAKE SUBDIVISION RESERVE "I", continuing in all for a total distance of 192.77 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 72°17'42" West, along a northerly line of said Restricted Reserve "A", a distance of 478.85 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

*Exhibit A to Notice of Substitute Trustee's Sale*

THENCE, North 27°39'39" West, continuing along a northerly line of said Restricted Reserve "A", a distance of 31.39 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 62°07'15" West, continuing along a northerly line of said Restricted Reserve "A", a distance of 52.34 feet to a 5/8-inch iron rod found marking an angle point;

THENCE, South 34°05'33" West, continuing along a northerly line of said Restricted Reserve "A", a distance of 63.46 feet to a 5/8-inch iron rod found marking an angle point;

THENCE, South 11°49'14" West, at 41.30 feet passing the common corner of said Restricted Reserve "A" and Lot 15, Block 2, REPLAT OF MARINA ON THE LAKE SUBDIVISION RESERVE "I", continuing in all for a total distance of 89.00 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 45°08'14" West, along a northerly line of said Lot 15, a distance of 37.43 feet to a 1/2-inch iron rod found marking the most westerly corner of said Lot 15;

THENCE, North 18°49'14" West, a distance of 358.57 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the most westerly southwest corner of Unrestricted Reserve "C", MARINA DEL SOL;

THENCE, North 81°20'54" East, along a southerly line of said Unrestricted Reserve "C", a distance of 33.29 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, South 54°53'46" East, along a southerly line of said Unrestricted Reserve "C", a distance of 35.00 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the westerly common corner of said Unrestricted Reserve "C" and Restricted Reserve "B", MARINA DEL SOL;

THENCE, South 20°26'46" East, along the westerly line of said Restricted Reserve "B", a distance of 105.95 feet to a 3/8-inch iron rod found marking the most southerly corner of said Restricted Reserve "B";

THENCE, North 80°02'14" East, along the southerly line of said Restricted Reserve "B", a distance of 121.31 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the southeast corner of said Restricted Reserve "B";

THENCE, North 11°47'16" West, along an easterly line of said Restricted Reserve "B", a distance of 64.98 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking an angle point;

THENCE, North 21°04'44" East, a distance of 79.55 feet to a 5/8-inch iron rod with plastic cap stamped "BOUNDARY ONE-RPLS 5489" set marking the easterly common corner of said Unrestricted Reserve "C" and Restricted Reserve "B";

THENCE, North 18°47'54" West, at 438.11 feet passing an "X" cut in concrete found marking the easterly common corner of Unrestricted Reserve "C" and Restricted Reserve "D", MARINA DEL SOL, continuing in all for a total distance of 633.11 feet to an "X" cut in concrete found marking a point of curvature for a curve to the left;

THENCE, Westerly, an arc distance of 52.22 feet along said curve to the left, having a radius of 25.00 feet, a central angle of 119°40'50", and a chord which bears North 78°45'07" West, 43.23 feet to the POINT OF BEGINNING and containing 14.639 acres (637,681 square feet) of land.

SAVE AND EXCEPT that certain 1.126 acres (49,043 square feet) of land being more particularly described as follows:

Being a tract or parcel containing 1.126 acres (49,043 square feet) of land situated in the Michael Muldoon Two League Grant, Abstract Number 18, Galveston County, Texas; being out of and a part of that certain tract of land (Tract 2) conveyed to JMK5 Marina LLC as described by deed recorded under Galveston County Clerk's File (G.C.C.F.) Number 2022025374; being out of and a part of Restricted Reserve "A-1", MARINA ON THE LAKE SUBDIVISION, a subdivision plat of record at

Plat Record 18, Map Number(s) 77-78, Galveston County Map Records (G.C.M.R.); said 1.126 acre tract of land being more particularly described as follows (bearings are grid and oriented to the Texas State Plane Coordinate System, South Central Zone Number 4204, US Survey Feet, NAD83(NA2011);

COMMENCING at a 5/8-inch iron rod found on the southerly right-of-way (R.O.W.) line of Twin Oaks Boulevard (90 feet wide) and marking the most westerly corner of Restricted Reserve "D", MARINA DEL SOL, a subdivision plat of record at Plat Record 18, Map Number 160, G.C.M.R.;

THENCE, North 71°49'15" East, along said southerly R.O.W. line, a distance of 9.92 feet to a point of curvature for a curve to the left, from which a 1/2-inch iron rod found bears North 28°32' West, 0.54 feet;

THENCE, Northeasterly, an arc distance of 172.76 feet along said southerly R.O.W. line and curve to the left, having a radius of 323.01 feet, a central angle of 30°38'38", and a chord which bears North 56°29'56" East, 170.71 feet to a 3/8-inch iron rod found marking a point of tangency;

THENCE, North 41°10'36" East, continuing along said southerly R.O.W. line, a distance of 26.57 feet to a 3/8-inch iron rod found marking the most northerly corner of said Restricted Reserve "D" and a point of curvature for a curve to the right, said iron rod also for the POINT OF BEGINNING of the herein described tract;

THENCE, Northeasterly, an arc distance of 81.44 feet along said southerly R.O.W. line and a curve to the right, having a radius of 123.99 feet, a central angle of 37°37'56", and a chord which bears North 59°59'34" East, 79.98 feet to an "X" cut in concrete found marking a point of tangency;

THENCE, North 78°48'06" East, continuing along said southerly R.O.W. line, a distance of 24.18 feet to the most northerly corner of the herein described tract;

THENCE, South 18°47'54" East, departing said southerly R.O.W. line and over and across said Restricted Reserve "A-1", MARINA ON THE LAKE SUBDIVISION, a distance of 667.10 feet to an angle point;

THENCE, North 71°12'06" East, continuing over and across said Restricted Reserve "A-1", a distance of 15.04 feet to an angle point;

THENCE, South 18°47'54" East, continuing over and across said Restricted Reserve "A-1", a distance of 52.00 feet to the most easterly corner of the herein described tract;

THENCE, South 72°11'45" West, continuing over and across said Restricted Reserve "A-1", a distance of 121.74 feet to the northeasterly line of Restricted Reserve "B", MARINA DEL SOL and for the most southerly corner of the herein described tract;

THENCE, North 21°04'44" East, along said northeasterly line, a distance of 65.01 feet to the easterly common corner of said Restricted Reserve "B" and Unrestricted Reserve "C", MARINA DEL SOL and for an angle point;

THENCE, North 18°47'54" West, at 438.11 feet passing the easterly common corner of said Unrestricted Reserve "C" and Restricted Reserve "D", MARINA DEL SOL, continuing in all for a total distance of 633.11 feet to an "X" cut in concrete found marking a point of curvature for a curve to the left;

THENCE, Westerly, an arc distance of 52.22 feet along said curve to the left, having a radius of 25.00 feet, a central angle of 119°40'50", and a chord which bears North 78°45'07" West, 43.23 feet to the POINT OF BEGINNING and containing 1.126 acres (49,043 square feet) and yielding a NET acreage of 13.513 acres (588,638 square feet) of land. This description is based on a Land Title Survey of 15.630 Acres (2 Tracts) prepared by Boundary One, LLC, dated April 4, 2022. Project Number 6767-2202-619V.

# FILED

Instrument Number: FILED2025001526

Filing Fee: 2.00

Number of Pages:  7

Filing Date: 12/15/2025 10:56:31 AM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*