**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Jointly Administered Under** |
| **ILS Income Fund I LP, and** § | |
| **ILS Growth Fund I LP,** § | |
| § | **Case No. (25-37277-11)** |
| **Debtors.** § | |

**NOTICE OF SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS #4 ,# 13 and # 30**
**[Related to Docket No. 8]**

PLEASE TAKE NOTICE that Debtor ILS Growth Fund I LP files the Supplement to the Statement of Financial Affairs #4, #13, and #30.

Dated: December 30, 2025                    Respectfully submitted,

                              **HASELDEN FARROW PLLC**

                              By: */s/ Melissa A. Haselden*
                              MELISSA A. HASELDEN
                              State Bar No. 00794778
                              708 Main St, 10th Floor
                              Houston, Texas 77002
                              Telephone: (832) 819-1149
                              Facsimile: (866) 405-6038
                              mhaselden@haseldenfarrow.com

                              *Attorneys for Debtors and Debtors in Possession ILS INCOME FUND I LP, AND ILS GROWTH FUND I LP*

**Certificate of Service**

I certify that on December 30, 2025 a copy of the **NOTICE OF SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS #4, #13, and #30** was served on the parties requesting notice through the Court's BK/ECF filing system.

/s/ Melissa A. Haselden
MELISSA A. HASELDEN

-2-