**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| | § | **Jointly Administered Under** |
| **ILS Income Fund I LP, and** | § | |
| **ILS Growth Fund I LP,** | § | |
| | § | **Case No. (25-37277-11)** |
| **Debtors.** | § | |
| | § | |

**NOTICE OF SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS #4, #13 and**
**#30**
**[Related to Docket No. 9]**

PLEASE TAKE NOTICE that Debtor ILS Income Fund I LP files the Supplement to the

Statement of Financial Affairs #4, #13, and #30.

Dated: December 30, 2025

Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
708 Main St, 10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com

*Attorneys for Debtors and Debtors in Possession ILS*
*INCOME FUND I LP, AND ILS GROWTH FUND I LP*

-1-

**<u>Certificate of Service</u>**

I certify that on December 30, 2025 a copy of the **NOTICE OF SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS #4, #13, and #30** was served on the parties requesting notice through the Court's BK/ECF filing system.

<u>/s/ Melissa A. Haselden</u>
MELISSA A. HASELDEN