United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 08, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-37277** |
| **ILS INCOME FUND 1, LP** | § | |
| **and** | § | |
| **ILS GROWTH FUND 1 LP,** | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 7** |

### ORDER TO SHOW CAUSE

On December 30, 2025, ILS Investors filed a Response to Trustee's Motion to Extend Automatic Stay.[1]  Based on this Court's review of the petition, the Court finds that Reginald J. Fox, ("*Respondent's Counsel*"), is currently not admitted to the Southern District of Texas.

It is therefore:

**ORDERED** that **Reginald J.  Fox**, Counsel for Respondent, ILS Investors, appear at an **electronic** hearing scheduled for **January 26, 2026, at 9:30 a.m.,** before the United States Bankruptcy Court, Houston Division, at which time Counsel must explain why Counsel is appearing in this without proper admittance to the Southern District of Texas. For parties who wish to appear in person, the hearing will be held at the United States Bankruptcy Court, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78520.

Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

To participate electronically, parties must follow the instructions set forth on Judge Rodrguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.  **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically.  One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

SIGNED Thursday, January 8, 2026

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 20.