**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **ILS Income Fund I LP,** *and*<br>**ILS Growth Fund I LP,** | § §<br>§ | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § §<br>§ | **(Jointly Administered)** |

**ORDER AUTHORIZING EMPLOYMENT OF TROUTMAN PEPPER LOCKE, LLP**
**AS GENERAL BANKRUPTCY COUNSEL FOR THE TRUSTEE**
**FOR THE BANKRUPTCY ESTATES OF**
<u>**ILS INCOME FUND I LP AND ILS GROWTH FUND I LP**</u>
(Related to Docket No. ___)

The Court has considered the *Application for Employment of Troutman Pepper Locke, LLP as General Bankruptcy Counsel for the Trustee for the Bankruptcy Estates of ILS Income Fund I LP and ILS Growth Fund I LP* (the "***Application***")[1] filed by Ronald J. Sommers, the Trustee of the Estates, seeking authority to employ and appoint the law firm of Troutman Pepper Locke, LLP ("***Troutman***" and "***Law Firm***") as his general bankruptcy counsel, effective December 10, 2025 and to designate Elizabeth M. Guffy and Simon R. Mayer to act as co-lead counsel, to represent him as the Trustee.  It appears from the Application and the Declaration of the Law Firm that the members of the Houston offices of the Law Firm are attorneys duly admitted to practice in this Court, and that Law Firm represents no interest adverse to the Trustee, the Estates, or the United States Trustee in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Estates, and that the Case is one that requires retention of counsel.  It is therefore:

---

[1]  All capitalized terms unless otherwise defined herein shall have the meaning ascribed to them in the Application.

**ORDERED** that Ronald J. Sommers, Trustee of the Estates of ILS Income and ILS Growth, be and hereby is authorized to employ the law firm of Troutman Pepper Locke LLP, with Elizabeth M. Guffy and Simon R. Mayer to act as co-lead counsel, to represent him as Trustee in the Bankruptcy Case effective December 10, 2025, to perform the professional services described below:

i. To assist the Trustee with respect to the disposition of the assets of the Estates, including, but not limited to, the sale of secured notes held by the Debtors, the foreclosure of liens held by the Debtor, and the sale of any properties purchased by the Estates through a credit bid at foreclosure;

ii. to file pleadings with the Court and to represent the interests of the Debtors' respective Estate in regard to any adversaries, appeals, or contested matters before this Court and litigation in other courts, particularly with regard to the Estates' alleged interests in various assets and the positions of unsecured creditors, whether by motion, adversary action, turnover proceedings, or litigation activities of every description in other courts;

iii. to assist the Trustee, including the drafting and filing of any necessary pleadings, in the recovery and liquidation of any assets of the Estates;

iv. to assist the Trustee, including the drafting and filing of any necessary pleadings, in the avoidance and recovery of any claims or causes of action held by the Estates, including any claims under chapter 5 of the Bankruptcy Code;

v. to analyze, institute, and prosecute actions regarding determination and recovery of property of the Estates, to the extent such activities would be economically beneficial to the Estates;

vi. to institute and prosecute non-routine objections to proofs of claim;

vii. to aid in the representation of Trustee in any litigation against the Trustee in his official capacity;

viii. to render legal advice and assistance with regard to matters involving taxation of the Estates;

ix. to assist in resolution of title problems associated with property of either Estate;

x. to collect any judgments that may be entered in favor of an Estate; and

xi. to assist the Trustee to operate the business of the Debtor(s), if any, as necessary.

3

It is further

**ORDERED** that Troutman shall not be compensated by the Estates for performing duties required to be performed by the Trustee.  It is further

**ORDERED** that all fees and expenses paid to Troutman are subject to application to and approval by the Court.  And it is further

**ORDERED** that should the Trustee desire for Troutman to perform any additional professional services, other than those authorized herein, or should the Trustee desire to appoint additional counsel to perform legal services, leave is hereby granted to the Trustee to file such other applications or supplemental applications as may be necessary.

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

3