<table>
<tr><td colspan="2"><u>Information to identify the case:</u></td></tr>
<tr><td>Debtor</td><td>ILS Income Fund 1, LP<br><br>Name</td><td>EIN: 36–4903164</td></tr>
<tr><td colspan="2">United States Bankruptcy Court   Southern District of Texas</td><td>Date case filed for chapter:   7   12/1/25</td></tr>
<tr><td colspan="2">Case number:   25–37277</td><td></td></tr>
</table>

<u>Official Form 309C (For Corporations or Partnerships)</u>

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ILS Income Fund 1, LP | |
| 2. | **All other names used in the last 8 years** | dba ILS Income Fund, fdba ILS Long Term Fund 1 LP | |
| 3. | **Address** | 17171 Park Row<br>Suite 150<br>Houston, TX 77084 | |
| 4. | **Debtor's attorney**<br>Name and address | Melissa Anne Haselden<br>Haselden Farrow PLLC<br>708 Main Street<br>Ste 10th Fl<br>Houston, TX 77002 | Contact phone 832–819–1149<br><br>Email: mhaselden@haseldenfarrow.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronald J Sommers<br>Ronald Sommers, Trustee<br>1400 Post Oak Blvd., Suite 300<br>Houston, TX 77056 | Contact phone 713–892–4801<br><br>Email: efile@nathansommers.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 1/7/26 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 1, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 682 178 5371, and Passcode 6535301858, OR call 1 346 489 6624**<br><br>For additional meeting information go to *www.justice.gov/ust/moc.* |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                    Case No. 25-37277-evr

ILS Income Fund 1, LP                                                                     Chapter 7

ILS Growth Fund 1 LP

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                           User: ADIuser                                  Page 1 of 5

Date Rcvd: Jan 07, 2026                        Form ID: 309C                               Total Noticed: 185

