# Exhibit 1

PARCEL ID: 27-01-02-0-000-098
AFTER RECORDING RETURN TO:
TROUTMAN PEPPER LOCK LLP
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002
ATTN: SIMON MAYER

INSTRUMENT PREPARED BY:
SIMON MAYER
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002

**[SPACE ABOVE THIS LINE FOR RECORDING]**

**LOAN NUMBER: 5537510**

## TRANSFER AND ASSIGNMENT OF LIEN

| | |
|---|---|
| STATE OF ALABAMA | § |
| COUNTY OF MOBILE | § |

**INDEXING:**

| | |
|---|---|
| EFFECTIVE DATE: | **FEBRUARY __, 2026** |
| LOAN AMOUNT: | **$137,900.00** |
| APN: | **27-01-02-0-000-098** |
| GRANTOR/ASSIGNOR: | **RONALD J. SOMMERS, acting solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP (DIVESTING ALL INTEREST OWNED)** |
| ADDRESS: | **1400 POST OAK BOULEVARD, SUITE 300 HOUSTON, TEXAS 77056** |
| GRANTEE/ASSIGNEE: | **RAMONA A. KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 9.5403% INTEREST ACQUIRED HEREIN FROM ILS INCOME FUND I LP)** |
| ADDRESS: | **17171 PARK ROW, SUITE 150 RICHMOND, TEXAS 77406** |
| REFERENCE TO: | **INSTRUMENT # 2025044250; 2025044251** |
| PROPERTY ADDRESS: | **1820 WAGON WHELL DRIVE SEMMES, ALABAMA 36575** |

Transfer and Assignment of Lien
Page 1
323592050v1

LEGAL DESCRIPTION:
**LOT 67, PONDEROSA, UNIT 3, ACCORDING TO PLAT THEREOF RECORDED IN MAP BOOK 28, PAGE 14, OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE OF MOBILE COUNTY, ALABAMA.**

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to:

**RAMONA A. KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 9.5403% INTEREST ACQUIRED HEREIN FROM INCOME FUND I LP)**

all beneficial interest under that Certain Mortgage, Deed of Trust, and/or Security Instrument dated: July 17, 2025 and recorded on July 24, 2025 under recorded Instrument Number: 2025044250 and the Assignment of Leases recorded under Instrument Number: 2025044251, executed by **STRONG PROPERTIES LLC, AN ALABAMA LIMITED LIABILITY COMPANY** to **ILS LENDING LLC, A TEXAS LIMITED LIABILITY COMPANY** in the amount of $137,900.00

TOGETHER with the Note therein described or referred to, the money due and to become due thereon with interest, on an "as is, where is" basis, without representation or warranty of any kind, free and clear of all liens, claims and encumbrances, and all rights accrued or to accrue under said Security Instrument.

THE TRANSFER AND ASSIGNMENT OF THE LIEN AS PROVIDED FOR HEREIN IS MADE ON AN "AS IS, WHERE IS" BASIS, AND GRANTEE EXPRESSLY ACKNOWLEDGES THAT, IN CONSIDERATION OF THE AGREEMENTS OF GRANTOR HEREIN, EXCEPT AS OTHERWISE SPECIFIED HEREIN, GRANTOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW.

**GRANTOR/ASSIGNOR:**

ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP
        BY: RONALD J. SOMMERS, CHAPTER 7 TRUSTEE OF ILS INCOME FUND I LP


DATE:_____

_____
BY: RONALD J. SOMMERS, acting solely in his
capacity as the CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF ILS INCOME FUND
I LP and not in his individual capacity

STATE OF TEXAS                              §
COUNTY OF  HARRIS                           §

This instrument was acknowledged before me on February __, 2026, by Ronald J. Sommers, acting solely in her capacity as the Chapter 7 Trustee of the Bankruptcy Estate of ILS income Fund I LP, on behalf of said bankruptcy estate.


_____
Notary Public, State of Texas

Transfer and Assignment of Lien
Page 3
323592050v1