# Exhibit 1

PARCEL ID: 381-220640001-0000800
AFTER RECORDING RETURN TO:
TROUTMAN PEPPER LOCK LLP
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002
ATTN: SIMON MAYER

INSTRUMENT PREPARED BY:
SIMON MAYER
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002

**[SPACE ABOVE THIS LINE FOR RECORDING]**

**LOAN NUMBER: 5481110**

# TRANSFER AND ASSIGNMENT OF LIEN

STATE OF MISSISSIPPI                                  §
COUNTY OF COAHOMA                                §

**INDEXING:**

| | |
|---|---|
| EFFECTIVE DATE: | **FEBRUARY __, 2026** |
| LOAN AMOUNT: | **$69,000.00** |
| APN: | **381-220640001-0000800** |
| GRANTOR/ASSIGNOR: | **RONALD J. SOMMERS, acting solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP (DIVESTING ALL INTEREST OWNED)** |
| ADDRESS: | **1400 POST OAK BOULEVARD, SUITE 300 HOUSTON, TEXAS 77056** |
| GRANTEE/ASSIGNEE: | **SOUTHERN CREEK SERVICING LLC, A TEXAS LIMITED LIABILITY COMPANY (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM ILS INCOME FUND I LP)** |
| ADDRESS: | **PO BOX 8097 THE WOODLANDS, TEXAS 77387** |
| REFERENCE TO: | **INSTRUMENT # BOOK 2024, PAGE 3865-3888; BOOK 2024, PAGE 3889** |
| PROPERTY ADDRESS: | **633 LYNN AVENUE CLARKSDALE MISSISSIPPI 38614-3141** |

Transfer and Assignment of Lien
Page 1
324397199v2

LEGAL DESCRIPTION:

**THE LAND REFERRED TO IN THIS COMMITMENT IS SITUATED IN COAHOMA COUNTY, STATE OF MS AND IS DESCRIBED AS FOLLOWS: LOT 9 AND THE WEST HALF OF LOT 8, BLOCK 1, HEREIN ADDITION NO. 1 TO THE CITY OF CLARKSDALE, COAHOMA COUNTY, MS, ALSO KNOWN AS 633 LYNN AVENUE.**

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to:

**SOUTHERN CREEK SERVICING LLC, A TEXAS LIMITED LIABILITY COMPANY (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM ILS INCOME FUND I LP)**

all beneficial interest under that Certain Mortgage, Deed of Trust, and/or Security Instrument dated: November 4, 2024 and recorded on November 22, 2024 under recorded Instrument Number: Book 2024, Page 3865-3888 and the Assignment of Leases and Rents recorded under Instrument Number: Book 2024, Page 3889, executed by **JEGAKE VENTURES LLC, A MISSISSIPPI LIMITED LIABILITY COMPANY** to **PEARL FUNDING LLC, A TEXAS LIMITED LIABILITY COMPANY** in the amount of $69,000.00

TOGETHER with the Note therein described or referred to, the money due and to become due thereon with interest, on an "as is, where is" basis, without representation or warranty of any kind, free and clear of all liens, claims and encumbrances, and all rights accrued or to accrue under said Security Instrument.

THE TRANSFER AND ASSIGNMENT OF THE LIEN AS PROVIDED FOR HEREIN IS MADE ON AN "AS IS, WHERE IS" BASIS, AND GRANTEE EXPRESSLY ACKNOWLEDGES THAT, IN CONSIDERATION OF THE AGREEMENTS OF GRANTOR HEREIN, EXCEPT AS OTHERWISE SPECIFIED HEREIN, GRANTOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW.

**GRANTOR/ASSIGNOR:**

ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP
　　　BY: RONALD J. SOMMERS, CHAPTER 7 TRUSTEE OF ILS INCOME FUND I LP

DATE:_____

_____
BY: RONALD J. SOMMERS, acting solely in his
capacity as the CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF ILS INCOME FUND
I LP and not in his individual capacity

Transfer and Assignment of Lien
Page 2
324397199v2

STATE OF TEXAS                          §
COUNTY OF_____                §

This instrument was acknowledged before me on February __, 2026, by Ronald J. Sommers, acting solely in her capacity as the Chapter 7 Trustee of the Bankruptcy Estate of ILS Income Fund I LP, on behalf of said bankruptcy estate.


_____
Notary Public, State of Texas