## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ILS INCOME FUND 1, LP** | § | **CASE NO.  25-37277** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of an ad hoc group of investors of ILS Income Fund I, LP, and ILS Growth Fund I, LP (the "ILS Action Group of Investors") consisting of Barry Clemenchich, Paul Smith, Jeff Tomlinson, Terry Azzouz, Reggie Fox and John Newsom, creditors and parties in interest in the above styled and numbered Chapter 7 bankruptcy cases, as attorney for the ILS Action Group of Investors, and hereby requests notice of all hearings and conferences in such cases and makes demand for service of copies all pleadings, filings, notices, and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and Bankruptcy Local Rule 2002. All such notices should be addressed as follows:

**T. Josh Judd**
**Andrews Myers, P.C.**
**1885 Saint James Place, 15th Floor**
**Houston, Texas 77056**
**713-850-4227 – Telephone**
**832-786-4877– Facsimile**
**jjudd@andrewsmyers.com**

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's petition, plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to

1

the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

This Notice of Appearance and Request for Notice and Papers shall not be deemed or construed to be a waiver or consent by the  ILS Action Group of Investors including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which ILS Action Group of Investors may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 28, 2026

Respectfully submitted,

ANDREWS MYERS P.C.

*/s / T. Josh Judd*
T. Josh Judd
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices was served via the Court's Electronic Notification System on all parties entitled to such notice.

By: */s/ T. Josh Judd*
T. JOSH JUDD