**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **ILS Income Fund I LP,** *and* **ILS Growth Fund I LP,** | § § § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys appear as proposed counsel to Ronald J. Sommers, as chapter 7 trustee for the above-captioned debtors (the "<u>Debtors</u>).

**NOTICE IS FURTHER GIVEN** that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in these jointly-administered chapter 7 cases, including without limitation all papers filed and served in these cases and all adversary proceedings in these cases and all notices served on any party in interest in these cases, be given to and served upon:

> Elizabeth M. Guffy
> Simon R. Mayer
> **TROUTMAN PEPPER LOCKE LLP**
> 600 Travis Street, Suite 2800
> Houston, Texas 77002
> Telephone:  713-226-1200
> elizabeth.guffy@troutman.com
> simon.mayer@troutman.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, but also includes without limitation all orders and notices of applications, hearing notices, motions,

1

petitions, pleadings, requests, complaints, demands, and other documents that may be brought before the Court, whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or transmission, or otherwise that affects or may affect the Debtors, the property of the Debtors, or their respective bankruptcy estates.

Dated:  February 16, 2026

Respectfully submitted,

/s/      *Elizabeth M. Guffy*
Elizabeth M. Guffy
Texas Bar Number 08592525
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone:  713-226-1200
Facsimile:  713-226-3717
Email:  elizabeth.guffy@troutman.com
            simon.mayer@troutman.com

***Proposed Counsel to***
***Ronald J. Sommers, Trustee***

2

**<u>Certificate of Service</u>**

I certify that on February 16, 2026, a copy of the foregoing document was served on the U.S. Trustee pursuant to Local Rule 9003-1 and on the parties listed below who are registered for electronic service via the Court's Electronic Case Filing System.

- T. Josh Judd on behalf of ILS Action Group of Investors
- Jeannie Andresen on behalf of City of Webster, Galveston County
- Daniel Joseph Gierut on behalf of Horizon Turf Grass Inc.
- Daniel Joseph Gierut on behalf of R&R Turf Farms LP
- Lydia R Webb on behalf of Donald Sutton
- Misty A. Segura on behalf of The Mint National Bank
- Richard A, Battaglia on behalf of Jet Lending LLC
- Aaron J. Power on behalf of Good Bull Lending L.P.
- Reginald J. Fox on behalf of Intervenors
- W. Lee Keeling on behalf of Greg Garcia
- Elyse M. Farrow on behalf of ILS Income Fund I LP
- Elyse M. Farrow on behalf of ILS Growth Fund I LP
- Melissa Anne Haselden on behalf of ILS Income Fund I LP
- Melissa Anne Haselden on behalf of ILS Growth Fund I LP
- Ronald J Sommers
- Simon R. Mayer on behalf of Trustee Ronald J. Sommers
- US Trustee

/s/      *Elizabeth M. Guffy*
Elizabeth M. Guffy

3