# *Jet Lending, LLC*
# *1419 FM 1960 E.*
**Houston, Texas 77073**
**281-872-7800**
********NOTE********
***ALL PAY OFF'S MUST BE WIRED***
***TO THE WIRING INSTRUCTIONS ATTACHED***

## PAY-OFF STATEMENT

**Client:**          JMK5 Arena LLC
**Loan Number:**          3537-09-22

| | |
|---|---|
| **Date:** | 02/19/26 |
| **Pay-off Statement Good for Funds Received By:** | 02/28/26 |
| **Loan Date:** | 09/29/22 |
| **Current Principal Balance:** | $23,700,000.00 |
| **Accrued and Unpaid Interest:** | $3,900,866.62 |
| **Unpaid Late Fees:** | $113,957.50 |
| **Legal Fees:** | $53,287.36 |
| **Appriasal Fee:** | $12,000.00 |
| **Survey Fee:** | $4,735.94 |
| **Real Property Taxes paid by Lender          (Home Tax Solutions):** | $293,897.75 |
| **Tax Escrow Credit (Credit towards unpaid Interest):** | -$255,186.97 |
| **Total Due:** | $27,823,558.20 |
| **Interest Per Diem:** | $11,780.13 |

**Total pay-off must be collected and any excess interest
will be sent to borrower as a refund within 5 business
days of funds received by JET Lending, LLC.**

EXHIBIT "3"