## 2025 TAX STATEMENT



CHERYL E. JOHNSON, PCC, CTOP
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 21st Street
Galveston, TX 77550

**Certified Owner:**
JMK5 ARENA LLC
308 WEST PARKWOOD AVE STE 104A
FRIENDSWOOD, TX 77546

**Legal Description:**
ABST 208 W K WILSON SUR PT OF RES A
(17-19) MS GULF GREYHOUND (2024)

**Account No: 759721**

**Appr. Dist. No.:738500000017019**

**Legal Acres:** .4992
**Parcel Address:**
**Print Date:** 12/31/2025

**As of Date:** 12/31/2025

| Market Value | | Total Market Value | Assessed Value | Appraised Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $273,990 | $434,700 | $708,690 | $708,690 | $0 | $0 | $0 | $708,690 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $708,690 | | $0.00 | $708,690 | 0.3226600 | $2,286.66 |
| ROAD & FLOOD | $708,690 | | $0.00 | $708,690 | 0.0030000 | $21.26 |
| DICKINSON ISD | $708,690 | | $0.00 | $708,690 | 1.1420000 | $8,093.24 |
| CITY OF LA MARQUE | $708,690 | | $0.00 | $708,690 | 0.4185010 | $2,965.87 |
| $835.72 | | | | | | |
| DRAIN DIST #2 | $708,690 | | $0.00 | $708,690 | 0.0450800 | $319.48 |
| COLL OF THE MAINLAND | $708,690 | | $0.00 | $708,690 | 0.2638000 | $1,869.52 |

| | |
|---|---|
| **Total Tax:** | $15,556.03 |
| **Total Tax Paid to date:** | $0.00 |
| **Total Tax Remaining:** | $15,556.03 |

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 12/31/2025 0% | 02/02/2026 0% | 03/02/2026 7% | 03/31/2026 9% | 04/30/2026 11% | 06/01/2026 13% |
|---|---|---|---|---|---|
| $15,556.03 | $15,556.03 | $16,644.96 | $16,956.07 | $17,267.20 | $17,578.31 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
DICKINSON ISD     2025 M&O .72200000 I&S .42000000 Total 1.1420000 2024 M&O .73600000 I&S .40000000 Total 1.1360000

---

⊱✂

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

4.1.78

**Print Date:**   12/31/2025

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

Galveston County Tax Office
722 21st Street
Galveston, Texas 77550
409-766-2481, 1-877-766-2284

*759721*

759721
JMK5 ARENA LLC
308 WEST PARKWOOD AVE STE 104A
FRIENDSWOOD, TX 77546

| AMOUNT PAID: |
|---|
| $_____ .___ |

0000000759721  0001555603  0001664496  0001695607  5

**EXHIBIT "4"**

# 2025 TAX STATEMENT



**CHERYL E. JOHNSON, PCC, CTOP**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 21st Street
Galveston, TX 77550

**Certified Owner:**
JMK5 ARENA LLC
308 WEST PARKWOOD AVE STE 104A
FRIENDSWOOD, TX 77546

**Legal Description:**
ABST 208 W K WILSON SUR PT OF LOTS 17 &
19 (15-5) WATERMAN SUB

**Legal Acres:** 40.0000

**Account No:** 294890

**Appr. Dist. No.:** 738500000015005

**Parcel Address:** 5721 FM 2004

**As of Date:** 12/31/2025

**Print Date:** 12/31/2025

| Market Value | | Total Market Value | Assessed Value | Appraised Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $1,341,700 | $10,576,180 | $11,917,880 | $11,917,880 | $0 | $0 | $0 | $11,917,880 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $11,917,880 | | $0.00 | $11,917,880 | 0.3226600 | $38,454.23 |
| ROAD & FLOOD | $11,917,880 | | $0.00 | $11,917,880 | 0.0030000 | $357.54 |
| DICKINSON ISD | $11,917,880 | | $0.00 | $11,917,880 | 1.1420000 | $136,102.19 |
| CITY OF LA MARQUE | $11,917,880 | | $0.00 | $11,917,880 | 0.4185010 | $49,876.45 |
| *$14,054.04* DRAIN DIST #2 | $11,917,880 | | $0.00 | $11,917,880 | 0.0450800 | $5,372.58 |
| COLL OF THE MAINLAND | $11,917,880 | | $0.00 | $11,917,880 | 0.2638000 | $31,439.37 |

**Total Tax:** $261,602.36
**Total Tax Paid to date:** $0.00
**Total Tax Remaining:** $261,602.36

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 12/31/2025 0% | 02/02/2026 0% | 03/02/2026 7% | 03/31/2026 9% | 04/30/2026 11% | 06/01/2026 13% |
|---|---|---|---|---|---|
| $261,602.36 | $261,602.36 | $279,914.53 | $285,146.57 | $290,378.62 | $295,610.67 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
DICKINSON ISD        2025 M&O .72200000 I&S .42000000 Total 1.1420000  2024 M&O .73600000 I&S .40000000 Total 1.1360000

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.        4.1.78

**Print Date:** 12/31/2025

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

Galveston County Tax Office
722 21st Street
Galveston, Texas 77550
409-766-2481, 1-877-766-2284

* 2 9 4 8 9 0 *

294890
JMK5 ARENA LLC
308 WEST PARKWOOD AVE STE 104A
FRIENDSWOOD, TX 77546

**AMOUNT PAID:**

$_____.____

000000294890 0026160234034634 0027991453 0028514657 3

EXHIBIT '4'