United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 18, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) )  Chapter 7 |
| ILS INCOME FUND I, LP and ILS GROWTH FUNDS I LP, | )  Case No. 25-37277 ) ) |
| Debtors. | )  (Jointly Administered) ) |

**STIPULATION AND AGREED ORDER LIFTING THE AUTOMATIC STAY AS TO THE ARENA PROPERTY**

This stipulation and order (the "Stipulation" or "Agreed Order") is entered into by and among Ronald J. Sommers as Chapter 7 Trustee of the Debtors, and Good Bull Lending LP ("Good Bull" and with the Trustee, the "Parties"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A.      WHEREAS, on March 5, 2026, Jet Lending LLC filed its Emergency Motion to Lift the 11 U.S.C. § 362 Automatic Stay of Act Against Property (Doc. No. 73) (the "Jet Motion").

B.      WHEREAS, the Trustee did not oppose the Jet Motion and, on March 11, 2026, the Court entered the Order Lifting the 11 U.S.C. § 362 Automatic Stay of Act Against Property (Doc. No. 84) (the "Jet Stay Relief Order").

C.      WHEREAS, the Jet Motion and the Jet Stay Relief Order relate to real property owned by JMK5 Arena LLC, as more specifically described by legal description in the Jet Motion (the "Arena Property").

D.      WHEREAS, as set forth in the Jet Motion, Good Bull holds a Deed of Trust that is junior to Jet Lending and senior to the Debtors on the Arena Property (filed of record under Clerk's No. 2023024704 in the Real Property Records of Galveston County, Texas).

**Error! Unknown document property name.**

E.    WHEREAS, following entry of the Jet Stay Relief Order, Good Bull inquired whether the Trustee would oppose similar stay relief for Good Bull in relation to the Arena Property.

F.    WHEREAS, the Parties have agreed that the Automatic Stay may be lifted for Good Bull to exercise remedies against the Arena Property, including posting the property for foreclosure and foreclosing on the property.

**IT IS HEREBY ORDERED THAT**:

1.    The Automatic Stay is lifted for the purpose of allowing Good Bull to enforce its legal and equitable rights against the Arena Property.

2.    Good Bull is free to exercise its state law rights against the Arena Property.

3.    The Bankruptcy Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

**STIPULATED AND AGREED TO BY:**

| **COUNSEL TO GOOD BULL LENDING LP** | **COUNSEL TO THE TRUSTEE** |
|---|---|
| *By: /s/ Aaron J. Power* | */s/ Elizabeth M. Guffy* |
| **PORTER HEDGES LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| Aaron J. Power (TX Bar No. 24058058) | Elizabeth M. Guffy (TX Bar No. 08592525) |
| 1000 Main St., 36th Floor | Simon Mayer (TX Bar No. 24060243) |
| Houston, Texas 77002 | 600 Travis Street, Suite 2800 |
| Telephone: (713) 226-6000 | Houston, Texas 77002 |
| apower@porterhedges.com | Telephone: (713) 226-1200 |
| | Facsimile: (713) 226-3717 |
| | Elizabeth.Guffy@troutman.com |
| | Simon.Mayer@troutman.com |

**Signed: Wednesday, March 18, 2026**

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**

Error: Unknown document property name.