B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re ILS Income Fund I, LLC
and ILS Growth Fund I, LLC

Case No. 25-37277 (EVR)
Chapter 7
(Jointly Administered)

### SUBPOENA FOR RULE 2004 EXAMINATION

To: ILS GP LLC

☐ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure.

| PLACE | DATE AND TIME |
|-------|---------------|
|       |               |

The examination will be recorded by this method: _____

☑*Production*: You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

**See attached Notice and Exhibit A for documents to be produced and time and place of production.**

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: April 8, 2026

CLERK OF COURT

OR   *Elizabeth M. Duffy*

_____         _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing Ronald J. Sommers, chapter 7 trustee, who issues or requests this subpoena, are:

Elizabeth M. Guffy
Simon R. Mayer
Troutman Pepper Locke LLP
600 Travis, Suite 2800
Houston, Texas 77002
(713) 226-1200

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).