United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **ILS Income Fund I LP,** *and* **ILS Growth Fund I LP,** | § § § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF INTEGRA REALTY RESOURCES, INC. AS APPRAISER FOR THE TRUSTEE FOR THE BANKRUPTCY ESTATE OF *ILS INCOME FUND I LP***
(Related to Docket No. 93)

Upon consideration of the *First Interim Fee Application of Integra Realty Resources, Inc. as Appraiser for the Trustee for the Bankruptcy Estate of ILS Income Fund I LP* (the "*Fee Application*") filed by Integra Realty Resources, Inc. ("*Integra*") and the Court having reviewed the Fee Application, the matters contained therein and exhibits thereto and find that the fees should be allowed and paid by the Debtors, the Court orders as follows:

1. Compensation to Integra for professional appraisal services rendered to the Trustee on behalf of the ILS Income Fund I LP bankruptcy estate is allowed in the amount of $23,000.00.

2. The Trustee is hereby authorized to pay Integra all unpaid fees allowed pursuant to this Order in the amount of $23,000.00 from the ILS Income Fund I LP Bankruptcy Estate.

3. This Court retains jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

2

4.      This Order shall be effective immediately upon entry.


**Signed: Friday, April 10, 2026**


_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge