United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **ILS Income Fund I LP,** *and* **ILS Growth Fund I LP,** | § § § § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § § § | **(Jointly Administered)** |

**ORDER GRANTING TRUSTEE'S MOTION TO EMPLOY
LCG DISCOVERY EXPERTS, LLC FOR THE BANKRUPTCY ESTATES
OF ILS INCOME FUND I LP AND ILS GROWTH FUND I LP**
(Related to Docket No. 101)

Upon the motion (the "*Motion*") of Ronald J. Sommers, the chapter 7 trustee (the "*Trustee*") for the above-referenced bankruptcy estates for an order (this "*Order*") authorizing the Trustee to employ LCG Discovery Experts, LLC ("*LCG*"), on the terms set forth in the professional services agreement (the "*Services Agreement*") attached to the Motion as **Exhibit 1**; and due and adequate notice of the Motion having been given; and the Court finding that the employment of LCG is not subject to the requirements of 11 U.S.C. § 327(a); and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their Estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Trustee is authorized to employ LCG as a vendor to access, copy, and process the Debtors' digital and electronic records and other digital and electronic information, effective March 12, 2026, on the terms set forth in the Services Agreement.

2.      The terms of the Services Agreement, including without limitation, the fee provisions, are reasonable terms and conditions of employment and are hereby approved.

1

326507573v1

3.      The Trustee is authorized to pay LCG for its services as set forth in the Services Agreement, and, except as set forth below, such payments are not subject to application to and approval by the Court.

4.      The Trustee is authorized to pay LCG pursuant to the following Payment Terms:

    i.  **For each invoice that is $10,000 or less:** the Trustee shall pay in full each invoice issued by LCG no later than fourteen (14) calendar days after the date such invoice is sent by LCG, unless otherwise agreed in writing by the Parties.

    ii.  **For each invoice that is greater than $10,000:** the Trustee shall file a notice with a copy of the invoice (the "***Fee Notice***") with the Bankruptcy Court.  If after fourteen (14) days (the "***Objection Period***"), no objections have been filed to the Fee Notice, the Trustee shall pay in full the invoice issued by LCG no later than fourteen (14) calendar days after the Objection Period has expired.  If an objection is filed as to the full amount of the invoice, the Trustee shall not pay such invoice unless and until such invoice is approved by order of the Bankruptcy Court.  However, if the objection applies only to a portion of the invoiced amount, the Trustee shall promptly pay the undisputed portion of the invoice but shall not pay the disputed portion of the invoice until such portion is approved by order of the Bankruptcy Court.

5.      Any objections filed in response to a Fee Notice shall set forth with reasonable detail the nature of the objection(s), the line item(s) being objected to and the amount at issue.

6.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

8.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

326507573v1

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Signed: Tuesday, April 14, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

326507573v1