**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 7 |
| | § | |
| ILS INCOME FUND I LP, *and* | § | Case No. 25-37277-EVR |
| ILS GROWTH FUND 1 LP, | § | |
| | § | (Jointly Administered) |
| DEBTORS | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division ("Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

John Mark Stern
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
bk-jstern@oag.texas.gov

Texas Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ John Mark Stern*
**JOHN MARK STERN**
Assistant Attorney General
Texas State Bar No. 19175662

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4868
Facsimile: (512) 936-1409
bk-jstern@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 15, 2026, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

ILS Income Fund I LLP,
ILS Growth Fund 1 LP
17171 Park Row, Ste. 150
Houston, TX 77084

By Electronic Means as listed on the Court's ECF Noticing System:

- **Jeannie Lee Andresen** houston_bankruptcy@lgbs.com
- **Richard Anthony Battaglia** rab@rabpc.com
- **Elyse M Farrow** EFarrow@HaseldenFarrow.com, efarrow@ecf.courtdrive.com
- **Daniel Joseph Gierut** dgierut@jacksonlaw-tx.com, beverly@jacksonlaw-tx.com
- **Elizabeth Mary Guffy** Elizabeth.Guffy@troutman.com, eguffy@ecf.axosfs.com
- **Melissa Anne Haselden** mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com;haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com;ecf.alert+haselden@titlexi.com
- **T. Josh Judd** jjudd@andrewsmyers.com, sray@andrewsmyers.com
- **W Lee Keeling** lkeeling@walkerkeeling.com, avillarreal@walkerkeeling.com
- **Kim Ellen Lewinski** klewinski@dykema.com, mdurrschmidt@dykema.com;scallier@dykema.com
- **Simon Richard Mayer** Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com
- **Aaron J Power** apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com
- **Misty A Segura** msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com
- **Ronald J Sommers** efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Lydia R Webb** lwebb@grayreed.com, vsalazar@grayreed.com

*/s/ John Mark Stern*
**JOHN MARK STERN**

3