## United States Bankruptcy Court
### Southern District of Texas

In re  **ILS Income Fund I LP**
Debtor(s)

Case No.  **25-37277**
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Authorized Signer of ILS GP LLC, Mgr of Debtor of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 15, 2026**

Thomas Berry/Authorized Signer of ILS GP LLC, Mgr of Debtor
Signer/Title

600 Gemini LLC
Meade Neese & Barr LLP
Attn: Andrew K Meade
2118 Smith Street
Houston, TX 77002


Ahmad Zavitsanos & Mensing PLLC
Attn: Shahmeer Halepota
1221 McKinney Ste 2500
Houston, TX 77010


Aileron Investments LLC
6713 Wooded Cove Court
Flowery Branch, GA 30542


Albert F. Furtado Roth IRA
1425 Pine Forest Dr
Pearland, TX 77581


Andrew Duckett IRA
5 Carla Circle
Mountain Brook, AL 35213


Andrew Gillott & Chela Gillott
8782 E 148th Ln
Thornton, CO 80602


Ann Miller IRA
138 Chancellor Drive
Chambersburg, PA 17201

Annette D Wied IRA
2202 Raun Ln
El Campo, TX 77437


Annie M Pedersen
1033 Summer Cape Circle
League City, TX 77573


Annie M Pedersen IRA
712 Saturnia Ln
League City, TX 77573


Archie R Beckett Jr & Dani N Beckett
6007 Tamsworth Ct
Parker, TX 75002


Archie R Beckett Jr IRA
6007 Tamsworth Ct
Parker, TX 75002


Archie R Beckett Jr Roth IRA
6007 Tamsworth Ct
Parker, TX 75002


Arnold England & Linda England
PO Box 292
Brookshire, TX 77423

ATAG Investment Holdings LLC
1856 Highland Drive
Fernandina Beach, FL 32034


Birch Lake Corp Solo 401k
1176 Dover Ln
San Mateo, CA 94404


Bradley Stavinoha Roth IRA
10522 Will Lehmann Rd
Needville, TX 77471


Brede Interests LLC Series One
PO Box 821048
Houston, TX 77282


Brenda J Biondo
422 Lookout Lane
Dickinson, TX 77539


Brian Collins Trustee of The Trustees
of Barrett & Collins DDS PLLC 401k FBO
Brian Collins #7771227
1613 Whispering Meadows
Zebulon, NC 27597


Bryan L Cepak
705 Tall Pines Dr
Friendswood, TX 77546

Bungalow Investments
124 Drake Ct
West Islip, NY 11795


Calvin Lamensky IRA
A/C #4165311
1415 Miles Street
Rosenberg, TX 77471


Calvin Lamensky IRA
A/C #4165312
1415 Miles Street
Rosenberg, TX 77471


Calvin Lamensky Roth IRA
1415 Miles Street
Rosenberg, TX 77471


Cassidy Investments LLC
3146 SW Shadow Lane
Topeka, KS 66604


Cavett Turner & Wyble LLP
2920 Toccoa Road
Beaumont, TX 77703


Christopher and Cori Waters Revocable
Living Trust
1604 Parkview Drive
Grand Island, NE 68801

