# Exhibit 1

PARCEL ID: 129-29-143
AFTER RECORDING RETURN TO:
TROUTMAN PEPPER LOCK LLP
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002
ATTN: SIMON MAYER

INSTRUMENT PREPARED BY:
SIMON MAYER
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002

**[SPACE ABOVE THIS LINE FOR RECORDING]**

**LOAN NUMBER: 5283010**

# TRANSFER AND ASSIGNMENT OF LIEN

STATE OF OHIO                                §
COUNTY OF CUYAHOG                            §

**INDEXING:**

| | |
|---|---|
| EFFECTIVE DATE: | **JUNE __, 2026** |
| LOAN AMOUNT: | **$55,300.00** |
| APN: | **129-29-143** |
| GRANTOR/ASSIGNOR: | **RONALD J. SOMMERS, acting solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP (DIVESTING ALL INTEREST OWNED)** |
| ADDRESS: | **1400 POST OAK BOULEVARD, SUITE 300 HOUSTON, TEXAS 77056** |
| GRANTEE/ASSIGNEE: | **DOUG KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM ILS INCOME FUND I LP)** |
| ADDRESS: | **17171 PARK ROW, SUITE 150 RICHMOND, TEXAS 77406** |
| REFERENCE TO: | **INSTRUMENT # 202301110263** |
| PROPERTY ADDRESS: | **12905 IMPERIAL AVENUE, UNITS 1 & 2, CLEVELAND, OHIO 44120-3130** |

Transfer and Assignment of Lien
Page 1
329420577v3

LEGAL DESCRIPTION:
**SITUATED IN THE CITY OF CLEVELAND, COUNTY OF CUYAHOGA AND STATE OF OHIO, AND KNOWN AS BEING THE WESTERLY 35 FEET OF SUBLOT NO. 31 IN LORENZ SANDRA SUBDIVISION NO. 2 OF PART OF THE ORIGINAL 100 ACRE LOTS NOS. 437 AND 438, AS SHOWN BY THE RECORDED PLAT IN VOLUME 47 OF MAPS, PAGE 21. SAID LOTHAS A FRONTAGE OF 35 FEET ON THE NORTHERLY SIDE OF IMPERIAL AVENUE, S.E., AND A DEPTH OF 120 FEET, BE THE SAME MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.**

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to:

**DOUG KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM INCOME FUND I LP)**

all beneficial interest under that Certain First Lien Commercial Mortgage, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing, dated: January 9, 2023 and recorded on January 11, 2023 under recorded Instrument Number: 202301110263, executed by **HIGHER ECHELON MANAGEMENT, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY** to **ILS LENDING LLC, A TEXAS LIMITED LIABILITY COMPANY** in the amount of $55,300.00

TOGETHER with the Note therein described or referred to, the money due and to become due thereon with interest, on an "as is, where is" basis, without representation or warranty of any kind, free and clear of all liens, claims and encumbrances, and all rights accrued or to accrue under said Security Instrument.

THE TRANSFER AND ASSIGNMENT OF THE LIEN AS PROVIDED FOR HEREIN IS MADE ON AN "AS IS, WHERE IS" BASIS, AND GRANTEE EXPRESSLY ACKNOWLEDGES THAT, IN CONSIDERATION OF THE AGREEMENTS OF GRANTOR HEREIN, EXCEPT AS OTHERWISE SPECIFIED HEREIN, GRANTOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW.

**GRANTOR/ASSIGNOR:**

ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP
    BY: RONALD J. SOMMERS, CHAPTER 7 TRUSTEE OF ILS INCOME FUND I LP

DATE:_____

_____
BY: RONALD J. SOMMERS, acting solely in his capacity as the CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ILS INCOME FUND I LP and not in his individual capacity

STATE OF TEXAS                          §
COUNTY OF  HARRIS                        §

This instrument was acknowledged before me on _____, 2026, by Ronald J. Sommers, acting solely in his capacity as the Chapter 7 Trustee of the Bankruptcy Estate of ILS Income Fund I LP, on behalf of said bankruptcy estate.


_____
Notary Public, State of Texas

Transfer and Assignment of Lien
Page 3
329420577v3