# Exhibit 2

PARCEL ID: 153308
AFTER RECORDING RETURN TO:
TROUTMAN PEPPER LOCK LLP
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002
ATTN: SIMON MAYER

INSTRUMENT PREPARED BY:
SIMON MAYER
600 TRAVIS STREET, SUITE 2800
HOUSTON, TEXAS 77002

**[SPACE ABOVE THIS LINE FOR RECORDING]**

**LOAN NUMBER: 5455510**

## TRANSFER AND ASSIGNMENT OF LIEN

STATE OF NORTH CAROLINA          §
COUNTY OF ROCKINGHAM          §

**INDEXING:**

EFFECTIVE DATE:     **JUNE __, 2026**
LOAN AMOUNT:     **$57,000.00**
APN:     **153308**
GRANTOR/ASSIGNOR:     **RONALD J. SOMMERS, acting solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP (DIVESTING ALL INTEREST OWNED)**
ADDRESS:     **1400 POST OAK BOULEVARD, SUITE 300 HOUSTON, TEXAS 77056**
GRANTEE/ASSIGNEE:     **DOUG KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM ILS INCOME FUND I LP)**
ADDRESS:     **17171 PARK ROW, SUITE 150 RICHMOND, TEXAS 77406**
REFERENCE TO:     **INSTRUMENT # 657229 BK: 1675 PG: 2763-2786**
PROPERTY ADDRESS:     **24 CIRCLE DRIVE, REIDSVILLE, NORTH CAROLINA 27320-2714**

LEGAL DESCRIPTION:
**BEING LOCATED IN THE TOWN OF REIDSVILLE, N.C. AND BEGINNING AT AN IRON ON THE WEST MARGIN OF ROACH CIRCLE, SAID POINT BEING NORTHERLY 51.96 FT. FROM THE NORTHWEST CORNER OF A LOT OWNED BY WADE M. DALTON; THENCE WITH ROACH CIRCLE AS IT CURVES NORTHERLY 48.26 FT. TO AN IRON; THENCE S. 85° WEST 134.1 FT. TO AN IRON; THENCE SOUTHERLY 117.3 FT. TO AN IRON, THE NORTHWEST CORNER OF LOT #41; THENCE WITH THE LINE OF THE SAID LOT N. 63° 42' EAST 175.6 FT. TO THE WEST MARGIN OF ROACH CIRCLE, THE POINT OF BEGINNING AND BEING LOT NOS. 42 & 43, BLOCK "C" AS PER MAP OF THE THOMPSON AND KEMP ADDITION TO REIDSVILLE, N.C. AS SURVEYED BY A. N. MATTOCKS, SURVEYOR, IN MARCH 1948.**

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to:

**DOUG KRENEK, AN INDIVIDUAL (AS TO AN UNDIVIDED 100.00% INTEREST ACQUIRED HEREIN FROM INCOME FUND I LP)**

all beneficial interest under that Certain First Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing dated: October 3, 2024 and recorded on October 4, 2024 under recorded Instrument Number: 657229 BK: 1675 PG: 2763-2786, executed by **B&Z PROPERTIES, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY** to **PEARL FUNDING LLC, A TEXAS LIMITED LIABILITY COMPANY** in the amount of $57,000.00

TOGETHER with the Note therein described or referred to, the money due and to become due thereon with interest, on an "as is, where is" basis, without representation or warranty of any kind, free and clear of all liens, claims and encumbrances, and all rights accrued or to accrue under said Security Instrument.

THE TRANSFER AND ASSIGNMENT OF THE LIEN AS PROVIDED FOR HEREIN IS MADE ON AN "AS IS, WHERE IS" BASIS, AND GRANTEE EXPRESSLY ACKNOWLEDGES THAT, IN CONSIDERATION OF THE AGREEMENTS OF GRANTOR HEREIN, EXCEPT AS OTHERWISE SPECIFIED HEREIN, GRANTOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW.

**GRANTOR/ASSIGNOR:**

ILS INCOME FUND I LP, A TEXAS LIMITED PARTNERSHIP
    BY: RONALD J. SOMMERS, CHAPTER 7 TRUSTEE OF ILS INCOME FUND I LP

DATE:_____

_____
BY: RONALD J. SOMMERS, acting solely in his capacity as the CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ILS INCOME FUND I LP and not in his individual capacity

Transfer and Assignment of Lien
Page 2
329416732v3

STATE OF TEXAS                                  §
COUNTY OF  HARRIS                               §

This instrument was acknowledged before me on _____, 2026, by Ronald J. Sommers, acting solely in his capacity as the Chapter 7 Trustee of the Bankruptcy Estate of ILS Income Fund I LP, on behalf of said bankruptcy estate.


_____
Notary Public, State of Texas


Transfer and Assignment of Lien
Page 3
329416732v3