IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 7 |
| ILS INCOME FUND I LP, *and*<br>ILS GROWTH FUND I, LP | § § § | Case No. 25-37277 (EVR) |
|  | § § | (Jointly Administered) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the undersigned counsel hereby files this Notice of Appearance and Request for Service of Papers on behalf of Home Bank, N.A., a party in interest in the above-captioned case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices in this case be given to and served upon the following:

> Armistead M. Long (Texas Bar No. 24035576)
> Gordon Arata Montgomery Barnett
>    McCollam Duplantis & Eagan, LLC
> 1015 Saint John Street
> Lafayette, Louisiana 70501
> Telephone:    (337) 237-0132
> Facsimile:    (337) 237-3451
> Email:        along@gordonarata.com

The undersigned counsel consents to service of notices by facsimile or electronic mail. This request encompasses all notices and papers pursuant to Rules 2002, 3017, 9007, or 9010(b) of the Federal Rules of Bankruptcy Procedures, including notices of any order, motion, complaint, petition, or request, application, or any other document brought before this Court, whether formal or informal, which affects this case.

4394456v1

Respectfully submitted,

GORDON, ARATA, MONTGOMERY, BARNETT
MCCOLLAM, DUPLANTIS & EAGAN, LLC

By: */s/ Armistead M. Long*
Armistead M. Long
Texas Bar No. 24035576
1015 Saint John Street
Lafayette, Louisiana, 70501
Telephone:  (337) 237-0132
Facsimile:   (337) 237-3451
E-Mail: along@gordonaratacom

*Counsel for Home Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I caused a copy of the foregoing document to be transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF users appearing in the case.

*/s/ Armistead M. Long*
Armistead M. Long

4394456v1