**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ILS Income Fund I LP,** *and* | § | **Case No. 25-37277 (EVR)** |
| **ILS Growth Fund I LP,** | § | |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**APPLICATION FOR EMPLOYMENT OF**
**WOLFE, JONES, WOLFE, HANCOCK, DANIEL & SOUTH, LLC**
**AS LOCAL BANKRUPTCY COUNSEL (AL) FOR THE BANKRUPTCY ESTATES OF**
**ILS INCOME FUND I LP AND ILS GROWTH FUND I LP**

**This Motion seeks an order that may adversely affect you. If you oppose the Motion, you should immediately contact the moving party to resolve the dispute. If you and the Moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the Court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**To the Honorable Eduardo V. Rodriguez,**
**Chief United States Bankruptcy Judge:**

Ronald J. Sommers, the chapter 7 trustee (the "***Trustee***" or "***Applicant***") for the above-referenced bankruptcy estates hereby files his *Application for Employment of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as Local Bankruptcy Counsel (AL) for the Bankruptcy Estates of ILS Income Fund I LP and ILS Growth Fund I LP* (the "***Application***"), effective June 30, 2026. In support of the Application, the Trustee would respectfully submit as follows:

1

**Summary of Relief Requested**

1.      The Trustee seeks authority to retain Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC ("*Wolfe Jones*") as his Local Bankruptcy Counsel on an hourly fee basis for the purposes of advising and representing the Trustee in connection with the *In re Paradise Land, LLC* bankruptcy case currently pending in the Northern District of Alabama, Huntsville Division, under case number 26-80915-CRJ11 (the "*Paradise Bankruptcy Case*").  The Estates (defined below) hold certain mortgages on real property located in Alabama.  The borrower associated with the mortgages recently filed chapter 11 bankruptcy.  Due to local rules and practice in the Northern District of Alabama, the Trustee requires the employment of local counsel to assist in protecting the Estates' interest Paradise Bankruptcy Case.  The engagement is subject to the terms and conditions set forth in that certain engagement agreement, dated July 16, 2026, between Wolfe Jones and the Trustee (the "*Engagement Agreement*").  A true and correct copy of the Engagement Agreement is attached to this Application as **Exhibit 1**.

2.      The relief requested in this Application is supported by the *Declaration of William M. Hancock in Support of the Trustee's Application for Employment of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as Local Bankruptcy Counsel (AL) for the Bankruptcy Estates of ILS Income Fund I LP and ILS Growth Fund I LP* (the "*Hancock Declaration*") attached as **Exhibit 2**.

**Jurisdiction**

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. The predicate for the relief requested in the Application is sections 327, 328, and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "*Bankruptcy Code*"), Rule 2014 of

the Federal Rules of Bankruptcy Procedure, Rule 2014–1 of the Local Bankruptcy Rules for the Southern District of Texas.

4.      This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O). Since this is a core proceeding, the Bankruptcy Court has constitutional authority to enter final orders regarding the Application.  Further, to the extent that the Court determines that it does not have authority to enter a final order on a portion or all of the Application, the Trustee requests that the Court issue a report and recommendation for a final order to the United States District Court of the Southern District of Texas.

## Background

### I.      Procedural Background

5.      On December 1, 2025 (the "*Petition Date*"), ILS Income Fund I LP ("*ILS Income*") and ILS Growth Fund I LP ("*ILS Growth*", and collectively with ILS Income, the "*Debtors*") each filed voluntary petitions for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*. (the "*Bankruptcy Code*") thereby commencing Case Numbers 25-37277 and 25-37281 (collectively, the "*Cases*"), respectively, in the United States Bankruptcy Court (the "*Bankruptcy Court*").

6.      Shortly thereafter, Ronald J. Sommers was appointed as the chapter 7 trustee of the ILS Income and ILS Growth bankruptcy estates (collectively, the "*Estates*").

7.      On December 12, 2025, the Trustee filed a motion for joint administration of the Cases [Docket No. 6] (the "*Joint Administration Motion*").  On December 15, 2025, the Court ordered joint administration of the Cases under Case Number 25-37277.  [Docket No. 7].

### II.      Relevant Factual Background

8.      Prepetition, the Debtors primarily operated as real estate investment funds that

invested in promissory notes secured by liens on commercial real property.  The Debtors raised money for these investments by selling limited partnership units to accredited investors.

9.      The ILS Growth Estate has mortgages against certain real property located in Alabama, including property at 0000 Kerri Lane, Boaz, Alabama 35956 (the "***Boaz Property***").  The promissory note secured by the Boaz Property is in default.  The Boaz Property is owned by Paradise Land LLC.

10.     The Trustee previously engaged a firm to advise the Trustee on the Estate's rights under the mortgage documents and Alabama law, and, as appropriate, to prosecute a foreclosure proceeding of the Boaz Property.  [*See* Docket Nos. 71 & 90].

11.     Shortly thereafter on April 21, 2026, Paradise Land, LLC filed chapter 11 bankruptcy, Paradise Bankruptcy Case.

12.     Due to local rules and practice in the Northern District of Alabama, the employment of Wolfe Jones is required to appear on behalf of the Trustee in the Paradise Bankruptcy Case.  The Trustee requires the employment of local counsel to assist in protecting the Estates' interest Paradise Bankruptcy Case.

