

WILLIAM M. HANCOCK
LARRY O. DANIEL, JR.
JUSTIN G. SOUTH*
T. RILEY WOLFE
ZACHARY L. GUYSE*

**Wolfe, Jones, Wolfe, Hancock, Daniel & South, L.L.C.**

ATTORNEYS AT LAW

905 BOB WALLACE AVENUE
HUNTSVILLE, ALABAMA 35801
TELEPHONE 256-534-2205
FAX 256-519-6691

BRIAN J. WILLIAMS
KASEY F. BAKER
TIMOTHY P. PITTMAN
COLE WHITEHURST

*ALSO MEMBER OF TENNESSEE BAR

WWW.WOLFEJONES.COM

July 16, 2026

**Via Email and
Regular U. S. Mail**

Mr. Ronald J. Sommers
Chapter 7 Trustee of ILS Growth Fund I LP
and ILS Income Fund I LP
1400 Post Oak Boulevard, Suite 300
Houston, Texas 77056
rsommers@nathansommers.com

> Re:   <u>In re: Paradise Land, LLC</u>
>        United States Bankruptcy Court
>        Northern District of Alabama, Northern Division
>        Case No.: 26-80915-CRJ11

Dear Mr. Sommers:

Thank you for providing Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC ("Wolfe, Jones" or "us") with an opportunity to represent your interests in connection with the matter set forth above. This letter confirms our engagement and describes the basis on which we will provide legal services. If at any time you have questions or there is some action on our part that will better suit your needs, please let us know. We want you to be fully satisfied with the legal services we provide.

**Client**. Our client in this matter will be Ronald J. Sommers, Chapter 7 Trustee of ILS Growth Fund I, LP and ILS Income Fund I, LP ("Client" or "you").

**Scope of Engagement**. The scope of our engagement is limited to appearing as local counsel on your behalf in the Paradise Land, LLC bankruptcy case pending in the United States Bankruptcy Case for the Northern District of Alabama (Case No.: 26-80915) (hereinafter referred to as the "Paradise Case"). I understand you will be represented by Hon. Simon Mayer in all material aspects of the Paradise Case. Wolfe, Jones's representation excludes any work outside of appearing in person for hearings in the Paradise Case. Our acceptance of this engagement does

Mr. Ronald J. Sommers
July 16, 2026
Page 2 of 4

not mean we represent you or your interests in other matters.  Any expansion of our scope of work in this matter, and any representation of you in other matters, will be set forth in a separate letter or agreement.  If we undertake to represent you in other matters without specific terms of engagement, the terms of this letter will apply.

**What we need from you**.  Please provide us with all documents and other information necessary for us to perform our work for you.  In addition, please provide the relevant pleadings and orders from the ILS Growth Fund I, LP and ILS Income Fund I, LP cases that memorialize your appointment as Trustee and grant authority to assert claims in the Paradise Case.

**Fees, Costs and Staffing**.  Our fees are based on hourly rates that vary depending on the lawyer or legal assistant involved.  They are also subject to periodic adjustment.  My hourly rate is $390.00.  In addition to our legal fees, we will bill you for costs and expenses we incur on your behalf or in the course of our representation.  These may include items such as document reproduction, computer-assisted research, delivery and courier services, filing fees, travel expenses and other costs reasonably incurred.  Depending on the nature of the expense, we may ask that certain expenses be billed to you and be paid directly by you.

Notwithstanding anything to the contrary in this letter, the parties understand that (i) Wolfe Jones's engagement is subject to approval by the Bankruptcy Court in the *In re ILS Growth Fund I LP and ILS Income Fund I LP* bankruptcy case currently pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (jointly administered under case number 25-37277) (the "ILS Case"); (ii) prior to payment of its fees and expenses, Wolfe Jones's must submit its fees and expenses to the Bankruptcy Court in the ILS Case for approval and such payment is conditioned upon such approval; and (iii) time will be billed in .1 (one-tenth) of an hour increments.  Additionally, pursuant to 11 U.S.C. 331, Wolfe Jones's may only apply for interim compensation not more often than once every 120 days.

**Retainer**. I will not require a retainer from you as part of the representation.

**Invoicing and Payment for our Services**.  We expect to send our bills to you monthly.  Unless you instruct otherwise, your billing address will be the same address used to send you this letter.  I will look for assistance from you and Mr. Mayer in order to become employed by the two ILS estates.

**Conflicts of Interest**. We have evaluated this engagement for conflicts of interest on the basis that we represent only one client in this matter.  We are not presently aware of any conflicts.

As we have discussed, our firm represents many other companies and individuals in a variety of matters.  It is possible that during the time we are representing you, some of our present or future clients may have transactions or disputes with you.  You have agreed that Wolfe, Jones may continue to represent or may undertake in the future to represent other clients in any matter not substantially related to our work for you, even if the interests of such clients in those other matters are directly adverse to you or a related entity, and even if such representations would be simultaneous.  We agree, however, that your prospective consent to conflicting representations

Mr. Ronald J. Sommers
July 16, 2026
Page 3 of 4

will not apply in an instance where, as the result of our representation of you, we have obtained sensitive, proprietary or other confidential or non-public information that, if known to any such other client of ours, could be used in any such other matter by such other client to your material disadvantage, and if screening procedures and similar measures would be insufficient to protect and maintain the confidentiality of that information. Please know that, in similar engagement letters with many of our other clients, we have asked for similar agreements to preserve our ability to represent you.

**Termination of Engagement**. You may terminate our engagement at any time by written notice. Likewise, Wolfe, Jones may also terminate this engagement at any time by written notice, subject to applicable rules of professional conduct. In the event we terminate our representation, we will take such steps as are reasonably practicable to protect your interests in the above matter, and you agree to take all steps necessary to free us of any obligation to perform further. You will be responsible for our fees and expenses for our entire engagement, through and including any termination.

**Conclusion of Representation; Retention and Disposition of Documents**. Unless previously terminated, our representation will conclude when we complete the specific services you have retained us to perform. At your request, we will return your papers and property to you upon our receipt of final payment. We will retain our own files pertaining to the matter, including, for example, firm administrative records, internal lawyers' work product such as drafts, notes, internal memoranda and legal and factual research.

Please retain all documents that we send you in accordance with your own records retention practices. All documents we retain will be transferred to the person responsible for administering our records retention program at the end of our representation. Unless we agree otherwise, documents and other materials we retain may be destroyed or disposed of within a reasonable time after termination or conclusion of this engagement.

**Post-Engagement Matters**. You are engaging Wolfe, Jones to provide legal services in connection with a specific matter. After the matter concludes, we may inform you from time to time of developments and changes in the law that might interest you. These communications, however, do not create a new attorney-client relationship.

After this matter is concluded, changes in law or circumstances may occur that could impact your future rights and liabilities. Unless you specifically engage us to provide advice on matters arising in the future, we have no continuing obligation to advise you with respect to future developments.

Please sign a copy of this letter and return it to me. While we prefer to have a signed copy of this letter in our file before beginning work on this matter, we will begin work earlier if circumstances require. Accordingly, our performance of services with your knowledge will be deemed your consent to the terms of the letter unless we hear from you to the contrary. We look forward to working with you on this matter.

Mr. Ronald J. Sommers
July 16, 2026
Page 4 of 4


Thank you for your consideration of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC. If I may be of service or there are any questions, please feel free to call or email.

Sincerely,

William M. Hancock


WMH/lw


AGREED AND ACCEPTED this the _____ day of _____, 2026.


**Ronald J. Sommers**

**Chapter 7 Trustee of ILS Growth Fund I, LP and ILS Income Fund I, LP**


_____