**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ILS Income Fund I LP,** *and* | § | **Case No. 25-37277 (EVR)** |
| **ILS Growth Fund I LP,** | § | |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**WOLFE, JONES, WOLFE, HANCOCK, DANIEL & SOUTH, LLC**
**AS LOCAL BANKRUPTCY COUNSEL (AL) FOR THE BANKRUPTCY ESTATES OF**
**ILS INCOME FUND I LP AND ILS GROWTH FUND I LP**
(Related to Docket No. ___)

The Court has considered the *Application for Employment of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as Local Bankruptcy Counsel (AL) for the Bankruptcy Estates of ILS Income Fund I LP and ILS Growth Fund I LP* (the "*Application*")[1] filed by Ronald J. Sommers, the Trustee of the Estates, seeking authority to employ and appoint the law firm of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as his local bankruptcy counsel in the Paradise Bankruptcy Case, effective June 30, 2026 and to designate William M. Hancock to act as lead counsel, to represent him as the Trustee.  It appears from the Application and the Declaration of William M. Hancock that Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC ("*Wolfe Jones*") has an office in Huntsville, Alabama and its attorneys duly admitted to practice in the relevant Alabama courts, and that Wolfe Jones represents no interest adverse to the Trustee, the Estates, or the United States Trustee in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Estates, and the scope of the engagement is one that requires retention of counsel.  It is therefore:

---

[1]  All capitalized terms unless otherwise defined herein shall have the meaning ascribed to them in the Application.

**ORDERED** that the Engagement Agreement attached as **Exhibit 1** to the Application is approved pursuant to 11 U.S.C. §§ 327 and 328(a).  It is further

**ORDERED** that Ronald J. Sommers, Trustee of the Estates of ILS Income and ILS Growth, be and hereby is authorized to employ the law firm of Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC as local bankruptcy counsel in the United States Bankruptcy Court for the Northern District of Alabama, with William M. Hancock to act as lead counsel, to provide all necessary legal services to the Trustee as set forth in **Exhibit 1** to the Application and as described in the Application.  It is further

**ORDERED** that Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC shall not be compensated by the Estates for performing duties required to be performed by the Trustee.  It is further

**ORDERED** that all requests for compensation from Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC shall be filed with this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.  It is further

**ORDERED** that should the Trustee desire for Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC to perform any additional professional services, other than those authorized herein, or should the Trustee desire to appoint additional counsel to perform legal services, leave is hereby granted to the Trustee to file such other applications or supplemental applications as may be necessary.  And it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these Cases.

3

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

3