**Exhibit 2 – Co-Owners**

| Borrower | Original Principal Amount of Note | Lien Priority of Note | Debtor | Note Co-Owner ("*Co-Owners*") | Noteholder % Ownership |
|---|---|---|---|---|---|
| JMK5 Alvin LLC | $4,500,000.00 | 1st | ILS Income Fund I LP | | 88.89% |
| | | | | KK Houston Properties Inc. | 11.11% |
| JMK5 Gemini A LLC | $4,068,990.04 | 2nd | ILS Growth Fund I LP | | 30.00% |
| | | | | DFS Cornerstone I LLC | 20.00% |
| | | | | ILS RE Capital LLC | 20.00% |
| | | | | ILS RE Capital III LLC | 20.00% |
| | | | | ILS Capital IV LLC | 10.00% |
| JMK5 Gemini B LLC | $1,000,000.00 | 3rd | ILS Growth Fund I LP | | 30.00% |
| | | | | ILS RE Capital LLC | 20.00% |
| | | | | ILS RE Capital II LLC | 20.00% |
| | | | | ILS RE Capital III LLC | 15.00% |
| | | | | ILS RE Capital IV LLC | 15.00% |
| JMK5 Gemini D LLC | $2,000,000.00 | 1st | ILS Income Fund I LP | | 6.00% |
| | | | | KK Houston Properties Inc. | 50.00% |
| | | | | Ramona Krenek | 33.00% |
| | | | | KJT Memorial Foundation | 11.00% |
| JMK5 Racing LLC | $6,500,000.00 | 5th | ILS Growth Fund I LP | | 76.92% |
| | | | | KK Houston Properties Inc. | 23.08% |

331885482v1