**Exhibit 3 – Collaterally Assigned Notes**

| Borrower | Original Principal Amount of Note | Lien Priority of Note | Debtor | Collateral Assignee(s) |
|---|---|---|---|---|
| JMK5 Gemini A LLC | $1,961,680.00 | 1st | ILS Growth Fund I LP | DGE Fund I |
| | | | ILS Growth Fund I LP | NewFirst National Bank |
| JMK5 Gemini B LLC | $3,000,000.00 | 2nd | ILS Growth Fund I LP | DGE Fund I LP |
| | | | ILS Growth Fund I LP | Newfirst National Bank |
| | | | ILS Growth Fund I LP | Elliot W. Kruppa |
| | | | ILS Growth Fund I LP | Ramona Krenek |

331885482v1