## Exhibit 4 – Purchase Price Allocation to Notes

| No. | Borrower | Property | Property Appraised Value | Original Principal Amount of Note | Lien Priority of Note | Note / Collateral Assignment Payoff (As of 7/31/2026) | Purchase Price Allocation to Property | Purchase Price Allocation to Note | Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | JMK5 Alvin LLC | Alvin Property | $3,380,000.00 | | | | $3,380,000.00 | | | |
| | | | | $4,500,000.00 | 1st | $5,128,543.77 | | $3,004,482.00 | ILS Income Fund I LP | 88.89% |
| | | | | | | | | $375,518.00 | KK Houston Properties Inc. | 11.11% |
| 2. | JMK5 Arena LLC | Arena Property | $7,400,000.00 | | | | $0.00 | | | |
| | | | | $5,900,000.00 | 5th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| 3. | JMK5 Falstaff Hotel LLC | Falstaff Property | $780,000.00 | | | | $780,000.00 | | | |
| | | | | $4,047,640.49 | 2nd | $4,572,588.58 | | $780,000.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $8,980,000.00 | 3rd | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $1,925,000.00 | 5th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $4,600,000.00 | 6th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| 4. | JMK5 Gemini A LLC | Gemini A Property | $8,230,000.00 | | | | $8,230,000.00 | | | |
| | | | | $1,961,680.00 | 1st | $1,825,940.33 | | $1,825,940.33 | ILS Growth Fund I LP and collaterally assigned to DGE Fund I and NewFirst National Bank | 100.00% |
| | | | | $4,068,990.04 | 2nd | $4,596,707.10 | | $1,379,012.13 | ILS Growth Fund I LP | 30.00% |
| | | | | | | | | $919,341.42 | DFS Cornerstone I LLC | 20.00% |
| | | | | | | | | $919,341.42 | ILS RE Capital LLC | 20.00% |

| No. | Borrower | Property | Property Appraised Value | Original Principal Amount of Note | Lien Priority of Note | Note / Collateral Assignment Payoff (As of 7/31/2026) | Purchase Price Allocation to Property | Purchase Price Allocation to Note | Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $919,341.42 | ILS RE Capital III LLC | 20.00% |
| | | | | | | | | $459,670.71 | ILS Capital IV LLC | 10.00% |
| | | | | $1,719,329.96 | 3rd | $1,942,313.84 | | $1,807,352.57 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,100,000.00 | 4th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,385,000.00 | 5th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,100,000.00 | 6th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,605,000.00 | 7th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| 5. | JMK5 Gemini B LLC | Gemini B Property | $4,320,000.00 | | | | $4,320,000.00 | | | |
| | | | | $3,000,000.00 | 2nd | $3,180,192.67 | | $1,855,006.38 | ILS Growth Fund I LP and collaterally assigned to DGE Fund I LP | 58.33% |
| | | | | | | | | $795,048.17 | ILS Growth Fund I LP and collaterally assigned to Newfirst National Bank and Elliot W. Kruppa | 25.00% |
| | | | | | | | | $530,042.71 | ILS Growth Fund I LP and collaterally assigned to Ramona Krenek | 16.667% |
| | | | | $1,000,000.00 | 3rd | 1,138,843.08 | | $341,652.92 | ILS Growth Fund I LP | 30.00% |

331896440v1

| No. | Borrower | Property | Property Appraised Value | Original Principal Amount of Note | Lien Priority of Note | Note / Collateral Assignment Payoff (As of 7/31/2026) | Purchase Price Allocation to Property | Purchase Price Allocation to Note | Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $227,768.62 | ILS RE Capital LLC | 20.00% |
| | | | | | | | | $227,768.62 | ILS RE Capital II LLC | 20.00% |
| | | | | | | | | $170,826.46 | ILS RE Capital III LLC | 15.00% |
| | | | | | | | | $170,826.46 | ILS RE Capital IV LLC | 15.00% |
| | | | | $2,000,000.00 | 5th | | | $964.25 | ILS Growth Fund I LP | 100.00% |
| | | | | $1,615,000.00 | 6th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,490,000.00 | 10th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| 6. | JMK5 Gemini D LLC | Gemini D Property | $3,300,000.00 | | | | $3,300,000.00 | | | |
| | | | | $2,000,000.00 | 1st | $2,277,686.16 | | $1,138,843.08 | KK Houston Properties Inc. | 50.00% |
| | | | | | | | | $751,636.43 | Ramona Krenek | 33.00% |
| | | | | | | | | $250,545.48 | KJT Memorial Foundation | 11.00% |
| | | | | | | | | $136,661.17 | ILS Income Fund I LP | 6.00% |
| | | | | $1,000,000.00 | 2nd | $1,138,843.08 | | $1,022,313.84 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,500,000.00 | 3rd | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $3,660,000.00 | 4th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $3,800,000.00 | 5th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| 7. | JMK5 Marina LLC | Marina Property | $5,520,000.00 | | | | $0.00 | | | |
| | | | | $1,650,000.00 | 6th | | | $0.00 | ILS Income Fund I LP | 100.00% |
| 8. | JMK5 Racing | Racing Property | $9,000,000.00 | | | | $4,386,000.00 | | | |
| | | | | $6,500,000.00 | 5th | | | $3,373,711.20 | ILS Growth | 76.92% |

331896440v1

| No. | Borrower | Property | Property Appraised Value | Original Principal Amount of Note | Lien Priority of Note | Note / Collateral Assignment Payoff (As of 7/31/2026) | Purchase Price Allocation to Property | Purchase Price Allocation to Note | Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | LLC | | | | | | | | Fund I LP | |
| | | | | | | | | $1,012,288.80 | KK Houston Properties Inc. | 23.08% |
| 9. | JMK5 Shreveport LLC | Shreveport Property | $740,000.00 | | | | $740,000.00 | | | |
| | | | | $2,115,000.00 | 1st | | | $740,000.00 | ILS Growth Fund I LP | 100.00% |
| 10. | JMK5 Sand Springs LLC | Sand Springs Property | $2,730,000.00 | | | | $2,730,000.00 | | | |
| | | | | $3,200,000.00 | 1st | $3,615,015.67 | | $2,730,000.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $5,200,000.00 | 2nd | | | $0.00 | ILS Income Fund I LP | 100.00% |
| | | | | $1,800,000.00 | 3rd | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $9,400,000.00 | 5th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $4,950,000.00 | 6th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $2,430,000.00 | 7th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $5,985,000.00 | 9th | | | $0.00 | ILS Growth Fund I LP | 100.00% |
| | | | | $18,470,000.00 | 10th | | | $0.00 | ILS Growth Fund I LP | 100.00% |

331896440v1