UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 25-37277 |
|---|---|
| ILS Income Fund I LP<br>ILS Growth Fund I LP | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 142 |

On 8/5/2026, I did cause a copy of the following documents, described below,

Trustee's Motion (I) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (II) Authorizing and Approving Asset Purchase Agreement; and (III) Granting Other Rel ECF Docket Reference No. 142

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2026

/s/ Simon R. Mayer
Simon R. Mayer  24060243

Troutman Pepper Locke
600 Travis, Suite 2800
Houston, TX 77002
713-226-1507
simon.mayer@troutman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

ILS Income Fund I LP
ILS Growth Fund I LP

CASE NO: 25-37277

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 142

On 8/5/2026, a copy of the following documents, described below,

Trustee's Motion (I) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (II) Authorizing and Approving Asset Purchase Agreement; and (III) Granting Other Rel ECF Docket Reference No. 142

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Simon R. Mayer
Troutman Pepper Locke
600 Travis, Suite 2800
Houston, TX  77002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

600 GEMINI LLC
MEADE NEESE & BARR LLP
ATTN:  ANDREW K. MEADE
2118 SMITH STREET
HOUSTON TX 77002-8628

AHMAD ZAVITSANOS & MENSING PLLC
ATTN: SHAHMEER HALEPOTA
1221 MCKINNEY STE 2500
HOUSTON TX 77010-2021

AICOSYBAY INVESTMENTS LLC
13120 DRESSAGE LANE
SAN DIEGO CA 92130-3731

AILERON INVESTMENTS LLC
6713 WOODED COVE COURT
FLOWERY BRANCH GA 30542-3897

AKAMSKY RD LLC
200 CHAMBERS STREET
APT 7C
NEW YORK NY 10007-1343

ALBERT F. FURTADO ROTH IRA
1425 PINE FOREST DR
PEARLAND TX 77581-8746

ALICE CABALLERO ROTH IRA
1816 NORTH DR
BAY CITY TX 77414-8732

ALINA CRAWFORD
3527 CAMINO CIELO
LINCOLN CA 95648-7951

ALL SEASONS TURF GRASS INC
32601 FM 529
BROOKSHIRE TX 77423-2512

ALLAN RAY JANAK & JEAN ANNETTE
JANAK
1301 KAREN CIRCLE
EL CAMPO TX 77437-3242

ALLAN RAY JANAK IRA
1301 KAREN CIRCLE
EL CAMPO TX 77437-3242

ALLEN STEGEMILLER
1210 CAMBAY DR
ROSENBERG TX 77471-5688

ALMAX LLC
10015 S. COTTONCREEK DR
LITTLETON CO 80130-3845

AMIT RAJANI
11 JAYS CORNER
SOMERSET NJ 08873-7439

AMIT RAJANI HSA & IRA
175 E 96TH STREET
29E
NEW YORK NY 10128-6215

AMJR HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

AMY VOORHEES IRA
4252 MARSHALL RD
RANTOUL KS 66079-9059

ANDREW DUCKETT IRA
5 CARLA CIRCLE
MOUNTAIN BROOK AL 35213-3001

ANDREW GILLOTT & CHELA GILLOTT
8782 E 148TH LN
THORNTON CO 80602-5799

ANGELA D TEMPLE IRA
555 KINGS DRIVE
FREEPORT TX 77541-7701

ANN MILLER IRA
138 CHANCELLOR DRIVE
CHAMBERSBURG PA 17201-3903

ANNETTE D WIED IRA
2202 RAUN LN
EL CAMPO TX 77437-6704

ANNETTE D WIED ROTH IRA & IRA
2202 RAUN LN
EL CAMPO TX 77437-6704

ANNIE DRASTATA ESTATE
1107 GRAND RIVER DR
RICHMOND TX 77406-1848

ANNIE M PEDERSEN
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

ANNIE M PEDERSEN IRA
712 SATURNIA LN
LEAGUE CITY TX 77573-6806

ARCHIE R BECKETT JR & DANI N
BECKETT
6007 TAMSWORTH CT
PARKER TX 75002-5471

ARCHIE R BECKETT JR IRA
6007 TAMSWORTH CT
PARKER TX 75002-5471

ARCHIE R BECKETT JR ROTH IRA
6007 TAMSWORTH CT
PARKER TX 75002-5471

ARCHIE R BECKETT JR ROTH IRA & IRA
6007 TAMSWORTH CT
PARKER TX 75002-5471

ARNOLD ENGLAND & LINDA ENGLAND
PO BOX 292
BROOKSHIRE TX 77423-0292

ARTHUR J PRIESMEYER & SUSAN
PRIESMEYER
216 BRENT ST
EL CAMPO TX 77437-9121

ASYA KAMSKY
200 CHAMBERS STREET
APT 7C
NEW YORK NY 10007-1343

ATAG INVESTMENT HOLDINGS LLC
1856 HIGHLAND DRIVE
FERNANDINA BEACH FL 32034-2409

AVALON CAPITAL & INVESTMENTS LLC
7604 CLARET AVENUE
BATON ROUGE LA 70809-1584

BALANCED SPRINTS LLC
16 BRIARWOOD LN
NEW HARTFORD NY 13413-2450

BARRY CLEMENCICH
15815 LONGVALE DR
HOUSTON TX 77059-5231

BARRY J CLEMENCICH BENEFICIARY IRA
15815 LONGVALE DR
HOUSTON TX 77059-5231

BARRY J CLEMENCICH INHERITED IRA &
IRA
15815 LONGVALE DR
HOUSTON TX 77059-5231

BC III PROPERTIES LLC
23055 DONNOCH CT
MURRIETA CA 92562-3109

BENEDICT FAMORI IRA
4127 CANE VALLEY CT
FULSHEAR TX 77441-1758

BENJAMIN JENSEN DDS PC 401K PROFIT
SHARI
158 HIDDEN HOLLOWS
YANKTON SD 57078-6781

BEVERLY HENSLEY & JERRY HENSLEY
PO BOX 1055
EL CAMPO TX 77437-1055

BEVERLY KRENEK & JP KRENEK
3250 FM 333 RD
GARWOOD TX 77442-4134

BIRCH LAKE CORP SOLO 401K
1176 DOVER LN
SAN MATEO CA 94404-3609

BRADLEY STAVINOHA
10522 WILL LEHMANN RD
NEEDVILLE TX 77461-9164

BRADLEY STAVINOHA IRA
10522 WILL LEHMANN RD
NEEDVILLE TX 77461-9164

BRADLEY STAVINOHA ROTH IRA
10522 WILL LEHMANN RD
NEEDVILLE TX 77461-9164

BRANCE W KACAL ESA
4438 CR 357
EL CAMPO TX 77437-5787

BREDE INTERESTS LLC SERIES ONE
PO BOX 821048
HOUSTON TX 77282-1048

BRENDA J BIONDO
422 LOOKOUT LANE
DICKINSON TX 77539-5066

BRETT MILLER EXEMPT LIFETIME TR UW
EVERI
3883 THUESEN RD
ROSENBERG TX 77471-3297

BRIAN COLLINS TRUSTEE OF THE
TRUSTEES OF BARRETT & COLLINS DDS
PLLC 401K FBO BRIAN COLLINS #7771227
1613 WHISPERING MEADOWS
ZEBULON NC 27597-7367

