# EXHIBIT "A"



**Charlene Heydinger**
*President*
Charlene@TexasPACEAuthority.org
(512) 633-5169

August 27, 2020

Elliott Cole
Senior Business Development Associate
Greenworks Lending

Dear Elliott:

As Administrator of the PACE program for Galveston County, one of our member jurisdictions, I am writing about the proposed PACE project at 3316 Church Street.  We reviewed the application for participation in this program as authorized by the Property Assessed Clean Energy Act, Section 399 of the Texas Local Government Code (The PACE Act). Pending submission of final documents at closing substantiating all relevant facts and obligations, the project as presented in the application appears to meet the requirements of the PACE Act and of this PACE program.

The proposed project is a qualified improvement under the PACE Act. The subject property is privately-owned, developed commercial property with clear title located within the jurisdiction of this program. The record owner has satisfied the ownership requirements of the program.  The savings to investment ratio is projected to be 1.01. The ratio between the proposed assessment and the value of the property is reasonable. The term of the proposed assessment does not exceed the useful life of the equipment involved.

This project will fulfill vital public purposes of Galveston County, including reducing the utility expenses for this property, upgrading the infrastructure of the property, promoting economic development and job creation, improving local building stock, and improving the environment.

Sincerely,

Charlene Heydinger
President

EXHIBIT "A"

# EXHIBIT "B"



## PROPERTY ASSESSED CLEAN ENERGY PROGRAM

### INDEPENDENT THIRD PARTY REVIEWER (ITPR)

### STATEMENT OF COMPLIANCE

I, the undersigned Independent Third Party Reviewer (ITPR), hereby certify the following facts with respect to the project described in the attached Project Application No. 2020-GAL-005_____ (the "Project") under the Galveston_____ Property Assessed Clean Energy Program:

1. I have the professional qualifications to be an ITPR specified by the PACE in a Box Technical Standards Manual, in that —

    I am a licensed Professional Engineer in the State of Texas, whose registration number and seal are shown below, and

    I have experience in energy or water efficiency, including one or more of the professional credentials listed below:

    - ☐ Building Energy Assessment Professional (BEAP) or Building Energy Modeling Professional by the American Society of Heating, Refrigeration, and Air-Conditioning Engineers (ASHRAE);
    - ■ Certified Energy Manager (CEM), Certified Measurement and Verification Professional (CMVP), or Certified Energy Auditor (CEA) by the Association of Energy Engineers;
    - ☐ Certified Commissioning Professional by the Building Commissioning Association;
    - ☐ Credentialed Quality Assurance Provider from the Investor Confidence Project;
    - ☐ Certified Commissioning Authority from the AABC Commissioning Group
    - ■ 5 Years relevant project experience in energy/water efficiency

2. I do not have any conflicting financial interest in the Project, in that —

    Neither I nor any member of my family nor any company that I own or have a financial interest in has any ownership or financial interest in the Project, the engineer/contractor, the real property, or its owner; and

    Neither I nor any member of my family nor any company that I own or have a financial interest in has provided or will provide any products or services for the Project other than independent third party review.



3.  I personally visited the site of the Project on **June 20, 2020** and observed, based on my inspection, review of construction and commissioning documents made available to me, and witnessing of operations, that the improvements described in the Project Application have been completed and are operating as intended.

4.  The attached project documentation review letter provides details of my findings and conclusions.



SIGNED: __AUG 20___, _2020_

(SEAL)

Texas Professional Engineer Registration No.

__63914__

_____ (signature)
ITPR Signature

Langton Energy Engineering Services, LLC
Company/Firm

**18725 Stewart Hill Dr.**
Address

**Montgomery, TX  77356**
City, State, Zip Code

Office Use Only

Project ID _____

Received _____

**EXHIBIT "B" - Page 2**

# EXHIBIT "C"

## LENDER CONSENT TO PACE ASSESSMENT

| | |
|---|---|
| Property Owner: | JMK5 Falstaff Storage LLC |
| Mailing Address: | 308 W. Parkwood Ave., Suite 104A, Friendswood, TX 77546 |
| Lender: | NewFirst National Bank |
| Mailing Address: | 16554 Creekbend Drive, Suite 150, Sugar Land, TX 77478 |
| Lender Phone Number: | 832-344-2051 |
| Property: | The Real Property located in Galveston County, Texas, as more fully described in Exhibit A |
| Street Address of Property: | 3316 Church Street, Galveston, TX 77550 |
| Maximum Amount of PACE Assessment Principal Authorized: | $2,160,000.00 |
| Maximum Annual PACE Installment Amount Authorized: | $157,973.13 |

## RECITALS

Lender has made one or more loans to Property Owner secured by that Deed of Trust or Security Agreement (the "**Deed of Trust**") dated October 8, 2018 recorded in Volume N/A, Page N/A, under Instrument No. 2018061323 of the Real Property Records of Galveston County, Texas, securing the indebtedness described therein. The Deed of Trust, the notes creating the debts secured by the Deed of Trust, and all other loan agreements and other documents relating to the debt and Deed of Trust are referred to as the "**Loan Documents**."

