IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| ILS INCOME FUND I LP, *and* ILS GROWTH FUND I, LP | § § § § | Case No. 25-37277 (EVR) |
| | § | (Jointly Administered) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DENYING TRUSTEE'S MOTION TO SELL
**[Relates to ECF No. 142]**

CONSIDERING, the Trustee's Motion (i) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (ii) Authorizing and Approving Asset Purchase Agreement; and (iii) Granting Related Relief ("***Motion***") [ECF No. 142]; the Limited Objection to Trustee's Motion to Sell filed by Home Bank, N.A. (the "***Limited Objection***"); all other responsive pleadings; notice and opportunity for hearing; and applicable law;

**IT IS HEREBY ORDERED THAT** the Motion is **DENIED**, pending resolution of the issues raised by the Limited Objection.