United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-37277** |
| **ILS INCOME FUND 1, LP** | § | |
| **and** | § | |
| **ILS GROWTH FUND 1 LP,** | § | |
| **Debtors.** | § | **Jointly Administered** |
| | § | **CHAPTER 7** |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 146*

The Limited Objection filed by Greenworks Lending, LLC on behalf of PACEWELL 3 LLC, [1] is hereby **STRUCK** for failure to attach a proposed Order pursuant to BLR 9013-1(h).

**SIGNED Monday, August 17, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. 146.