**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ILS Income Fund I LP, *and*** | § | **Case No. 25-37277 (EVR)** |
| **ILS Growth Fund I LP,** | § | |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF FILING OF AMENDED EXHIBITS TO AMENDED AND RESTATED AGREEMENT REGARDING PURCHASE OF NOTES AND LIENS**
(Related to Docket Nos. 142–1 and 142–4)

**PLEASE TAKE NOTICE THAT:**

1. Attached hereto as **Exhibit 1** is an amended Exhibit A Chart to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens*.

2. Attached hereto as **Exhibit 2** is a redline of Exhibit A Chart to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens* filed with the Court on August 4, 2026 [Docket No. 142-1, p.11–13].

3. Attached hereto as **Exhibit 3** is an amended Exhibit B to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens*.

4. Attached hereto as **Exhibit 4** is a redline of Exhibit B to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens* filed with the Court on August 4, 2026 [Docket No. 142-1, p.53–56].

5. Attached hereto as **Exhibit 5** is an amended Exhibit 4 to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens*.

6. Attached hereto as **Exhibit 6** is a redline of Exhibit 4 to the *Amended and Restated Agreement Regarding Purchase of Notes and Liens* filed with the Court on August 4, 2026 [Docket No. 142-4, p.1–4].

Dated: August 28, 2026

*/s/ Simon R. Mayer*
Simon R. Mayer
Texas Bar No. 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: simon.mayer@troutman.com

***Attorney for Ronald J. Sommers, Chapter 7 Trustee***

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing pleading was served electronically through the Court's ECF system on August 28, 2026, on all parties registered for electronic service.

*/s/ Simon R. Mayer*
Simon R. Mayer