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | #+ | ILS Income Fund 1, LP, ILS Growth Fund 1 LP, 17171 Park Row, Suite 150, Houston, TX 77084-4998 |
| aty | + | Aaron J Power, Porter Hedges LLP, 1000 Main 36th Flr, Houston, TX 77002-6341 |
| aty | + | Elyse M Farrow, Haselden Farrow PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | Lydia R Webb, Gray Reed & McGraw LLP, 1601 Elm St, Ste 4600, Dallas, TX 75201-7212 |
| aty | + | Misty A Segura, Spencer Fane, LLP, 3040 Post Oak Blvd., Ste 1400, Houston, TX 77056-6584 |
| aty | | Richard Anthony Battaglia, Richard A. Battaglia, P.C., P. O. Box 131276, Houston, TX 77219-1276 |
| aty | + | Simon Richard Mayer, Troutman Pepper Locke LLP, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| aty | + | W Lee Keeling, Walker Keeling LLP, P.O. Box 108, Victoria, TX 77902-0108 |
| intp | + | Greg Garcia, PO Box 145, Port Lavaca, TX 77979, UNITED STATES 77979-0145 |
| cr | + | Jefferson Tomlinson, Consulting Inc 401k #1723964, 77 Crystal Lake Ln, The Woodlands, TX 77380-1893 |
| cr | + | Jet Lending, LLC, 1419 FM 1960 East, Houston, TX 77073-2101 |
| intp | + | Reginald J. Fox, 9015 Weymouth Drive, Houston, TX 77031-3032 |
| intp | + | The Mint National Bank, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| 13145125 | + | 600 Gemini LLC, Meade Neese & Barr LLP, Attn: Andrew K Meade, 2118 Smith Street, Houston, TX 77002-8628 |
| 13145139 | + | ATAG Investment Holdings LLC, 1856 Highland Drive, Fernandina Beach, FL 32034-2409 |
| 13145126 | + | Ahmad Zavitsanos & Mensing PLLC, Attn: Shahmeer Halepota, 1221 McKinney Ste 2500, Houston, TX 77010-2021 |
| 13145127 | + | Aileron Investments LLC, 6713 Wooded Cove Court, Flowery Branch, GA 30542-3897 |
| 13145128 | + | Albert F. Furtado Roth IRA, 1425 Pine Forest Dr, Pearland, TX 77581-8746 |
| 13145129 | + | Andrew Duckett IRA, 5 Carla Circle, Mountain Brook, AL 35213-3001 |
| 13145130 | + | Andrew Gillott & Chela Gillott, 8782 E 148th Ln, Thornton, CO 80602-5799 |
| 13145131 | + | Ann Miller IRA, 138 Chancellor Drive, Chambersburg, PA 17201-3903 |
| 13145132 | + | Annette D Wied IRA, 2202 Raun Ln, El Campo, TX 77437-6704 |
| 13145133 | + | Annie M Pedersen, 1033 Summer Cape Circle, League City, TX 77573-6397 |
| 13145134 | + | Annie M Pedersen IRA, 712 Saturnia Ln, League City, TX 77573-6806 |
| 13145135 | + | Archie R Beckett Jr & Dani N Beckett, 6007 Tamsworth Ct, Parker, TX 75002-5471 |
| 13145136 | + | Archie R Beckett Jr IRA, 6007 Tamsworth Ct, Parker, TX 75002-5471 |
| 13145137 | + | Archie R Beckett Jr Roth IRA, 6007 Tamsworth Ct, Parker, TX 75002-5471 |
| 13145138 | + | Arnold England & Linda England, PO Box 292, Brookshire, TX 77423-0292 |
| 13145140 | + | Birch Lake Corp Solo 401k, 1176 Dover Ln, San Mateo, CA 94404-3609 |
| 13145141 | + | Bradley Stavinoha Roth IRA, 10522 Will Lehmann Rd, Needville, TX 77461-9164 |
| 13145142 | + | Brede Interests LLC Series One, PO Box 821048, Houston, TX 77282-1048 |
| 13145143 | + | Brenda J Biondo, 422 Lookout Lane, Dickinson, TX 77539-5066 |
| 13145144 | + | Brian Collins Trustee of The Trustees, of Barrett & Collins DDS PLLC 401k FBO, Brian Collins #7771227, 1613 Whispering Meadows, Zebulon, NC 27597-7367 |
| 13145145 | + | Bryan L Cepak, 705 Tall Pines Dr, Friendswood, TX 77546-4455 |
| 13145146 | + | Bungalow Investments, 124 Drake Ct, West Islip, NY 11795-5020 |
| 13145152 | + | CJR Family Investments LLC, 35 Ainsley Court, Buffalo, NY 14221-2867 |
| 13145153 | + | CJW Investment Trust, 442 Seaside Sparrow Way, Richmond, TX 77469-2161 |
| 13145154 | + | CTC Pacific, PO Box 1405, South Pasadena, CA 91031-1405 |
| 13145155 | + | CW Inc 401k Plan, 442 Seaside Sparrow Way, Richmond, TX 77469-2161 |
| 13145147 | + | Calvin Lamensky IRA, 1415 Miles Street, Rosenberg, TX 77471-4644 |
| 13145148 | + | Calvin Lamensky Roth IRA, 1415 Miles Street, Rosenberg, TX 77471-4644 |
| 13145149 | + | Cassidy Investments LLC, 3146 SW Shadow Lane, Topeka, KS 66604-2541 |
| 13145150 | + | Cavett Turner & Wyble LLP, 2920 Toccoa Road, Beaumont, TX 77703-4991 |

13145151 + Christopher and Cori Waters Revocable, Living Trust, 1604 Parkview Drive, Grand Island, NE 68801-7577

13145156 + Cynthia Miller, 178 Lakeview Blvd, New Braunfels, TX 78130-8102

13145157 + D. Kent Moberly & M. Elaine Moberly, 1103 Oak Tree Dr, Chapel Hill, NC 27517-4079

13145162 + DBDSKD Investments LLC, 1700 Valley Rd, Gainsville, GA 30501-1222

13145167 + DFS Bayside Fund LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145168 + DFS Cornerstone I LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145169 + DFS Legacy Holdings LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145170 + DFS MGMT Corp, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145171 + DFSWIM LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145172 + DGE Fund I LP, 12 Village Oake Lane, Houston, TX 77055-6533

13145185 + DSP Family Qualified Holdings LLC, 6933 Hansa Loop, Austin, TX 78739-2209

13145158 + Daisy Caye Qualified Holdings LLC, 708 Westbank Rd, Glenwood Springs, CO 81601-9378