CJR Family Investments LLC
35 Ainsley Court
Buffalo, NY 14221


CJW Investment Trust
442 Seaside Sparrow Way
Richmond, TX 77469


CTC Pacific
PO Box 1405
South Pasadena, CA 91031


CW Inc 401k Plan
442 Seaside Sparrow Way
Richmond, TX 77469


Cynthia Miller
178 Lakeview Blvd
New Braunfels, TX 78130


D. Kent Moberly & M. Elaine Moberly
1103 Oak Tree Dr
Chapel Hill, NC 27517


Daisy Caye Qualified Holdings LLC
708 Westbank Rd
Glenwood Springs, CO 81601

Dani N Beckett Roth IRA
6007 Tamsworth Ct
Parker, TX 75002


David R Scharf HSA
124 Drake Ct
West Islip, NY 11795


David Scharf HSA
124 Drake Ct
West Islip, NY 11795


DBDSKD Investments LLC
1700 Valley Rd
Gainsville, GA 30501


Deanna E Temple IRA
1542 Tuscan Village Drive
League City, TX 77573


Deanna Temple
1542 Tuscan Village Drive
League City, TX 77573


Deborah Kay Lachner IRA
12807 Telge Road
Apt 3112
Cypress, TX 77429

Devek K. Frech & Terry L Frech
2700 Cooke Avenue
Wichita Falls, TX 76308


DFS Bayside Fund LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


DFS Cornerstone I LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


DFS Legacy Holdings LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


DFS MGMT Corp
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


DFSWIM LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


DGE Fund I LP
12 Village Oake Lane
Houston, TX 77055

Donald & Fredialyn Sutton
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Donald James Sutton & Fredialyn Marie
Sutton as Co-Trustees of DFS Living Trus
Gray Reed Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Donald James Sutton & Fredialyn Sutton
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Donald Sutton & Fredialyn Sutton
2007 Kirby Drive
El Campo, TX 77437



Donald W Pedersen & Dina Pedersen
1922 Morning Tide Lane
League City, TX 77573



Donald Wayne Pedersen Inherited IRA
1922 Morning Tide Lane
League City, TX 77573



Donales James Sutton & Fredialyn Sutton
as Co-Trustees of DFS Living Trust UTA
Gray Reed, Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056

Donna Stavinoha
10420 Will Lehman Rd
Needville, TX 77461


Douglas B Temple IRA beneficiary of Dea
Temple, deceased
555 Kings Drive
Freeport, TX 77541


Douglas O Wishert IRA
902 College St
El Campo, TX 77437


Douglas Wishert IRA
902 College St
El Campo, TX 77437


Drastata Children's Trust for Ramona
Drastata Krenek
1107 Grand River Drive
Richmond, TX 77406


DSP Family Qualified Holdings LLC
6933 Hansa Loop
Austin, TX 78739


Elizabeth G Nelson IRA
410 County Road 4107
Greenville, TX 75401

Elliot W. Kruppa
12 Village Oake Lane
Houston, TX 77055


Freedom Properties Real Estate LLC
47865 Hastings
Canton, MI 48188


Gerald Gray IRA
1388 Salley Ridge Ln NE
Rochester, MN 55906


Gertrude Dubanski IRA
448 Dog Leg Drive
Fernley, NV 89408


Good Bull Lending LLC
Porter Hedges LLP
Attn: Clay Steely
1000 Main St. 36th Fl.
Houston, TX 77002

Happy Cactus Investments LLC
8944 W. Quail Ave
Peoria, AZ 85382


Herman D Weise & Nancy C Weise
6006 FM Hwy 765
San Angelo, TX 76905

```
Home Tax Solution
9225 Katy Freeway #110
Houston, TX 77024



Houston Realty Holdings LLC
Meade Neese & Barr LLP
Attn: Andrew K Meade
2118 Smith Street
Houston, TX 77002


ILS GP LLC
17171 Park Row Ste 150
Houston, TX 77084



ILS Growth Fund
17171 Park Row Ste 150
Houston, TX 77084



ILS Growth Fund I LP
Bradley
Attn: Jared B Caplan
600 Travis St. Ste 5600
Houston, TX 77002


ILS Lending LLC
Bradley
Attn: Jared B Caplan
600 Travis St. Ste 5600
Houston, TX 77002


ILS RE Capital I
17171 Park Row Ste 150
Houston, TX 77084
```

ILS RE Capital II
17171 Park Row Ste 150
Houston, TX 77084


ILS RE Capital III
17171 Park Row Ste 150
Houston, TX 77084


ILS RE Capital IV
17171 Park Row Ste 150
Houston, TX 77084


IRA Florence LLC
1312 Bruton Springs Rd
Austin, TX 78733


James Drastata Family Trust
1107 Grand River Dr
Richmond, TX 77406


James Stafford IRA
206 Abigail Dr
Thibodaux, LA 70301


James T Voorhees IRA
4252 Marshall Rd
Rantoul, KS 66079

James Voorhees IRA
4252 Marshall Rd
Rantoul, KS 66079


Jason Chang IRA
18209 NE 196th St
Woodinville, WA 98077


Jefferson Tomlinson Trustee of NOI
Consulting Inc 401k #1723964
6 Wolly Bucket Pl
The Woodlands, TX 77380