13.     The Trustee has selected Wolfe Jones because it has extensive creditor and trustee experience in bankruptcy cases in the Northern District of Alabama.  Wolfe Jones's offices are located near the Federal Courthouse in Huntsville, Alabama and Wolfe Jones is familiar with the bankruptcy court in the Northern District of Alabama.  The Trustee believes that Wolfe Jones can provide the Estate with the required local representation to allow the Trustee to protect the Estate's interest the Paradise Bankruptcy Case in a prudent and efficient manner.

**Wolfe Jones**

14.     Wolfe Jones maintains offices at 905 Bob Wallace Ave SW, Huntsville, AL 35801. Wolfe Jones's main telephone number for its Huntsville Office is (256) 534-2205.   More information on Wolfe Jones is available at https://wolfejones.com/.

15.     William M. Hancock of Wolfe Jones will be designated as attorney-in-charge and will be responsible for the representation of the Trustee by Wolfe Jones as set forth in this Application and the attached Engagement Agreement.

16.     William M. Hancock is admitted to practice before all Alabama State courts, the United States District Courts for the Northern, Middle and Southern Districts of Alabama, and the United States Court of Appeals 11th Circuit.

17.     Accordingly, the Trustee believes that Wolfe Jones is well qualified to represent the Trustee.

18.     The Trustee requests authority to engage Wolfe Jones to perform the services identified above, as set forth in more detail in the Engagement Agreement.

**Statement Regarding Connections to the Case**

9.     Wolfe Jones did not represent the Debtors prior to or during this Case.  Wolfe Jones has no connection with the Debtors, their creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is a "disinterested person" within the definition of § 101(14) of the Bankruptcy Code on the matters for which it is to be engaged as special counsel.  *See* Hancock Declaration attached hereto as **Exhibit 2**.

**Terms of Engagement**

19.     William M. Hancock will be designated as attorney-in-charge and will be

5

responsible for the representation of the Trustee by Wolfe Jones as set forth in this Application and the attached Engagement Agreement.

20.     Wolfe Jones is being retained on a general hourly retainer agreement.  The hourly rates are charged depending upon the level of the staff performing the service.  William M. Hancock hourly rate for this engagement is $390.00 per hour.

21.     Wolfe Jones's hourly rates are normally adjusted annually.

22.     Reimbursable expenses will be charged at the amounts incurred and no higher than the rates allowed by the Bankruptcy Local Rules of the Southern District of Texas.

23.     Wolfe Jones acknowledges and understands that payment of its fees and expenses is subject to Bankruptcy Court approval, and they will be required to submit a fee application for approval prior to any payment on their incurred fees and expenses.  The Trustee certifies, and Wolfe Jones understands, that no payment will be made to Wolfe Jones except on an order of this Court approving the fees and expenses incurred by Wolfe Jones.  Wolfe Jones further acknowledges and understands that pursuant to 11 U.S.C. § 331, Wolfe Jones may only apply for interim compensation not more often than once every 120 days.

24.     In reaching his decision, the Trustee evaluated the Estates' available resources, the complexity of the matters to which Wolfe Jones is to be employed, and the anticipated costs related to the proposed transactions.

25.     Under the circumstances, the Trustee believes that the terms of the proposed agreement are reasonable, prudent and in the best interest of the Estates.

### Conclusion

For the reasons set forth above, the Trustee respectfully requests the entry of an order authorizing the Trustee to employ Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as local

bankruptcy counsel in the Paradise Bankruptcy Case under 11 U.S.C. §§ 327 and 328 and for all other and further relief, both at law and in equity, to which he may justly be entitled.

Respectfully submitted,

/s/ Simon R. Mayer
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone:  713-226-1200
Facsimile:  713-226-3717
Email: Simon.Mayer@troutman.com

***Counsel for***
***Ronald J. Sommers, Trustee***

## Certificate of Service

I certify that on July 29, 2026, a copy of the foregoing document was served on the U.S. Trustee and on the parties listed below who are registered for electronic service via the Court's Electronic Case Filing System.

- T. Josh Judd on behalf of ILS Action Group of Investors
- Jeannie Andresen on behalf of City of Webster, Galveston County
- Daniel Joseph Gierut on behalf of Horizon Turf Grass Inc.
- Daniel Joseph Gierut on behalf of R&R Turf Farms LP
- Lydia R Webb on behalf of Donald Sutton
- Misty A. Segura on behalf of The Mint National Bank
- Richard A, Battaglia on behalf of Jet Lending LLC
- John Mark Stern on behalf of Texas Comptroller of Public Accounts Revenue Accounting Division
- Aaron J. Power on behalf of Good Bull Lending L.P.
- Reginald J. Fox on behalf of Intervenors
- W. Lee Keeling on behalf of Greg Garcia
- Elyse M. Farrow on behalf of ILS Income Fund I LP
- Elyse M. Farrow on behalf of ILS Growth Fund I LP
- Melissa Anne Haselden on behalf of ILS Income Fund I LP
- Melissa Anne Haselden on behalf of ILS Growth Fund I LP
- Ronald J Sommers
- US Trustee
- Nicholas Zugaro on behalf of Home Bank, N.A.

/s/ Simon R. Mayer
Simon R. Mayer