BRIAN J KINGSLEY ROTH IRA
5119 GARRETT DR
N RIDGEVILLE OH 44039-2000

BRIAN NIEMEIER
1209 WENDEL
EL CAMPO TX 77437-2141

BRIAN NIEMEIER IRA
1209 WENDEL
EL CAMPO TX 77437-2141

BRYAN CEPAK
705 TALL PINES DR
FRIENDSWOOD TX 77546-4455

BRYAN L CEPAK
705 TALL PINES DR
FRIENDSWOOD TX 77546-4455

BUDDY FURQUERON & AMY FURQUERON
12464 FM 848
TYLER TX 75707-5638

BUDDY FURQUERON IRA
12464 FM 848
TYLER TX 75707-5638

BUNGALOW INVESTMENTS
124 DRAKE CT
WEST ISLIP NY 11795-5020

CALETA J. TOMPKINS FBO KAMBRY G. TOMPKIN
1629 BURNING STONE DR
PO BOX 445
BOLING TX 77420-0445

CALETA J. TOMPKINS FBO LANDYNN F. TOMPKI
1629 BURNING STONE DR
PO BOX 445
BOLING TX 77420-0445

CALETA J. TOMPKINS IRA
1629 BURNING STONE DR
PO BOX 445
BOLING TX 77420-0445

CALVIN LAMENSKY IRA
1415 MILES STREET
ROSENBERG TX 77471-4644

CALVIN LAMENSKY ROTH IRA
1415 MILES STREET
ROSENBERG TX 77471-4644

CARISBROOKE HOLDINGS LIMITED PARTNERSHIP
3913 CARISBROOKE LANE
BIRMINGHAM AL 35226-1479

CARMEN G MARTINEZ ROTH IRA & IRA
1210 ORIOLE LN
WHARTON TX 77488-3334

CAROL NOVOSAD & RALPH NOVOSAD
1309 JUDY STREET
EL CAMPO TX 77437-2444

CAROLINA COHEN ROTH IRA
5408 FEAGAN ST
HOUSTON TX 77007-7122

CAROLYN EDGAR GOLDMAN
3314 LARKWOOD LANE
SUGAR LAND TX 77479-2274

CASSIDY INVESTMENTS LLC
3146 SW SHADOW LANE
TOPEKA KS 66604-2541

CAVETT TURNER & WYBLE LLP
2920 TOCCOA ROAD
BEAUMONT TX 77703-4991

CECILIA CAMPOS STAVINOHA
10522 WILL LEHMANN RD
NEEDVILLE TX 77461-9164

CEPAK FAMILY REVOCABLE TRUST
705 TALL PINES DR
FRIENDSWOOD TX 77546-4455

CHERIE E COUFAL ROTH IRA & IRA
486 BRENT
PO BOX 505
EL CAMPO TX 77437-0505

CHERIE KUBENKA COUFAL
486 BRENT ST.
P.O. BOX 505
EL CAMPO TX 77437-0505

CHESTON ZWAHR
21970 RYCADE SCHOOL RD
DAMON TX 77430-8525

CHRIS TRISKA & TAMI TRISKA
310 AVENUE A
EL CAMPO TX 77437-4220

CHRISTOPHER AND CORI WATERS
REVOCABLE LIVING TRUST
1604 PARKVIEW DRIVE
GRAND ISLAND NE 68801-7577

CJR FAMILY INVESTMENTS LLC
35 AINSLEY COURT
BUFFALO NY 14221-2867

CJW INVESTMENT TRUST
442 SEASIDE SPARROW WAY
RICHMOND TX 77469-2161

CLINT KACAL & GINGER KACAL
4438 CR 357
EL CAMPO TX 77437-5787

CLINT KACAL FBO BRANCE KACAL
4438 CR 357
EL CAMPO TX 77437-5787

CLINT KACAL IRA
4438 COUNTY ROAD 357
EL CAMPO TX 77437-5787

CLINT RAWLINSON & DEE RAWLINSON
12432 N STATE HWY 71
EL CAMPO TX 77437-5556

COLIN HLAVINKA & LAUREN HLAVINKA
PO BOX 1445
EL CAMPO TX 77437-1445

COLKEN HOLDINGS LLC
714 S. MAIN ST.
BOERNE TX 78006-2662

CONOR LOGEN HLAVINKA
5421 RABBIT CREEK ROAD
ANCHORAGE AK 99516-4907

COREY AND JADA KARIMJEE
REVOCABLE TRUST
5919 N 295TH ST
VALLEY NE 68064-7443

COUNTRY FEEDS CO
PO BOX 559
MONTEZUMA KS 67867-0559

CRAIG A LENHART SEP IRA & ROTH IRA
& IRA
PO BOX K
TIVOLI TX 77990-0310

CRAIG LENHART & JOYCE LENHART
PO BOX K
TIVOLI TX 77990-0310

CROPLAND FARMS INC.
5713 CR 156
WHARTON TX 77488-5362

CTC PACIFIC
PO BOX 1405
SOUTH PASADENA CA 91031-1405

CW INC 401K PLAN
442 SEASIDE SPARROW WAY
RICHMOND TX 77469-2161

CYNTHIA M LANGE IRA
1205 MEADOW CREEK DR
EL CAMPO TX 77437-2839

CYNTHIA MILLER
178 LAKEVIEW BLVD
NEW BRAUNFELS TX 78130-8102

CYNTHIA RANDOLPH ROTH IRA & IRA
187 CR 226
GAINESVILLE TX 76240-1831

D. KENT MOBERLY & M. ELAINE
MOBERLY
1103 OAK TREE DR
CHAPEL HILL NC 27517-4079

DAISY CAYE QUALIFIED HOLDINGS LLC
708 WESTBANK RD
GLENWOOD SPRINGS CO 81601-9378

DALE ALLEN & JAMIE ALLEN
1705 COUNTY ROAD 429
LOLITA TX 77971-4101

DALLAS PENNER & HEIDI PENNER
PO BOX 293
MONTEZUMA KS 67867-0293

DALLAS PENNER ROTH IRA
PO BOX 293
MONTEZUMA KS 67867-0293

DALTON CLEMENTS IRA
2908 ENCINO AVE
BAY CITY TX 77414-2746

DAN R. MATTHEWS
90087 CAPE ARAGO HWY
COOS BAY OR 97420-7630

DAN R. MATTHEWS IRA
90087 CAPE ARAGO HWY
COOS BAY OR 97420-7630

DANI N BECKETT ROTH IRA
6007 TAMSWORTH CT
PARKER TX 75002-5471

**DANIEL CABALLERO & ALICE CABALLERO**
1816 NORTH DR
BAY CITY TX 77414-8732

**DANIEL CABALLERO ROTH IRA**
1816 NORTH DR
BAY CITY TX 77414-8732

**DAVID A ANDREAS**
712 WEST NORRIS
EL CAMPO TX 77437-2432

**DAVID CLARK IRA**
7 RED OAK LN
POPLARVILLE MS 39470-6405

**DAVID DALY & ORIT DALY**
67 S MT AIRY RD
CROTON ON HUDSON NY 10520-2126

**DAVID FOISNER IRA**
5007 DEBI ST
BOLING TX 77420-8705

**DAVID FUQUA**
20702 WINSTON LAKE DR
RICHMOND TX 77406-6406

**DAVID FUQUA IRA**
20702 WINSTON LAKE DR
RICHMOND TX 77406-6406

**DAVID FUTRELL IRA**
114 SAINT ANNE'S DR
HATTISBURG MS 39401-8254

**DAVID GIESEL**
5272 FM 1163
LOUISE TX 77455-3513

**DAVID HAMMER AND LINETTE HAMMER TRUST**
PO BOX 1064
SANTA ROSA CA 95402-1064

**DAVID HILDRETH**
351 WESLEY DR
ACWORTH GA 30101-8727

**DAVID M. ARRINGTON**
101 S GULFSTREAM AVE. UNIT10B
SARASOTA FL 34236-8922

**DAVID R SCHARF IRA**
124 DRAKE CT
WEST ISLIP NY 11795-5020

**DAVID SCHARF HSA**
124 DRAKE CT
WEST ISLIP NY 11795-5020

**DAVID VAN HORN III IRA**
20 CLEARVIEW RD
MALVERN PA 19355-3074

**DBDSKD INVESTMENTS LLC**
1700 VALLEY RD
GAINSVILLE GA 30501-1222

**DEANNA E TEMPLE**
1542 TUSCAN VILLAGE DRIVE
LEAGUE CITY TX 77573-6478

**DEANNA E TEMPLE IRA**
1542 TUSCAN VILLAGE DRIVE
LEAGUE CITY TX 77573-6478

**DEBBI LACHNER LIVING TRUST**
12807 TELGE RD APT 3112
CYPRESS TX 77429-1829

**DEBORAH KAY LACHNER**
12807 TELGE ROAD APT 3112
CYPRESS TX 77429-1829

**DEBORAH KAY LACHNER IRA**
12807 TELGE ROAD
APT 3112
CYPRESS TX 77429-1829

**DELLA MATIEVICH SIMPLE IRA & IRA**
14380 TOWERING OAKS
SHELBY TOWNSHIP MI 48315-1963

**DELVIN HROCH**
365 MCCOY RD
VICTORIA TX 77905-1913

**DENNIS PERRY IRA**
11548 KEMPER WOODS DR
CINCINNATI OH 45249-1752

**DERRICK YOUNG HSA**
1361 TIMBER CREEK DR
JASPER IN 47546-1420

**DEVEK K. FRECH & TERRY L FRECH**
2700 COOKE AVENUE
WICHITA FALLS TX 76308-1227

DFS BAYSIDE FUND LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DFS CORNERSTONE I LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DFS LEGACY HOLDINGS LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DFS MGMT CORP
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DFSWIM LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DGE FUND I LP
12 VILLAGE OAKE LANE
HOUSTON TX 77055-6533