Property Owner desires to enter into an agreement (the "**PACE Agreement**") with the Local Government to impose an assessment (the "**Assessment**") for the financing of a qualified project under Texas Local Government Code Chapter 399 (the "**PACE Act**"). The terms of the Assessment are set out in the PACE Agreement between the Local Government and Property Owner. The Assessment will constitute a lien against the Property with the same priority status of any other ad valorem tax.

Texas Local Government Code Chapter 399 requires that the Lender: (i) be given notice of the Property Owner's intention to participate in a program under the PACE Act on or before the 30th day before the date the PACE Assessment is executed, and (ii) provide written consent to the Assessment prior to the Property Owner and Local Government executing the PACE Agreement.

V2020-06

## AGREEMENT

1. Lender hereby consents to the Assessment and the PACE Agreement and agrees that Property Owner shall not be in default under the Loan Documents because it enters into the PACE Agreement or the financing documents referenced therein, or because the Property is subject to the Assessment imposed against the Property pursuant to the PACE Agreement.

2. Lender hereby also agrees that, pursuant to Texas Local Government Code Section 399.014, the Assessment will constitute a lien against the Property from and after the date on which the notice of contractual assessment is recorded and that such lien will have the same priority status as a lien for any other ad valorem tax. In no circumstances will the amount owing on the Assessment be accelerated on account of a payment default or for any other reason. Any proceeding to enforce the lien shall be limited to collection of the amount then currently due with respect to the Assessment, together with past-due interest, past-due fees and costs of collection as permitted under the PACE Act and Texas Tax Code, as they are amended from time-to-time.

3. Property Owner and Lender agree that the principal amount of the Assessment shall not exceed the Maximum Amount of Assessment Principal Authorized, as specified above, without the consent of Lender.

EXECUTED effective as of **August 24**, 20**20**.

V2020-06

**PROPERTY OWNER:**

JMK5 Falstaff Storage LLC

By: _____

Name: Jerome Karam

Title: Managing Member

Address: 308 W. Parkwood Ave. Suite 104-A
Friendswood Tx 77546

Email Address: jeromekaram@yahoo.com

## ACKNOWLEDGEMENT

STATE OF Texas §

COUNTY OF Galveston §

This Lender Consent to PACE Assessment pursuant to Property Assessed Clean Energy Act was acknowledged before me on August 24, 2020 by Jerome Karam, managing member, on behalf of JMK5 Falstaff Storage.

_____

Joshua M. Karam _____ (print name)

NOTARY PUBLIC, STATE OF Texas

JOSHUA M. KARAM
My Notary ID # 132432820
Expires April 9, 2024

V2020-06                    **EXHIBIT "C" - Page 3**

**LENDER:**

NewFirst National Bank

By: _____

Name:    Thomas J. Shirley

Title:    President - Houston Region

Address:    16554 Creekbend Drive, Suite 150

          Sugar Land, TX 77478

Email Address:    tshirley@newfirst.com


## ACKNOWLEDGEMENT


STATE OF Texas      §

COUNTY OF Ft. Bend    §

This Lender Consent to PACE Assessment pursuant to Property Assessed Clean Energy Act was acknowledged before me on 8/24/20 , _____ by Thomas J. Shirley, President _____ , on behalf of New First National Bank

_____

Sabrina Charles _____ (print name)

NOTARY PUBLIC, STATE OF Texas

SABRINA CHARLES
My Notary ID # 132605849
Expires August 5, 2024

V2020-06

**EXHIBIT "C" - Page 4**

# EXHIBIT "A"

Legal Description

Property located in Galveston County, Texas

Lot 3-A, of Falstaff Place Partial Replat, a Subdivision in Galveston County, Texas according to the Map or Plat thereof recorded in/under Instrument No. 2017059514, of the Official Public Records of Galveston County, Texas

AND BEING the same property conveyed to JMK5 Falstaff Storage LLC, a Texas limited liability company from JMK5 Holdings Galveston, LLC, a Texas limited liability company by General Warranty Deed dated October 8, 2018 and recorded October 10, 2018 in Instrument No.2018061322.

Tax Parcel No. 610741

**EXHIBIT "C" - Page 5**