13145159 + Dani N Beckett Roth IRA, 6007 Tamsworth Ct, Parker, TX 75002-5471

13145160 + David R Scharf HSA, 124 Drake Ct, West Islip, NY 11795-5020

13145161 + David Scharf HSA, 124 Drake Ct, West Islip, NY 11795-5020

13145163 + Deanna E Temple IRA, 1542 Tuscan Village Drive, League City, TX 77573-6478

13145164 + Deanna Temple, 1542 Tuscan Village Drive, League City, TX 77573-6478

13145165 + Deborah Kay Lachner IRA, 12807 Telge Road, Apt 3112, Cypress, TX 77429-1829

13145166 + Devek K. Frech & Terry L Frech, 2700 Cooke Avenue, Wichita Falls, TX 76308-1227

13145173 + Donald & Fredialyn Sutton, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145174 + Donald James Sutton & Fredialyn Marie, Sutton as Co-Trustees of DFS Living Trus, Gray Reed Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145175 + Donald James Sutton & Fredialyn Sutton, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145176 + Donald Sutton & Fredialyn Sutton, 2007 Kirby Drive, El Campo, TX 77437-9313

13145177 + Donald W Pedersen & Dina Pedersen, 1922 Morning Tide Lane, League City, TX 77573-6952

13145178 + Donald Wayne Pedersen Inherited IRA, 1922 Morning Tide Lane, League City, TX 77573-6952

13145179 + Donales James Sutton & Fredialyn Sutton, as Co-Trustees of DFS Living Trust UTA, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000

13145180 + Donna Stavinoha, 10420 Will Lehman Rd, Needville, TX 77461-9163

13145181 + Douglas B Temple IRA beneficiary of Dea, Temple, deceased, 555 Kings Drive, Freeport, TX 77541-7701

13145182 + Douglas O Wishert IRA, 902 College St, El Campo, TX 77437-2805

13145183 + Douglas Wishert IRA, 902 College St, El Campo, TX 77437-2805

13145184 + Drastata Children's Trust for Ramona, Drastata Krenek, 1107 Grand River Drive, Richmond, TX 77406-1848

13145186 + Elizabeth G Nelson IRA, 410 County Road 4107, Greenville, TX 75401-1013

13145187 + Elliot W. Kruppa, 12 Village Oake Lane, Houston, TX 77055-6533

13145188 + Freedom Properties Real Estate LLC, 47865 Hastings, Canton, MI 48188-4717

13145189 + Gerald Gray IRA, 1388 Salley Ridge Ln NE, Rochester, MN 55906-0001

13145190 + Gertrude Dubanski IRA, 448 Dog Leg Drive, Fernley, NV 89408-5663

13145191 + Good Bull Lending LLC, Porter Hedges LLP, Attn: Clay Steely, 1000 Main St. 36th Fl., Houston, TX 77002-6341

13145192 + Happy Cactus Investments LLC, 8944 W. Quail Ave, Peoria, AZ 85382-2429

13145193 + Herman D Weise & Nancy C Weise, 6006 FM Hwy 765, San Angelo, TX 76905-7461

13145194 + Home Tax Solution, 9225 Katy Freeway #110, Houston, TX 77024-1508

13145195 + Houston Realty Holdings LLC, Meade Neese & Barr LLP, Attn: Andrew K Meade, 2118 Smith Street, Houston, TX 77002-8628

13145196 #+ ILS GP LLC, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145197 #+ ILS Growth Fund, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145198 + ILS Growth Fund I LP, Bradley, Attn: Jared B Caplan, 600 Travis St. Ste 5600, Houston, TX 77002-2909

13145199 + ILS Lending LLC, Bradley, Attn: Jared B Caplan, 600 Travis St. Ste 5600, Houston, TX 77002-2909

13145200 #+ ILS RE Capital I, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145201 #+ ILS RE Capital II, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145202 #+ ILS RE Capital III, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145203 #+ ILS RE Capital IV, 17171 Park Row Ste 150, Houston, TX 77084-4998