Jet Lending
1419 FM 1960
Houston, TX 77073


JMK5 Gemini A LLC
308 W. Parkwood Ave.
Friendswood, TX 77546


JMK5 Gemini B LLC
308 W. Parkwood Ave.
Friendswood, TX 77546


JMK5 Gemini C LLC
308 W. Parkwood Ave.
Friendswood, TX 77546

JMK5 Gemini D LLC
308 W. Parkwood Ave.
Friendswood, TX 77546


JMK5 Holdings LLC
308 W. Parkwood Ave.
Friendswood, TX 77546


John L Dye IRA
4427 CR 382
Louise, TX 77455


John Mark Weaver
75 Prestwick
Odessa, TX 79762


John Mark Weaver IRA
75 Prestwick
Odessa, TX 79762


Joli Holdings LLC
2180 Cascade lakes Circle
Grand Rapids, MI 49546


Joyce Lamensky IRA
1415 Miles Street
Rosenberg, TX 77471

Joyce Lamensky Roth IRA
1415 Miles Street
Rosenberg, TX 77471


Justin Unruh
1096 County Road 453
El Campo, TX 77437


K BAR Investments LLC - Series A
1411 Stone Canyon Drive
Sugar Land, TX 77479


Karen S Phelan SEP IRA
1755 McMurtrie Loop
The Villages, FL 34762


Kelly D Bridenstine IRA
9898 Belmont Drive
Lenexa, KS 66227


Kenneth R Beach IRA
1408 Brandon Ct
Bay City, TX 77414


Keri A Tilman IRA
68 Oliver Hazard Perry Rd
Portsmouth, RI 02871

Kevin Cassidy & Marcy Cassidy
3146 SW Shadow Lane
Topeka, KS 66604


KK Houston Properties Inc.
Burford Perry LLP
Attn: Robert Burford
909 Fannin St. Suite 2630
Houston, TX 77010


KTJ Memorial Foundation
PO Box 297
La Grange, TX 78945


KV Holdings LLC
4900 S 44th Place
Rogers, AR 72758


Larry Folden & Terri Folden
2806 Augusta Dr
Jacksonville, TX 75766


Laura Sukkar IRA
2410 Bellefontaine Street
Houston, TX 77030


Law Offices of Adrian S. Baer
Attn: Adiran S. Baer
8866 Gulf Freeway Ste 400
Houston, TX 77017

Linda S England IRA
PO Box 292
Brookshire, TX 77423


Loan Source LLC
17171 Park Row Ste 150
Houston, TX 77084


Lori L Pedersen 401K Plan Lori L
Pedersenm Trustee
1033 Summer Cape Circle
League City, TX 77573


Lori L Pedersen 401K Plan Traditional
Lori L Pedersen Trustee
1033 Summer Cape Circle
League City, TX 77573


Lori L Pedersen IRA
1033 Summer Cape Circle
League City, TX 77573


Lori L Pedersen IRA beneficiary of Dean
Temple, deceased
1033 Summer Cape Circle
League City, TX 77573


Manveen Pal Sharma
11955 Lismore Lake Dr
Cypress, TX 77429

Mark B. Hughes & Kris A. Hughes
25201 N 47th Dr
Phoenix, AZ 85083


Martin Riggle
PO Box 7
Port Washington, OH 43837


Mary Ann Kallus
999 Co Rd 232
Ganado, TX 77962


Mary C Jones
602 Lee Jackson Hwy
Staunton, VA 24401


Mega Homes LLC
3814 Preston Cove Ct
Katy, TX 77494


Michael Hahn & Rhonda Hahn
1212 Farik Road
Port Lavaca, TX 77979


MJC-Syndications LLC
PO Box 1008
Ada, MI 49301

Natalee N Mueller IRA
1177 Colchester Dr SE
Port Orchard, WA 98366


Natalie Mueller IRA
1177 Colchester Dr SE
Port Orchard, WA 98366


Newfirst National Bank
202 E Jackson
El Campo, TX 77437


Nicholas Retirement Properties LLC
9019 Furrow Ave
Ellicott City, MD 21042


Nicholas T Martinez PLLC
Mega Homes LLC
4008 Vista Road
Suite 203B
Pasadena, TX 77504