DGE FUND I LP/ NEWFIRST NATIONAL
BANK
12 VILLAGE OAKE LANE
HOUSTON TX 77055-6533

DIA DUIT INVESTMENTS LLC
612 TINA LN
WINTER SPRINGS FL 32708-3911

DIANA K WILLIAMS IRA
648 W NAVARRO AVENUE
MESA AZ 85210-7408

DINESH SHARMA & MANVEEN PAL
SHARMA
11955 LISMORE LAKE DR
CYPRESS TX 77429-7425

DINESH SHARMA ROTH IRA & IRA
11955 LISMORE LAKE DR
CYPRESS TX 77429-7425

DIVINE TREE HOUSE PROPERTIES LLC
910 POYDRAS ST
SUGAR LAND TX 77498-6355

CANADA

DOCROCK HOLDINGS LTD.
12110-107 AVENUE NW
EDMONTON AB T6R 1X4

DONALD & FREDIALYN SUTTON
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

DONALD JAMES SUTTON & FREDIALYN
MARIE SUTTON AS CO-TRUSTEES OF
DFS LIVING TRU
GRAY REED, ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000

DONALD JAMES SUTTON & FREDIALYN
SUTTON
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000

DONALD SUTTON
2007 KIRBY DRIVE
EL CAMPO TX 77437-9313

DONALD SUTTON & FREDIALYN SUTTON
2007 KIRBY DRIVE
EL CAMPO TX 77437-9313

DONALD W PEDERSEN & DINA
PEDERSEN
1922 MORNING TIDE LANE
LEAGUE CITY TX 77573-6952

DONALD WAYNE PEDERSEN INHERITED
IRA
1922 MORNING TIDE LANE
LEAGUE CITY TX 77573-6952

DONALES JAMES SUTTON & FREDIALYN
SUTTON AS CO-TRUSTEES OF DFS
LIVING TRUST UTA
GRAY REED, ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000