13145204 + IRA Florence LLC, 1312 Bruton Springs Rd, Austin, TX 78733-1829

13145212 + JMK5 Gemini A LLC, 308 W. Parkwood Ave., Friendswood, TX 77546-5478

13145213 + JMK5 Gemini B LLC, 308 W. Parkwood Ave., Friendswood, TX 77546-5478

13145214 + JMK5 Gemini C LLC, 308 W. Parkwood Ave., Friendswood, TX 77546-5478

13145215 + JMK5 Gemini D LLC, 308 W. Parkwood Ave., Friendswood, TX 77546-5478

13145216 + JMK5 Holdings LLC, 308 W. Parkwood Ave., Friendswood, TX 77546-5478

13145205 + James Drastata Family Trust, 1107 Grand River Dr, Richmond, TX 77406-1848

13145206 + James Stafford IRA, 206 Abigail Dr, Thibodaux, LA 70301-6085

13145207 + James T Voorhees IRA, 4252 Marshall Rd, Rantoul, KS 66079-9059

13145208 + James Voorhees IRA, 4252 Marshall Rd, Rantoul, KS 66079-9059

13145209 + Jason Chang IRA, 18209 NE 196th St, Woodinville, WA 98077-8289

13145210 + Jefferson Tomlinson Trustee of NOI, Consulting Inc 401k #1723964, 77 Crystal Lake Ln, The Woodlands, TX 77380-1893