Nishant Joshi
29961 Chairman's Rowe
Westlake, OH 44145


Paradox Farm South LLC
17800 Mission Rd
Stilwell, KS 66085

Peter Farrehi Roth IRA
1615 Newport Creek Dr
Ann Arbor, MI 48183


Porter Law Firm
DGE Fund I LP
Attn: Caleb McAuslan
2603 Augusta Dr #900
Houston, TX 77057


Porter Law Firm
DGE Fund I LP
Attn: David Lee Augustus
2603 Augusta Dr #900
Houston, TX 77057


Ramona Krenek
12 Village Oake Lane
Houston, TX 77055


RKPEREZ LLC
4316 Pembrooke Pkwy N
Colleyville, TX 76034


Robert Daniel Dubanski IRA
448 Dog Leg Drive
Fernley, NV 89408


Robert Dubanski IRA
448 Dog Leg Drive
Fernley, NV 89408

Robert M Villwock
6197 Sandy Cove
Luxemburg, WI 54217


Robert Sheffield IRA
1047 Pebble Beach Dr
Clayton, CA 94517


Ruger One Qualified Holdings LLC
1900 Fox Canyon Circle
Las Vegas, NV 89117


Russell & Raelyn Leopold
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Russell Leopold & Raelyn Leopold
1556 CR 313
Louise, TX 77455


Sarah Woodall
PO Box 668
Villa Rica, GA 30180


Sharon A Viktorin
193 Kayla Ln
El Campo, TX 77437

Sharon Ann Viktorin IRA
193 Kayla Ln
El Campo, TX 77437


Shaun Kulcak
PO Box 1419
El Campo, TX 77437


Sherri A Collis IRA
13662 Apple Ln
Rogers, AR 72756


Silver Lending LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Silver Lending LLC
210 Market Street
El Campo, TX 77437


Sleepy Grass Capital LLC
10083 Des Moines St
Parker, CO 80134


Sukkar Family Qualified Holdings LLC
2410 Bellefontaine St
Houston, TX 77030

SWM Corporate Management LLC
Gray Reed
Attn: J. Cary Gray
1300 Post Oak Blvd Suite 2000
Houston, TX 77056


Terry French Roth IRA
2700 Cooke Avenue
Wichita Falls, TX 76308



The Bruce E Farrell Trust Agreement
4880 Escalante Dr
North Port, FL 34287



The Kathy A Del Sesto Trust Agreement
4880 Escalante Dr
North Port, FL 34287



Thomas E. Pedersen & Lori L Pedersen
1033 Summer Cape Circle
League City, TX 77573



Thomas E. Pedersen Inherited IRA
1033 Summer Cape Circle
League City, TX 77573



Thomas E. Pedersen IRA
1033 Summer Cape Circle
League City, TX 77573

Thomas S. Mayl & Benidia Mayl
1264 Woodland Meadows Dr
Vandalia, OH 45377


Thomas Stavinoha
10420 Will Lehman Rd
Needville, TX 77461


Timothy Miller IRA
138 Chancellor Dr
Chambersburg, PA 17201


Tod Bower & Kristi Bower
436 Bear Creek Trail
New Braunfels, TX 78132


Together as a Family Management LLC Solo
401k
814 Woodruff Place Middle Dr
Indianapolis, IN 46201


Wayne Syn IRA
754 E Walker St
Orland, CA 95963


William R Pedersen & Donna L Pedersen
2508 Briarglen Dr
Pearland, TX 77581

```
William Ray Pedersen Inherited IRA
2508 Briarglen Dr
Pearland, TX 77581
```