DONNA STAVINOHA
10420 WILL LEHMAN RD
NEEDVILLE TX 77461-9163

DOREAN M VILLWOCK IRA
6197 SANDY COVE
LUXEMBURG WI 54217-9135

DOREAN VILLWOCK
6197 SANDY COVE
LUXEMBURG WI 54217-9135

DOROTHY MEIER IRA C/O THOMAS
MEIER
2 SHAWNEE RIDGE CT
THE WOODLANDS TX 77382-2550

DOUGLAS B TEMPLE & ANGELA D
TEMPLE
555 KINGS DRIVE
FREEPORT TX 77541-7701

DOUGLAS B TEMPLE IRA
555 KINGS DRIVE
FREEPORT TX 77541-7701

DOUGLAS B TEMPLE IRA BENEFICIARY
OF DEA TEMPLE, DECEASED
555 KINGS DRIVE
FREEPORT TX 77541-7701

DOUGLAS E LEZAK IRA
2698 CR 370
EL CAMPO TX 77437-4037

DOUGLAS KRENEK & RAMONA KRENEK
1107 GRAND RIVER DR
RICHMOND TX 77406-1848

DOUGLAS LEZAK & JUDY LEZAK
2698 CR 370
EL CAMPO TX 77437-4037

DOUGLAS O WISHERT IRA
902 COLLEGE ST
EL CAMPO TX 77437-2805

DOUGLAS WISHERT IRA
902 COLLEGE ST
EL CAMPO TX 77437-2805

DR. ALBERT F. FURTADO DDS PA
1425 PINE FOREST DR
PEARLAND TX 77581-8746

DRASTATA CHILDREN'S TRUST FOR
RAMONA DRASTATA KRENEK
1107 GRAND RIVER DRIVE
RICHMOND TX 77406-1848

DSP FAMILY QUALIFIED HOLDINGS LLC
6933 HANSA LOOP
AUSTIN TX 78739-2209

DUANE A LUTRINGER & MISTI L
LUTRINGER
5589 CR 458
EL CAMPO TX 77437-7001

DUANE A LUTRINGER SEP IRA
5589 CR 458
EL CAMPO TX 77437-7001

DUSTIN R CLEMENTS IRA
2 ABALONE ST
BAY CITY TX 77414-2771

EDITH NIEMEIER IRA
1209 WENDEL
EL CAMPO TX 77437-2141

EDMUND A. WEINHEIMER JR. & MARY S.
WEINH
PO BOX 212
EL CAMPO TX 77437-0212

EDWARD BARRERA IRA
1253 BAYVIEW DR
PALACIOS TX 77465-1495

ELDON PENNER
PO BOX 7
LOUISE TX 77455-0007

ELIZABETH G NELSON IRA
410 COUNTY ROAD 4107
GREENVILLE TX 75401-1013

ELLIOT W. KRUPPA
12 VILLAGE OAKE LANE
HOUSTON TX 77055-6533

ELLIOTT KRUPPA
12 VILLAGE OAKS LANE
HOUSTON TX 77055-6533

ELYSE M FARROW
HASELDEN FARROW PLLC
708 MAIN STREET
STE 10TH FLOOR
HOUSTON TX 77002-3246

EMMETT COUFAL JR & CHERIE COUFAL
486 BRENT
PO BOX 505
EL CAMPO TX 77437-0505

EMMETT R COUFAL JR ROTH IRA & IRA
486 BRENT
PO BOX 505
EL CAMPO TX 77437-0505

ERIC BURROW & KATHRYN BURROW
4381 CR 387
EL CAMPO TX 77437-3756

ERIC L BURROW IRA
4381 CR 387
EL CAMPO TX 77437-3756

FAY COLLINS IRA
612  TINA LANE
WINTER SPRINGS FL 32708-3911

FIDELITY NATIONAL TITLE INSURANCE
CO.
2533 NORTH 117TH AVENUE
OMAHA NE 68164-3679

FLY EAGLE TRUST
782 CLOVELLY LANE
DEVON PA 19333-1809

FOUR SPECIAL DAUGHTERS LP
1312 BRUTON SPRINGS RD
AUSTIN TX 78733-1829

FRANCES J MCKEON IRA
746 CR 469
EL CAMPO TX 77437-4796

FRANCES MCKEON
746 COUNTY ROAD 469
EL CAMPO TX 77437-4796

FRANK J BECAK JR IRA
311 AVENUE H
EL CAMPO TX 77437-3917

FREEDOM PROPERTIES REAL ESTATE
LLC
47865 HASTINGS
CANTON MI 48188-4717

GABRIEL COHEN ROTH IRA
300 N YORK ST
HOUSTON TX 77003-1747

GARY AND JEANETTE SCHOENFIELD
PARTNERSHIP
3181 CR 405
EL CAMPO TX 77437-5088

GARY BODUNGEN & MOLLISONDRA
BODUNGEN
17245 FM 1300
LOUISE TX 77455-4133

GARY COOPER & DESIREE COOPER
4807 MIMOSA LN
RICHMOND TX 77406-7610

GARY CRANEK & MARLA CRANEK
1057 RIVERSIDE DR
GARWOOD TX 77442-4211

GARY GENSLER & JANICE GENSLER
4101 CR 154
WHARTON TX 77488-5278

GARY GILLEN
1012 MORTON STREET
RICHMOND TX 77469-3012

GARY L BODUNGEN SEP IRA
17245 FM 1300
LOUISE TX 77455-4133

GARY O. JOHNSON
1769 FM 1300 RD
EL CAMPO TX 77437-4862

GARY PFLUGHAUPT IRA
2106 NANCY LOU ST.
EL CAMPO TX 77437-2426

GARY W SCHOENFIELD IRA
3181 COUNTY ROAD 405
EL CAMPO TX 77437-5088

GARY ZBRANEK & MADILYN ZBRANEK
1555 CR 469
EL CAMPO TX 77437-4168

GAVRANOVIC BYPASS TRUST
5713 CR 156
WHARTON TX 77488-5362

GAVRANOVIC FAMILY FOUNDATION
5702 CR 156
WHARTON TX 77488-5361

GAVRANOVIC FAMILY LIMITED
PARTNERSHIP
5702 CR 156
WHARTON TX 77488-5361

GAVRANOVIC MARITAL TRUST
5713 CR 156
WHARTON TX 77488-5362

GAVRANOVIC RIVERSIDE FARMS LLC
5713 CR 156
WHARTON TX 77488-5362

GERALD GRAY IRA
1388 SALLEY RIDGE LN NE
ROCHESTER MN 55906-0001

GERTRUDE DUBANSKI IRA
448 DOG LEG DRIVE
FERNLEY NV 89408-5663

GLENN E SCZECH IRA
2279 FM 1163 RD
EL CAMPO TX 77437-5583

GOLDSTAR TRUST COMPANY
701 S. TAYLOR
LB 110
AMARILLO TX 79101-2405

GOOD BULL LENDING LLC
PORTER HEDGES LLP
ATTN: CLAY STEELY
1000 MAIN ST. 36TH FL.
HOUSTON TX 77002-6341

GORDON WILLIAMS & DIANA K WILLIAMS
648 W NAVARRO AVENUE
MESA AZ 85210-7408

GRANT R PAPE REVOCABLE TRUST
DATED EFFE
9331 BERINGWOOD DR
HOUSTON TX 77083-5992

GREG GARCIA
PO BOX 875
PALACIOS TX 77465-0875

GREGORY A. LINNEY IRA
5615 ROSE ST
HOUSTON TX 77007-5166

GREGORY KURMADAS SEP IRA & IRA
1411 STONE CANYON DRIVE
SUGAR LAND TX 77479-1973

GROWING OPPORTUNITIES
INVESTMENTS LLC
910 POYDRAS
SUGAR LAND TX 77498-6355

GUY R NASH IRA
23055 DONNOCH CT
MURRIETA CA 92562-3109

GWENDOLYN H. HOOD IRA
1263 S RIVER ROAD
DENHAM SPRINGS LA 70726-4543

H4V LLC
2226 CR 463
EL CAMPO TX 77437-2220

HAMMERFUND LLC
5687 DEMPSEY PL
SANTA ROSA CA 95403-8062

HAPPY CACTUS INVESTMENTS LLC
8944 W. QUAIL AVE
PEORIA AZ 85382-2429

HERMAN D WEISE & NANCY C WEISE
6006 FM HWY 765
SAN ANGELO TX 76905-7461

HIGIER ALLEN LAUTIN
RICK GARTNER & BRAD PARKER
C/O: TIMOTHY P. WOODS
2711 NORTH HASKELL AVE #2400
DALLAS TX 75204-2926

HIRU MATHUR IRA
4211 ROTH DR
MISSOURI CITY TX 77459-3164

HOLLI MAHALITC ROTH IRA
2411 FM 2614 RD
EAGLE LAKE TX 77434-7245

HOLLI PAGE CONLAN MAHALITC
2411 FM 2614 RD
EAGLE LAKE TX 77434-7245

HOME TAX SOLUTION
9225 KATY FREEWAY #110
HOUSTON TX 77024-1508

HORIZON EQUIPMENT LEASING INC.
5713 CR 156
WHARTON TX 77488-5362

HORIZON FARMS JV
5713 CR 156
WHARTON TX 77488-5362

HORIZON GRASS FARMS LTD
5713 CR 156
WHARTON TX 77488-5362

HORIZON TURF GRASS INC
5713 CR 156
WHARTON TX 77488-5362

HOUSTON REALTY HOLDINGS LLC
MEADE NEESE & BARR LLP
ATTN: ANDREW MEADE
2118 SMITH ST.
HOUSTON TX 77002-8628

HOWARD SHULLMAN 2021
IRREVOCABLE TRUST
15640 BELLANCA LANE
WELLINGTON FL 33414-8353

ILS GP LLC
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

ILS GROWTH FUND
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

ILS GROWTH FUND 1 LP
17171 PARK ROW
SUITE 150
HOUSTON TX 77084-4998

ILS GROWTH FUND I LP
BRADLEY
ATTN: JARED B CAPLAN
600 TRAVIS ST. STE 5600
HOUSTON TX 77002-2909

ILS INCOME FUND 1, LP
17171 PARK ROW