13145211    +   Jet Lending, 1419 FM 1960, Houston, TX 77073-2101
13145217    +   John L Dye IRA, 4427 CR 382, Louise, TX 77455-4449
13145218    +   John Mark Weaver, 75 Prestwick, Odessa, TX 79762-5200
13145219    +   John Mark Weaver IRA, 75 Prestwick, Odessa, TX 79762-5200
13145220    +   Joli Holdings LLC, 2180 Cascade lakes Circle, Grand Rapids, MI 49546-6621
13145221    +   Joyce Lamensky IRA, 1415 Miles Street, Rosenberg, TX 77471-4644
13145222    +   Joyce Lamensky Roth IRA, 1415 Miles Street, Rosenberg, TX 77471-4644
13145223    +   Justin Unruh, 1096 County Road 453, El Campo, TX 77437-6695
13145224    +   K BAR Investments LLC - Series A, 1411 Stone Canyon Drive, Sugar Land, TX 77479-1973
13145230    +   KK Houston Properties Inc., Burford Perry LLP, Attn: Robert Burford, 909 Fannin St. Suite 2630, Houston, TX 77010-1003
13145231    +   KTJ Memorial Foundation, PO Box 297, La Grange, TX 78945-0297
13145232    +   KV Holdings LLC, 4900 S 44th Place, Rogers, AR 72758-8862
13145225    +   Karen S Phelan SEP IRA, 1214 Hans Ln, The Villages, FL 34762-6914
13166712    +   Karen S Phelan SEP IRA, 1755 McMurtrie Loop, The Villages, FL 34762-7052
13145226    +   Kelly D Bridenstine IRA, 9898 Belmont Drive, Lenexa, KS 66227-7328
13145227    +   Kenneth R Beach IRA, 1408 Brandon Ct, Bay City, TX 77414-8307
13145228    +   Keri A Tilman IRA, 68 Oliver Hazard Perry Rd, Portsmouth, RI 02871-3806
13145229    +   Kevin Cassidy & Marcy Cassidy, 3146 SW Shadow Lane, Topeka, KS 66604-2541
13145233    +   Larry Folden & Terri Folden, 2806 Augusta Dr, Jacksonville, TX 75766-9398
13145234    +   Laura Sukkar IRA, 2410 Bellefontaine Street, Houston, TX 77030-3102
13145235    +   Law Offices of Adrian S. Baer, Attn: Adiran S. Baer, 8866 Gulf Freeway Ste 400, Houston, TX 77017-6599
13145236    +   Linda S England IRA, PO Box 292, Brookshire, TX 77423-0292
13145237   #+   Loan Source LLC, 17171 Park Row Ste 150, Houston, TX 77084-4998
13145238    +   Lori L Pedersen 401K Plan Lori L, Pedersenm Trustee, 1033 Summer Cape Circle, League City, TX 77573-6397
13145239    +   Lori L Pedersen 401K Plan Traditional, Lori L Pedersen Trustee, 1033 Summer Cape Circle, League City, TX 77573-6397
13145240    +   Lori L Pedersen IRA, 1033 Summer Cape Circle, League City, TX 77573-6397
13145241    +   Lori L Pedersen IRA beneficiary of Dean, Temple, deceased, 1033 Summer Cape Circle, League City, TX 77573-6397
13145249    +   MJC-Syndications LLC, PO Box 1008, Ada, MI 49301-1008
13145242    +   Manveen Pal Sharma, 11955 Lismore Lake Dr, Cypress, TX 77429-7425
13145243    +   Mark B. Hughes & Kris A. Hughes, 25201 N 47th Dr, Phoenix, AZ 85083-2227
13145244    +   Martin Riggle, PO Box 7, Port Washington, OH 43837-0007
13145245    +   Mary Ann Kallus, 999 Co Rd 232, Ganado, TX 77962-8661
13145246    +   Mary C Jones, 602 Lee Jackson Hwy, Staunton, VA 24401-5508
13145247    +   Mega Homes LLC, 3814 Preston Cove Ct, Katy, TX 77494-3780
13145248    +   Michael Hahn & Rhonda Hahn, 1212 Farik Road, Port Lavaca, TX 77979-5913
13145250    +   Natalee N Mueller IRA, 1177 Colchester Dr SE, Port Orchard, WA 98366-8511
13145251    +   Natalie Mueller IRA, 1177 Colchester Dr SE, Port Orchard, WA 98366-8511
13145252    +   Newfirst National Bank, 202 E Jackson, El Campo, TX 77437-4414
13145253    +   Nicholas Retirement Properties LLC, 9019 Furrow Ave, Ellicott City, MD 21042-1841
13145254    +   Nicholas T Martinez PLLC, Mega Homes LLC, 4008 Vista Road, Suite 203B, Pasadena, TX 77504-2134
13145255    +   Nishant Joshi, 29961 Chairman's Rowe, Westlake, OH 44145-6713
13145256    +   Paradox Farm South LLC, 17800 Mission Rd, Stilwell, KS 66085-9067
13145257    +   Peter Farrehi Roth IRA, 1615 Newport Creek Dr, Ann Arbor, MI 48103-2206
13145258    +   Porter Law Firm, DGE Fund I LP, Attn: Caleb McAuslan, 2603 Augusta Dr #900, Houston, TX 77057-5798
13145259    +   Porter Law Firm, DGE Fund I LP, Attn: David Lee Augustus, 2603 Augusta Dr #900, Houston, TX 77057-5798
13145261    +   RKPEREZ LLC, 4316 Pembrooke Pkwy N, Colleyville, TX 76034-4920
13145260    +   Ramona Krenek, 12 Village Oake Lane, Houston, TX 77055-6533
13145262    +   Robert Daniel Dubanski IRA, 448 Dog Leg Drive, Fernley, NV 89408-5663
13145263    +   Robert Dubanski IRA, 448 Dog Leg Drive, Fernley, NV 89408-5663
13145264    +   Robert M Villwock, 6197 Sandy Cove, Luxemburg, WI 54217-9135
13145265    +   Robert Sheffield IRA, 1047 Pebble Beach Dr, Clayton, CA 94517-2225
13145266    +   Ruger One Qualified Holdings LLC, 1900 Fox Canyon Circle, Las Vegas, NV 89117-1947
13145267    +   Russell & Raelyn Leopold, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000
13145268    +   Russell Leopold & Raelyn Leopold, 1556 CR 313, Louise, TX 77455-4075
13145278    +   SWM Corporate Management LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000
13145269    +   Sarah Woodall, PO Box 668, Villa Rica, GA 30180-0668
13145270    +   Sharon A Viktorin, 193 Kayla Ln, El Campo, TX 77437-9651
13145271    +   Sharon Ann Viktorin IRA, 193 Kayla Ln, El Campo, TX 77437-9651
13145272    +   Shaun Kulcak, PO Box 1419, El Campo, TX 77437-1419
13145273    +   Sherri A Collis IRA, 13662 Apple Ln, Rogers, AR 72756-3061
13145275   #+   Silver Lending LLC, 210 Market Street, El Campo, TX 77437-4513
13145274    +   Silver Lending LLC, Gray Reed, Attn: J. Cary Gray, 1300 Post Oak Blvd Suite 2000, Houston, TX 77056-8000
13145276    +   Sleepy Grass Capital LLC, 10083 Des Moines St, Parker, CO 80134-3816