SUITE 150
HOUSTON TX 77084-4998

ILS INCOME FUND I LP
BRADLEY
ATTN:  JARED B CAPLAN
600 TRAVIS ST. STE 5600
HOUSTON TX 77002-2909

ILS LENDING LLC
BRADLEY
ATTN: JARED B CAPLAN
600 TRAVIS ST. STE 5600
HOUSTON TX 77002-2909

ILS RE CAPITAL I
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

ILS RE CAPITAL II
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

ILS RE CAPITAL III
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

ILS RE CAPITAL IV
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

INSPIRA FINANCIAL
2001 SPRING ROAD
SUITE 700
OAK BROOK IL 60523-1890

INVESTNEXT INC.
1420 WASHINGTON BLVD STE 301
DETROIT MI 48226-1750

IRA FLORENCE LLC
1312 BRUTON SPRINGS RD
AUSTIN TX 78733-1829

IRENE GAVRANOVIC-SIPES & SCOTT
SIPES
3922 WENTWORTH DR
FULSHEAR TX 77441-4364

IRENE MARIE GAVRANOVIC IRA
3922 WENTWORTH DR
WESTON LAKES TX 77441-4364

J. SCOTT ECKELS
1688 KELLER LANE
WILLIAMSTOWN WV 26187-8296

JACOB MILLS
703 BRYSON BRANCH RD
FRANKLIN NC 28734-3597

JAKE FOLTYN & SHARON FOLTYN
5116 FM 1683
GANADO TX 77962-8649

JAKE LUTZ
503 WEST FORREST
VICTORIA TX 77901-6412

JAMES AND ANNIE DRASTATA 1999
TRUST
1107 GRAND RIVER DR
RICHMOND TX 77406-1848

JAMES BAROS AS SEPARATE PROPERTY
PO BOX 1017
EL CAMPO TX 77437-1017

JAMES C DOW
4 ASHLEY LN
WALLINGFORD CT 06492-3360

JAMES CHRISTIAN FOWLER IRA
299 CR 243
GANADO TX 77962-8676

JAMES DRASTATA FAMILY TRUST
1107 GRAND RIVER DR
RICHMOND TX 77406-1848

JAMES HIPPLER & NANCY HIPPLER
4111 SCOTT CIRCLE
ROSENBERG TX 77471-9515

JAMES KRUPA
1407 STONE CANYON DR
SUGAR LAND TX 77479-1973

JAMES KRUPA IRA
1407 STONE CANYON DR
SUGAR LAND TX 77479-1973

JAMES L CRANEK & CONNIE CRANEK
8050 HIGHWAY 71
GARWOOD TX 77442-4158

JAMES STAFFORD IRA
206 ABIGAIL DR
THIBODAUX LA 70301-6085

JAMES T VOORHEES IRA
4252 MARSHALL RD
RANTOUL KS 66079-9059

JAMES TOMBERLIN & CHERYL
TOMBERLIN
2311 ELLIS PARK LN
CONROE TX 77304-2951

JAMES VOORHEES IRA
4252 MARSHALL RD
RANTOUL KS 66079-9059

JAN EIKE
436 BEAR CREEK TRAIL
NEW BRAUNFELS TX 78132-4322

JANE A RIDDLE ROTH IRA & IRA
1289 CR 414
GANADO TX 77962-8688

JANE RIDDLE
1289 CR 414
GANADO TX 77962-8688

JANET A SAHA IRA AND MICHAEL J
SAHA IRA
3567 FM 1095
PALACIOS TX 77465-6754

JARED STRNADEL & KELLY STRNADEL
303 CALETA CIRCLE
RICHMOND TX 77406-7721

JASON CHANG IRA
18209 NE 196TH ST
WOODINVILLE WA 98077-8289

JASON FILIPP IRA
11010 WILLIAMS SCHOOL RD
NEEDVILLE TX 77461-9244

JASON HOELSCHER IRA
231 MUSTANG RIDGE RD
EL CAMPO TX 77437-1558

JBHS HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

JEANETTE SCHOENFIELD IRA
3181 COUNTY ROAD 405
EL CAMPO TX 77437-5088

JEANNE SMITH ROTH IRA
12382 GREEN STONE CT
FORT MYERS FL 33913-6735

JEFF NOHAVITZA & SUSAN NOHAVITZA
7932 N STATE HWY 71
EL CAMPO TX 77437-9779

JEFF WIED & ANNETTE WIED
2202 RAUN LN
EL CAMPO TX 77437-6704

JEFFERSON TOMLINSON TRUSTEE OF
NOI CONSULTING INC 401K #1723964
6 WOLLY BUCKET PL
THE WOODLANDS TX 77380-1831

JEFFERY L WIED ROTH IRA & IRA
2202 RAUN LN
EL CAMPO TX 77437-6704

JEFFREY CHEN
156 SHERIDAN TERRACE
RIDGEWOOD NJ 07450-3022

JEFFREY E CRANEK & LAURA R CRANEK
201 AVENUE A
EL CAMPO TX 77437-4217

JENNIFER ALLEN IRA
25811 PLUMBAGO
SAN ANTONIO TX 78261-2863

JENNIFER T KALLUS ROTH IRA & IRA
361 COUNTY ROAD 232
GANADO TX 77962-8709

JEREMY BOROFF
9088 JOHN BROWN RD
VAN WERT OH 45891-8420

JERRY W. HENSLEY IRA
1778 FM 2546
EL CAMPO TX 77437-4217

JET LENDING
1419 FM 1960
HOUSTON TX 77073-2101

JILL HOELSCHER IRA
8318 TWINING TRAIL LN
SUGAR LAND TX 77479-6946

JIMMIE STEGEMILLER & CYNTHIA
STEGEMILLER
4603 JANE LONG DR
ROSENBERG TX 77471-2255

JIMMIE STEGEMILLER IRA
4603 JANE LONG DR
ROSENBERG TX 77471-2255

JMK5 GEMINI A LLC
308 W. PARKWOOD AVE.
FRIENDSWOOD TX 77546-5478

JMK5 GEMINI B LLC
308 W. PARKWOOD AVE.
FRIENDSWOOD TX 77546-5478

JMK5 GEMINI C LLC
308 W. PARKWOOD AVE.
FRIENDSWOOD TX 77546-5478

JMK5 GEMINI D LLC
308 W. PARKWOOD AVE.
FRIENDSWOOD TX 77546-5478

JMK5 HOLDINGS LLC
308 W. PARKWOOD AVE.
FRIENDSWOOD TX 77546-5478

JOE PAUL KRENEK
3250 FM 333 RD
GARWOOD TX 77442-4134

JOHN A BREDE IRA
7207 FIESTA FLOWER
KATY TX 77494-0129

JOHN L DYE IRA
4427 CR 382
LOUISE TX 77455-4449

JOHN MARK WEAVER
75 PRESTWICK
ODESSA TX 79762-5200

JOHN MARK WEAVER IRA
75 PRESTWICK
ODESSA TX 79762-5200

JOHN W COLLIS III IRA
13662 APPLE LN
ROGERS AR 72756-3061

JOHN WENDELL ROBISON
1306 BIG PINES
TOMBALL TX 77375-4187

JOHN WINTER & JOANN WINTER
P.O. BOX 1256
EL CAMPO TX 77437-1256

JOLI HOLDINGS LLC
2180 CASCADE LAKES CIRCLE
GRAND RAPIDS MI 49546-6621

JONATHAN COHEN ROTH IRA /
CAROLINA COHEN
5408 FEAGAN ST
HOUSTON TX 77007-7122

JOSE C VICENS & MYRIAM C QUINONES
PO BOX 758
HUMACAO PR 00792-0758

JOSEPH MATIEVICH SIMPLE IRA & IRA
14380 TOWERING OAKS DR
SHELBY TOWNSHIP MI 48315-1963

JOSHUA HAMMER & CYNTHIA HAMMER
5687 DEMPSEY PL
SANTA ROSA CA 95403-8062

JOYCE LAMENSKY IRA
1415 MILES STREET
ROSENBERG TX 77471-4644

JOYCE LAMENSKY ROTH IRA
1415 MILES STREET
ROSENBERG TX 77471-4644

JOYCE M LENHART ROTH IRA & IRA &
SEP IRA
PO BOX K
TIVOLI TX 77990-0310

JP ENTERPRISES FAMILY LP
8001 INDIAN SPRINGS WAY
ORANGEVALE CA 95662-2154

JRAM HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

JRFB HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

JUDY D LEZAK IRA
2698 CR 370
EL CAMPO TX 77437-4037

JULIA L. WILSON IRA
4684 CLYDESDALE WAY
CARROLLTON TX 75010-4211

JUSTIN UNRUH
1096 COUNTY ROAD 453
EL CAMPO TX 77437-6695

K BAR INVESTMENTS LLC - SERIES A
1411 STONE CANYON DRIVE
SUGAR LAND TX 77479-1973

KA-LOU REALTY INC. ROTH 401K
PO BOX 131839
SPRING TX 77393-1839

KAMALA PEREZ ROTH IRA
4316 PEMBROOKE PKWY N
COLLEYVILLE TX 76034-4920

KAREN CRUMLEY ROTH IRA
INSPIRA FINANCIAL TRUST LLC
CUSTODIAN
2001 SPRING ROAD STE 700
OAK BROOK IL 60523-1890

KAREN S PHELAN SEP IRA
1755 MCMURTIE LOOP
THE VILLAGES FL 34762

KATHRYN A FOWLER IRA
299 CR 243
GANADO TX 77962-8676

KEITH E. MOORE & ANGELINA L URISTA
406 DOE RUN
GEORGETOWN TX 78628-9642

KELLY BRASHEAR IRA
5509 ROLAND DR
PLANO TX 75093-7626

KELLY D BRIDENSTINE IRA