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 309C | Total Noticed: 185 |

| 13145277 | + Sukkar Family Qualified Holdings LLC, 2410 Bellefontaine St, Houston, TX 77030-3102 |
|---|---|
| 13145279 | + Terry French Roth IRA, 2700 Cooke Avenue, Wichita Falls, TX 76308-1227 |
| 13145280 | + The Bruce E Farrell Trust Agreement, 4880 Escalante Dr, North Port, FL 34287-2855 |
| 13145281 | + The Kathy A Del Sesto Trust Agreement, 4880 Escalante Dr, North Port, FL 34287-2855 |
| 13145282 | + Thomas E. Pedersen & Lori L Pedersen, 1033 Summer Cape Circle, League City, TX 77573-6397 |
| 13145284 | + Thomas E. Pedersen IRA, 1033 Summer Cape Circle, League City, TX 77573-6397 |
| 13145283 | + Thomas E. Pedersen Inherited IRA, 1033 Summer Cape Circle, League City, TX 77573-6397 |
| 13145285 | + Thomas S. Mayl & Benidia Mayl, 1264 Woodland Meadows Dr, Vandalia, OH 45377-1552 |
| 13145286 | + Thomas Stavinoha, 10420 Will Lehman Rd, Needville, TX 77461-9163 |
| 13145287 | + Timothy Miller IRA, 138 Chancellor Dr, Chambersburg, PA 17201-3903 |
| 13145288 | + Tod Bower & Kristi Bower, 436 Bear Creek Trail, New Braunfels, TX 78132-4322 |
| 13145289 | + Together as a Family Management LLC Solo, 401k, 814 Woodruff Place Middle Dr, Indianapolis, IN 46201-1934 |
| 13145290 | + Wayne Syn IRA, 754 E Walker St, Orland, CA 95963-2205 |
| 13145291 | + William R Pedersen & Donna L Pedersen, 2508 Briarglen Dr, Pearland, TX 77581-6383 |
| 13145292 | + William Ray Pedersen Inherited IRA, 2508 Briarglen Dr, Pearland, TX 77581-6383 |

TOTAL: 182

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mhaselden@haseldenfarrow.com | Jan 07 2026 20:29:00 | Melissa Anne Haselden, Haselden Farrow PLLC, 708 Main Street, Ste 10th Fl, Houston, TX 77002 |
| tr | + EDI: FRJSOMMERS.COM | Jan 08 2026 01:16:00 | Ronald J Sommers, Ronald Sommers, Trustee, 1400 Post Oak Blvd., Suite 300, Houston, TX 77056-6656 |
| ust | + Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jan 07 2026 20:30:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Donald Sutton |
| intp | | Good Bull Lending L.P. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

District/off: 0541-4     User: ADIuser     Page 5 of 5

Date Rcvd: Jan 07, 2026     Form ID: 309C     Total Noticed: 185

| Name | Email Address |
| --- | --- |
| Aaron J Power | on behalf of Interested Party Good Bull Lending L.P. apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Elyse M Farrow | on behalf of Debtor ILS Income Fund 1  LP EFarrow@HaseldenFarrow.com, efarrow@ecf.courtdrive.com |
| Elyse M Farrow | on behalf of Debtor ILS Growth Fund 1 LP EFarrow@HaseldenFarrow.com  efarrow@ecf.courtdrive.com |
| Lydia R Webb | on behalf of Interested Party Donald Sutton lwebb@grayreed.com  vsalazar@grayreed.com |
| Melissa Anne Haselden | on behalf of Debtor ILS Growth Fund 1 LP mhaselden@haseldenfarrow.com haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com |
| Melissa Anne Haselden | on behalf of Debtor ILS Income Fund 1  LP mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com |
| Misty A Segura | on behalf of Interested Party The Mint National Bank msegura@spencerfane.com  misty-segura-9690@ecf.pacerpro.com |
| Richard Anthony Battaglia | on behalf of Creditor Jet Lending  LLC rab@rabpc.com |
| Ronald J Sommers | efile@nathansommers.com  RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Simon Richard Mayer | on behalf of Trustee Ronald J Sommers Simon.Mayer@troutman.com  Autodocket@lockelord.com;WLBank@troutman.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| W Lee Keeling | on behalf of Interested Party Greg Garcia lkeeling@walkerkeeling.com  avillarreal@walkerkeeling.com |

TOTAL: 12