9898 BELMONT DRIVE
LENEXA KS 66227-7328

KENDALE STUMP IRA
158 SPRING CHASE CIR
ALTAMONTE SPRINGS FL 32714-6519

KENNETH R BEACH IRA
1408 BRANDON CT
BAY CITY TX 77414-8307

KENNETH SOPCHAK
3407 RIVER FOREST DR
RICHMOND TX 77406-8217

KENNETH SOPCHAK IRA
3407 RIVER FOREST DR
RICHMOND TX 77406-8217

KERI A TILMAN IRA
68 OLIVER HAZARD PERRY RD
PORTSMOUTH RI 02871-3806

KEVIN CASSIDY & MARCY CASSIDY
3146 SW SHADOW LANE
TOPEKA KS 66604-2541

KEVIN PURSEL IRA
195 PLEASANT DR
JOHNSTOWN PA 15904-6913

KEYCHAIN PROPERTIES LLC
967 S YARROW DR
MAPLETON UT 84664-5709

KHALID ALMOOSA IRA
13611 NEILS BRANCH DR
HOUSTON TX 77077-3413

KJT MEMORIAL FOUNDATION
PO BOX 297
LA GRANGE TX 78945-0297

KK HOUSTON PROPERTIES INC.
BURFORD PERRY LLP
ATTN: ROBERT BURFORD
909 FANNIN ST. SUITE 2630
HOUSTON TX 77010-1003

KRISTEN MINCH ROTH IRA
10121 CALUMET LN
LAKE WORTH FL 33467-7016

KRISTINE COCHRUM IRA
203 WHITEWING TRAIL
EL CAMPO TX 77437-9230

KTJ MEMORIAL FOUNDATION
PO BOX 297
LA GRANGE TX 78945-0297

KV HOLDINGS LLC
4900 S 44TH PLACE
ROGERS AR 72758-8862

KYLE KORENEK & JILL KORENEK
11320 MUECK ROAD
NEEDVILLE TX 77461-1716

KYLE KORENEK FBO ALLY KORENEK
11320 MUECK RD
NEEDVILLE TX 77461-1716

KYLE KORENEK FBO BRODY KORENEK
11320 MUECK RD
NEEDVILLE TX 77461-1716

KYLE THOMAS & KARLEE THOMAS
1200 MEADOW VIEW PLACE
SHOW LOW AZ 85901-6500

LADONNA BOYD IRA
15815 LONGVALE DR
HOUSTON TX 77059-5231

LALIT GUPTA & RUCHI AGARWAL
7707 FAGAN WAY
SUGAR LAND TX 77479-3456

LANCE GROTE
203 GENTLE BREEZE
VICTORIA TX 77905-2064

LARRY AND DONNA CRANEK JV
1385 CR 113
GARWOOD TX 77442-4035

LARRY CERNY & SUSAN CERNY
2024 CR 454
EL CAMPO TX 77437-6692

LARRY FOLDEN & TERRI FOLDEN
2806 AUGUSTA DR
JACKSONVILLE TX 75766-9398

LAURA SUKKAR IRA
2410 BELLEFONTAINE STREET
HOUSTON TX 77030-3102

LAUREN BROOKE HLAVINKA IRA
PO BOX 1445
EL CAMPO TX 77437-1445

LAURENCE M FANSHER IRA
1630 WEST 10TH
FREEPORT TX 77541-5142

LAW OFFICES OF ADRIAN S. BAER
ATTN: ADIRAN S. BAER
8866 GULF FREEWAY STE 400
HOUSTON TX 77017-6599

LAWRENCE HOELSCHER IRA
623 FM 960 RD
EL CAMPO TX 77437-4394

LAWRENCE LEGGIERI ROTH IRA
180 N 400 W
OREM UT 84057-1930

LAWRENCE R LEGGIERI ROTH IRA
3891 E SEDGWICK AVE
PAHRUMP NV 89061-0116

LEIGH PLESS
4427 CR 382
LOUISE TX 77455-4449

LEIGH R PLESS IRA
4427 CR 382
LOUISE TX 77455-4449

LEISSA SCHRADER ROTH IRA
2566 CR 126
VAN VLECK TX 77482-6114

LENA FILIPP & JASON FILIPP
9431 BRINKMEYER RD
NEEDVILLE TX 77461-8655

LIBERTAD ELIZONDO-FERNANDEZ
2403 BRIARLEE DR
HOUSTON TX 77077-5336

LIBERTAD ELIZONDO-FERNANDEZ &
SCOTT WILL
2403 BRIARLEE DR
HOUSTON TX 77077-5336

LINDA S ENGLAND IRA
PO BOX 292
BROOKSHIRE TX 77423-0292

LINDA W JOHNSON
1769 FM 1300 RD
EL CAMPO TX 77437-4862

LOAN SOURCE LLC
17171 PARK ROW STE 150
HOUSTON TX 77084-4998

LOIS ANN MEYER
6026 POWER LINE RD
RICHMOND TX 77469-8870

LORI L PEDERSEN 401K PLAN
LORI L PEDERSENM TRUSTEE
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

LORI L PEDERSEN 401K PLAN
TRADITIONAL
LORI L PEDERSEN TRUSTEE
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

LORI L PEDERSEN IRA
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

LORI L PEDERSEN IRA BENEFICIARY OF
DEAN TEMPLE, DECEASED
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

MACHEL JORDAN
12 NORTHFORK
SANTA FE NM 87508-8039

MAKIA UNLIMITED INVESTMENTS LLC
1107 S. CARNINE LN
VERADALE WA 99037-5037

MANVEEN PAL SHARMA
11955 LISMORE LAKE DR
CYPRESS TX 77429-7425

MARCELINO MARTINEZ ROTH IRA & IRA
1210 ORIOLE
WHARTON TX 77488-3334

MARIAN E NORTHINGTON IRA
5 CARLA CIRCLE
MOUNTAIN BROOK AL 35213-3001

MARIE PERRY IRA
11548 KEMPER WOODS DR
CINCINNATI OH 45249-1752

MARK B. HUGHES & KRIS A. HUGHES
25201 N 47TH DR
PHOENIX AZ 85083-2227

MARK BRADICICH & JUDY BRADICICH
67 GRASSY KNOLLS
SUGAR LAND TX 77479-5542

MARK COCHRUM & KRISTINE COCHRUM
203 WHITEWING TRAIL
EL CAMPO TX 77437-9230

MARK D KALLUS ROTH IRA & IRA
361 COUNTY ROAD 232
GANADO TX 77962-8709

MARK D. KALLUS
361 COUNTY ROAD 232
GANADO TX 77962-8709

MARK E COCHRUM IRA
203 WHITEWING TRAIL
EL CAMPO TX 77437-9230

MARTIN RIGGLE
PO BOX 7
PORT WASHINGTON OH 43837-0007

MARTIN RIGGLE ROTH IRA
PO BOX 7
PORT WASHINGTON OH 43837-0007

MARVIN LENNOX EASON JR.
3314 LARKWOOD LANE
SUGAR LAND TX 77479-2274

MARY ANN KALLUS
999 CO RD 232
GANADO TX 77962-8661

MARY ANN KALLUS IRA
999 CO RD 232
GANADO TX 77962-8661

MARY C JONES
602 LEE JACKSON HWY
STAUNTON VA 24401-5508

MARY E WIDEMAN IRA
9015 WEYMOUTH DR
HOUSTON TX 77031-3032

MARY JO BEERY
PO BOX 1532
EL CAMPO TX 77437-1532

MARY L LOVERDI & ANTHONY LOVERDI
2206 E CAPRI DR
PEARLAND TX 77581-5229

MARY RABORN ROTH IRA
7604 CLARET AVENUE
BATON ROUGE LA 70809-1584

MARY WIDEMAN IRA
9015 WEYMOUTH DR
HOUSTON TX 77031-3032

MEGA HOMES LLC
3814 PRESTON COVE CT
KATY TX 77494-3780

MELISSA ANNE HASELDEN
HASELDEN FARROW PLLC
708 MAIN STREET
STE 10TH FL
HOUSTON TX 77002-3246

MELISSA M TARVER
207 E WEBB ST
EL CAMPO TX 77437-2367

MELVIN RASMUSSEN
18445 COUNTY ROAD 1
HALLETTSVILLE TX 77964-6080

MICHAEL BEARD & KIM BEARD
558 CR 423
WHARTON TX 77488-5773

MICHAEL BEARD & KIMBERLEY RENEE
BEARD
558 CR 423
WHARTON TX 77488-5773

MICHAEL D RYAN & NANCY J RYAN
PO BOX 255
EL CAMPO TX 77437-0255

MICHAEL HAHN & RHONDA HAHN
1212 FARIK ROAD
PORT LAVACA TX 77979-5913

MICHAEL KESNER IRA
7341 COUNTY ROAD 27
DAMON TX 77430-8420

MICHAEL PRUCHYAPUTTRA IRA
1702 REDWING HAVEN DR
HOUSTON TX 77009-2470

MITUL PATEL
306 PEEKSILL CT
DULUTH GA 30097-1936

MJC-SYNDICATIONS LLC
PO BOX 1008
ADA MI 49301-1008

MMCHENRY RD LLC
1227 MORNING MIST CT
SUGAR LAND TX 77498-5628

MONTOO DESAI
103 CHATHAM AVE
SUGAR LAND TX 77479-3578

MSBR HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

MYER BROOKINS HITCHCOCK ROTH IRA
3913 CARISBROOKE LN
HOOVER AL 35226-1479

NAREN CHELIAN
11280 GOLDEN CHESTNUT PLACE
LAS VEGAS NV 89135-1700

NATALEE N MUELLER IRA
1177 COLCHESTER DR SE
PORT ORCHARD WA 98366-8511

NATALIE MUELLER IRA
1177 COLCHESTER DR SE
PORT ORCHARD WA 98366-8511

NEIL HITCHCOCK ROTH IRA
3913 CARISBROOKE LN
HOOVER AL 35226-1479

NELDA F SCHMIDT
670 MEADOWBROOK DRIVE
EL CAMPO TX 77437-2356

NELDA F SCHMIDT & WILLIAM H SCHMIDT
670 MEADOWBROOK DRIVE
EL CAMPO TX 77437-2356

NELDA F SCHMIDT BENEFICIARY IRA &
IRA
670 MEADOWBROOK DRIVE
EL CAMPO TX 77437-2356

NEWFIRST NATIONAL BANK
202 E JACKSON
EL CAMPO TX 77437-4414

NICHOLAS RETIREMENT PROPERTIES
LLC
9019 FURROW AVE
ELLICOTT CITY MD 21042-1841

NICHOLAS T MARTINEZ PLLC
MEGA HOMES LLC
4008 VISTA ROAD
SUITE 203B
PASADENA TX 77504-2134

NIKKI P. GREEN IRA
4221 WATERCOURSE DR.
FORT WORTH TX 76109-2001

NISHANT JOSHI
29961 CHAIRMAN'S ROWE
WESTLAKE OH 44145-6713

PARADOX FARM SOUTH LLC
17800 MISSION RD
STILWELL KS 66085-9067

PAS HOLDING GROUP LLC
714 S. MAIN ST
BOERNE TX 78006-2662

PATRICIA C. LINDLEY
PO BOX 98
LOUISE TX 77455-0098

PATRICK DRABEK & CINDY DRABEK
PO BOX 417
RICHMOND TX 77406-0011

PATRICK DUGGAN
412 E FAIR HARBOR LN
HOUSTON TX 77079-2562

PAUL PHILLIPS JR & JANIS C PHILLIPS
1348 SCHNEIDER RD
GARWOOD TX 77442-4289

PENNER FAMILY TRUST TERESA
PENNER TRUS
PO BOX 7
507 5TH STREET
LOUISE TX 77455-0007

PETER FARREHI ROTH IRA
1615 NEWPORT CREEK DR
ANN ARBOR MI 48103-2206

PETER YONAN
61090 BACHELOR VIEW RD
BEND OR 97702-9092

PINO LAW GROUP PLLC
99 S. NEW YORK AVE.
WINTER PARK FL 32789-4233

PJF CAPITAL LLC
1615 NEWPORT CREEK DRIVE
ANN ARBOR MI 48103-2206

POINT GREY INVESTMENTS LLC
156 SHERIDAN TERRACE
RIDGEWOOD NJ 07450-3022

PORTER LAW FIRM DGE FUND I LP
ATTN: DAVID LEE AUGUSTUS
2603 AUGUSTA DR #900
HOUSTON TX 77057-5798

PORTER LAW FIRM
DGE FUND I LP
ATTN: DAVID LEE AUGUSTUS
2603 AUGUSTA DR #900
HOUSTON TX 77057-5798

PRAKASH CHANDRAN & ARCHANA
MOHAN
2476 FLORENCITA AV
MONTROSE CA 91020-1820

PRIYADARSHAN DABIR
PO BOX 9422
RANCHO SANTA FE CA 92067-4422

PURSEL QUALIFIED HOLDINGS LLC
195 PLEASANT DR
JOHNSTOWN PA 15904-6913

R & R TURF FARMS LP
5702 CR 156
WHARTON TX 77488-5361

RAATZ PROPERTIES LLC
133 OVERLOOK DRIVE
CADILLAC MI 49601-9779

RAELYN S LEOPOLD ROTH IRA & IRA
1556 CR 313
LOUISE TX 77455-4075

RALPH BECKER IRA
12154 MARSHALL RD
MONTROSE MI 48457-9781

RALPH J BECKER IRA
12154 MARSHALL RD
MONTROSE MI 48457-9781

RAMONA KRENEK
12 VILLAGE OAKE LANE
HOUSTON TX 77055-6533

RANDAL THIVIERGE IRA
461 SENNET RD
JEFFERSON ME 04348-4081

RANDALL JETELINA & BRENDA
JETELINA
1020 KNOX LN
WHARTON TX 77488-6903

RANDALL R TARVER IRA
1201 JUDY
EL CAMPO TX 77437-2415

RANDY RANDOLPH ROTH IRA
187 CR 226
GAINESVILLE TX 76240-1831

RAYMOND BLACKWELL & CYNTHIA
BLACKWELL
10912 FOREST BREEZE
LIVE OAK TX 78233-7245

RAYMOND L BLACKWELL IRA
10912 FOREST BREEZE
LIVE OAK TX 78233-7245

RAYMOND L VIKTORIN JR
193 KAYLA LANE
EL CAMPO TX 77437-9651

RAYMOND L VIKTORIN JR IRA
193 KAYLA LN
EL CAMPO TX 77437-9651

RAYMOND VIKTORIN & SHARON
VIKTORIN
193 KAYLA LANE
EL CAMPO TX 77437-9651

REGINALD FOX ROTH IRA & IRA
9015 WEYMOUTH DR
HOUSTON TX 77031-3032

REID LEZAK & ALLEGRA LEZAK
24 BENDWOOD DR
SUGAR LAND TX 77478-3701

RICHARD C. GARTNER
1131 ROCKINGHAM DR #129
RICHARDSON TX 75080-4366

RICHARD C. GARTNER SEP IRA
1131 ROCKINGHAM DR #129
RICHARDSON TX 75080-4366

RICHARD L. LINDLEY
PO BOX 98
LOUISE TX 77455-0098

RICHARD PEREZ ROTH IRA
4316 PEMBROOKE PKWY N
COLLEYVILLE TX 76034-4920

RICHARD TAUBER & ANNE TAUBER
55 WAUGH DR
STE 700
HOUSTON TX 77007-5837

RICK WEISE & CAROLYN WEISE
PO BOX 28
VANCOURT TX 76955-0028

RKPEREZ LLC
4316 PEMBROOKE PKWY N
COLLEYVILLE TX 76034-4920

ROBERT ALLEN IRA
25811 PLUMBAGO
SAN ANTONIO TX 78261-2863

ROBERT B ALLEN IRA
25811 PLUMBAGO
SAN ANTONIO TX 78261-2863

ROBERT DALE STEGEMILLER
2302 PARROTT AVE
ROSENBERG TX 77471-5151

ROBERT DALE STEGEMILLER IRA
2302 PARROTT AVE
ROSENBERG TX 77471-5151

ROBERT DANIEL DUBANSKI IRA
448 DOG LEG DRIVE
FERNLEY NV 89408-5663

ROBERT DUBANSKI IRA
448 DOG LEG DRIVE
FERNLEY NV 89408-5663

ROBERT GREGORY WILSON IRA
735 COEUR DALENE CIRCLE
EL PASO TX 79922-2132

ROBERT H. LEGGE
PO BOX 612
WINDSOR CA 95492-0612

ROBERT J DEMNY IRA
3210 KLOSTERHOFF RD
ROSENBERG TX 77471-8933

ROBERT M VILLWOCK
6197 SANDY COVE
LUXEMBURG WI 54217-9135

ROBERT M VILLWOCK HSA
341 WAGON WHEEL CT
GREEN BAY WI 54302-5165

ROBERT M VILLWOCK IRA & HSA
6197 SANDY COVE
LUXEMBURG WI 54217-9135

ROBERT NG ROTH IRA
1652 BEACONSHIRE RD
HOUSTON TX 77077-3848

ROBERT OGDEE & BRENDA OGDEE
301 CHAMPIONS COURT
EL CAMPO TX 77437-1569

ROBERT SHEFFIELD IRA
1047 PEBBLE BEACH DR
CLAYTON CA 94517-2225

ROCKET PARK TRUST
1703 ORLANDO ST
FRIENDSWOOD TX 77546-6031

RODRIGO BARRERA IRA
736 GREYSTONE LN
ANGLETON TX 77515-1221

RONALD J SOMMERS
RONALD SOMMERS, TRUSTEE
1400 POST OAK BLVD.
SUITE 300
HOUSTON TX 77056-6656

RUGER ONE QUALIFIED HOLDINGS LLC
1900 FOX CANYON CIRCLE
LAS VEGAS NV 89117-1947

RUSSELL & RAELYN LEOPOLD
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

RUSSELL LEOPOLD & RAELYN LEOPOLD
1556 CR 313
LOUISE TX 77455-4075

RYAN LEBSTER
2617 LAKESHORE AVENUE
HOLLAND MI 49424-6028

SARAH PHELPS PYPER TRUST D.
PHELPS TRUS
519 E. IH30 #246
ROCKWALL TX 75087-5408

SARAH WOODALL
PO BOX 668
VILLA RICA GA 30180-0668

SCHEEF & STONE LLP
BARRY CLEMENCICH
C/O:  J. MITCHELL LITTLE
2600 NETWORK BLVD. #400
FRISCO TX 75034-6010

SCOTT D SMITH ROTH IRA
426 FUGATE
HOUSTON TX 77009-5136

SERGIO FERNANDEZ-SANCHEZ & MAPLE
FRANKLI
23429 YAUPON HILL DR
NEW CANEY TX 77357-3867

SHAREN STRONG HSA & IRA
90087 CAPE ARAGO HWY
COOS BAY OR 97420-7630

SHARLA BALCAR & JEFF BALCAR
6720 FM 2765 RD
EL CAMPO TX 77437-6723

SHARON A VIKTORIN
193 KAYLA LN
EL CAMPO TX 77437-9651

SHARON A VIKTORIN ROTH IRA
193 KAYLA LN
EL CAMPO TX 77437-9651

SHARON ANN VIKTORIN IRA
193 KAYLA LN
EL CAMPO TX 77437-9651

SHARON KAY WELCH
205 CODY CT
CANYON LAKE TX 78133-1922

SHAUN KULCAK
PO BOX 1419
EL CAMPO TX 77437-1419

SHELLEY A RUTLEDGE IRA
288 COUNTY RD 230
GANADO TX 77962-8782

SHERIN KURIAKOSE
127 CHATHAM AVE
SUGAR LAND TX 77479-3578

SHERRI A COLLIS IRA
13662 APPLE LN
ROGERS AR 72756-3061

SHERRY L JOHNSON ROTH IRA & IRA
910 ARDEN OAKS DRIVE
SUGAR LAND TX 77479-6759

SILVER LENDING LLC
210 MARKET STREET
EL CAMPO TX 77437-4513

SILVER LENDING LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056-8000

SLEEPY GRASS CAPITAL LLC
10083 DES MOINES ST
PARKER CO 80134-3816

SOBIA TAHIR
5478 ARIEL ST
HOUSTON TX 77096-2235

SRMR HOLDINGS LLC
9088 JOHN BROWN ROAD
VAN WERT OH 45891-8420

STEPHEN HORAK & SUSAN HORAK
1207 CENTER ST
EL CAMPO TX 77437-3209

STEPHEN HORAK ROTH IRA & IRA
1207 CENTER
EL CAMPO TX 77437-3209

STEVE VIGIL
15006 REDDING CREST LANE
CYPRESS TX 77429-4644

STEVE VIGIL IRA
15006 REDDING CREST LANE
CYPRESS TX 77429-4644

STEVEN CAUDLE & KATHERINE CAUDLE
2282 W BAYSHORE DR
PALACIOS TX 77465-1454

STEVEN COOK IRA
10410 ROESLER ROAD
NEEDVILLE TX 77461-9773

STEVEN DALE COOK & MARY EGGER
COOK
10410 ROESLER ROAD
NEEDVILLE TX 77461-9773

STEVEN M RIDDLE ROTH IRA & IRA
1289 COUNTY ROAD 414
GANADO TX 77962-8688

STEVEN RIDDLE & JANE RIDDLE
1289 CR 414
GANADO TX 77962-8688

STRONG LIFE INVESTMENTS LLC
90087 CAPE ARAGO HWY
COOS BAY OR 97420-7630

SUKKAR FAMILY QUALIFIED HOLDINGS
LLC
2410 BELLEFONTAINE ST
HOUSTON TX 77030-3102

SUMIT MATHUR ROTH IRA
4211 ROTH DR
MISSOURI CITY TX 77459-3164

SUSAN D MENKE 401K PLAN & DB PLAN
1227 WYNDEN OAKS GARDEN DR
HOUSTON TX 77056-2529

SUSAN E LEGGIERI ROTH IRA
3891 E SEDGWICK AVE
PAHRUMP NV 89061-0116

SUSAN G NEAVILLE SEP IRA
3020 W COUNTY CLUB RD
SEARCY AR 72143-9494

SUSAN HORAK ROTH IRA
1207 CENTER ST
EL CAMPO TX 77437-3209

SUSHMA SINGH IRA
16 BRIARWOOD LN
NEW HARTFORD NY 13413-2450

SUZAN MEAUX
15006 REDDING CREST LANE
CYPRESS TX 77429-4644

SUZAN MEAUX IRA
15006 REDDING CREST LANE
CYPRESS TX 77429-4644

SVSM TRUST
13121 LOUETTA ROAD
SUITE 1045
CYPRESS TX 77429-5155

SWIFT GREYHOUND RESOURCES LLC
814 WOODRUFF PLACE MIDDLE DR
INDIANAPOLIS IN 46201-1934

SWM CORPORATE MANAGEMENT LLC
GRAY REED
ATTN: J. CARY GRAY
1300 POST OAK BLVD
SUITE 2000

TAUBER EXPLORATION & PRODUCTION
CO
55 WAUGH DRIVE
SUITE 600
HOUSTON TX 77007-5837

TERESA PENNER
PO BOX 7
LOUISE TX 77455-0007

TERRY FRENCH ROTH IRA
2700 COOKE AVENUE
WICHITA FALLS TX 76308-1227

THE BRUCE E FARRELL TRUST
AGREEMENT
4880 ESCALANTE DR
NORTH PORT FL 34287-2855

THE DOAN FAMILY REVOCABLE TRUST
20127 ROSE DAWN LANE
SPRING TX 77379-5260

THE HUS SCHOOL ENCAMPMENT OF THE
UNITY O
1304 T H JOHNSON DRIVE
TAYLOR TX 76574-1276

THE IRENE MARIE GAVRANOVIC-SIPES
2023 IR
3922 WENTWORTH DRIVE
FULSHEAR TX 77441-4364

THE KATHY A DEL SESTO TRUST
AGREEMENT
4880 ESCALANTE DR
NORTH PORT FL 34287-2855

THE RACHEL G WEAVER 2023
IRREVOCABLE TRU
5713 CR 156
WHARTON TX 77488-5362

THE TYBURSKI LIVING TRUST
603 SAN ANZA
SAN ANTONIO TX 78260-4403

THE WILLIAM JOSEPH GAVRANOVIC JR
2023 IR
186 CR 175
WHARTON TX 77488-5071

THOMAS E. PEDERSEN & LORI L
PEDERSEN
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

THOMAS E. PEDERSEN INHERITED IRA
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

THOMAS E. PEDERSEN IRA
1033 SUMMER CAPE CIRCLE
LEAGUE CITY TX 77573-6397

THOMAS MEIER IRA
2 SHAWNEE RIDGE CT
THE WOODLANDS TX 77382-2550

THOMAS S. MAYL & BENIDIA MAYL
1264 WOODLAND MEADOWS DR
VANDALIA OH 45377-1552

THOMAS STAVINOHA
10420 WILL LEHMAN RD
NEEDVILLE TX 77461-9163

THUNDER CREEK RANCH SERIES LLC -
SERIES
1030 BEVERLY DRIVE
EAGLE ID 83616

TIFFANY THOM CEPAK
705 TALL PINES DRIVE
FRIENDSWOOD TX 77546-4455

TIMOTHY DAY & AMBER DAY
10734 ROESLER RD
NEEDVILLE TX 77461-9905

TIMOTHY KRENEK & PHYLLIS KRENEK
PO BOX 278
EGYPT TX 77436-0278

TIMOTHY MILLER IRA
138 CHANCELLOR DR
CHAMBERSBURG PA 17201-3903

TIMOTHY RABORN ROTH IRA & IRA
7604 CLARET AVENUE
BATON ROUGE LA 70809-1584

TING-WEY YEN IRA
PO BOX 474
SURFSIDE CA 90743-0474

TOD BOWER & KRISTI BOWER
436 BEAR CREEK TRAIL
NEW BRAUNFELS TX 78132-4322

TOGETHER AS A FAMILY MANAGEMENT
LLC SOLO
814 WOODRUFF PLACE MIDDLE DR
INDIANAPOLIS IN 46201-1934

TOGETHER AS A FAMILY MANAGEMENT
LLC SOLO 401K
814 WOODRUFF PLACE MIDDLE DR
INDIANAPOLIS IN 46201-1934

TOMBERLIN QUALIFIED INVESTMENTS
LLC
2311 ELLIS PARK LN
CONROE TX 77304-2951

TROY SLESS & KRISTIN SLESS
1050 BRANCH RD
SEGUIN TX 78155-0013

TROY SLESS IRA
1050 BRANCH RD
SEGUIN TX 78155-0013

ULI PARTNERS LLC
1491 POLARIS PARKWAY
SUITE #197
COLUMBUS OH 43240-2041

~~EXCLUDE~~

~~UNITED STATES BANKRUPTCY COURT~~
~~PO BOX 61010~~
~~HOUSTON TX 77208-1010~~

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON TX 77002-2604

VAN MANNING
201 COUNTRY RD
ANGLETON TX 77515-9460

VICKI C MOORE
P.O. BOX 933
NORTH BEND WA 98045-0933

WADE PRIVRATSKY IRA
905 BONITA
BAYOU VISTA TX 77563-2707

WAYNE SYN IRA
754 E WALKER ST
ORLAND CA 95963-2205

WENDT LIVING TRUST DATED
DECEMBER 10 202
2703 BAND ROAD
ROSENBERG TX 77471-9103

WENDY VALENTA IRA
4652 CR 303
EL CAMPO TX 77437-5100

WESLEY E HEIMANN IRA
2226 COUNTY RD 463
EL CAMPO TX 77437-2220

WESLEY W LANGE IRA
1205 MEADOW CREEK DR
EL CAMPO TX 77437-2839

WHITE FEATHER 1011 LLC
24003 ORANGE ORCHARD LN
KATY TX 77493-1858

WHITE FEATHER 1012 LLC
24003 ORANGE ORCHARD LANE
KATY TX 77493-1858

WILLIAM D. EVANS
3150 WALNUT BEND LN #501
HOUSTON TX 77042-4745

WILLIAM EVANS ROTH IRA
3150 WALNUT BEND LN #501
HOUSTON TX 77042-4745

WILLIAM H. BONA
12 CHAPPARRAL DR
BAY CITY TX 77414-8513

WILLIAM J GAVRANOVIC FARMS
5702 CR 156
WHARTON TX 77488-5361

WILLIAM J GAVRANOVIC JR FARMS
186 CR 175
WHARTON TX 77488-5071

WILLIAM J GAVRANOVIC SR ROTH IRA
5713 CR 156
WHARTON TX 77488-5362

WILLIAM R PEDERSEN & DONNA L
PEDERSEN
2508 BRIARGLEN DR
PEARLAND TX 77581-6383

WILLIAM R. SCHRADER JR IRA
2566 CR 126
VAN VLECK TX 77482-6114

WILLIAM RAY PEDERSEN INHERITED IRA
2508 BRIARGLEN DR
PEARLAND TX 77581-6383

WILLIAM ROBERT SCHRADER JR.
2566 CR 126
VAN VLECK TX 77482-6114

WILLIAM SCHRADER ROTH IRA
2566 CR 126
VAN VLECK TX 77482-6114

WILLIAM V JORDAN III IRA
3607 ALCORN BEND DR
SUGAR LAND TX 77479-2498

WILLIE GAVRANOVIC GRANDCHILDRENS'
TR WI
5713 CR 156
WHARTON TX 77488-5362

YVONNE MEAUX
1633 HAPPY VALLEY ST
MONTGOMERY TX 77316-3188

YVONNE SCHAEFER
1612 HILLSTAR STREET
FUQUAY VARINA NC 27526-3353

**YVONNE SCHAEFER IRA**
**1612 HILLSTAR STREET**
**FUQUAY VARINA NC 27526-3353**