# Exhibit 2

## Redline of Amended Exhibit A Chart to *Amended and Restated Agreement Regarding Purchase of Notes and Liens*

**EXHIBIT A**

| Name of Borrower | Original Principal Amount of Note | Lien Priority of Note[1] | Noteholder(s) | Noteholder % Ownership | Address of Property Securing Note |
|---|---|---|---|---|---|
| JMK5 Alvin LLC | $4,500,000.00 | 1st | ILS Income Fund I LP | 88.89% | 000 Texas State Highway 35 Alvin, Texas 77511 |
| | | | KK Houston Properties Inc. | 11.11% | |
| JMK5 Arena LLC | $5,900,000.00 | 5th | ILS Growth Fund I LP | 100.00% | 5721 FM 2004, La Marque Texas 77568 |
| JMK5 Falstaff Hotel LLC | $1,432,169.06 | 1st | Silver Lending LLC / ILS Income Fund I LP | Sale is only for ILS Income Fund I LP interest by quitclaim deed | 402 33rd Street Galveston, Texas 77550 |
| | $4,047,640.49 | 2nd | ILS Growth Fund I LP (f/k/a ILS Short Term Fund I LP) | 100.00% | |
| | $8,980,000.00 | 3rd | ILS Growth Fund I LP | 100.00% | |
| | $1,925,000.00 | 5th | ILS Growth Fund I LP | 100.00% | |
| | $4,600,000.00 | 6th | ILS Growth Fund I LP | 100.00% | |
| JMK5 Gemini A LLC | $1.961,680.00 | 1st | ILS Growth Fund I LP and collaterally assigned to DGE Fund I and NewFirst National Bank | 100.00% | 600-A Gemini Street Houston, Texas 77058 |
| | $4,068,990.04 | 2nd | ILS Growth Fund I LP | 30.00% | |
| | | | DFS Cornerstone I LLC | 20.00% | |
| | | | ILS RE Capital LLC | 20.00% | |
| | | | ILS RE Capital III LLC | 20.00% | |
| | | | ILS Capital IV LLC | 10.00% | |
| | $1,719,329.96 | 3rd | ILS Growth Fund I LP | 100.00% | |
| | $2,100,000.00 | 4th | ILS Growth Fund I LP | 100.00% | |
| | $2,385,000.00 | 5th | ILS Growth Fund I LP | 100.00% | |
| | $2,100,000.00 | 6th | ILS Growth Fund I LP | 100.00% | |

[1] The Trustee makes no representation or warranty regarding the priority, validity or extent of any lien or note.

**EXHIBIT A**

| Name of Borrower | Original Principal Amount of Note | Lien Priority of Note[1] | Noteholder(s) | Noteholder % Ownership | Address of Property Securing Note |
|---|---|---|---|---|---|
| | $2,605,000.00 | 7th | ILS Growth Fund I LP | 100.00% | |
| JMK5 Gemini B LLC | $3,000,000.00 | 2nd (collateral loan) | ILS Growth Fund I LP and collaterally assigned to DGE Fund I LP | 58.33%% | 600-B Gemini Street Houston, Texas 77058 |
| | | | ILS Growth Fund I LP and collaterally assigned to Newfirst National Bank and Elliot W. Kruppa | 25.00% | |
| | | | ILS Growth Fund I LP and collaterally assigned to Ramona ~~assigned to Elliot W. Kruppa~~Krenek | ~~25.00~~16.667 % | |
| | | | ~~ILS Growth Fund I LP and collaterally assigned to Ramona Krenek~~ | ~~16.667%~~ | |
| | $1,000,000.00 | 3rd | ILS Growth Fund I LP | 30.00% | |
| | | | ILS RE Capital LLC | 20.00% | |
| | | | ILS RE Capital II LLC | 20.00% | |
| | | | ILS RE Capital III LLC | 15.00% | |
| | | | ILS RE Capital IV LLC | 15.00% | |
| | $2,000,000.00 | 5th | ILS Growth Fund I LP | 100.00% | |
| | $1,615,000.00 | 6th | ILS Growth Fund I LP | 100.00% | |
| | $2,490,000.00 | 10th | ILS Growth Fund I LP | 100.00% | |
| JMK5 Gemini D LLC | $2,000,000.00 | 1st | KK Houston Properties Inc. | 50.00% | 600-D Gemini Street Houston, Texas 77058 |
| | | | Ramona Krenek | 33.00% | |
| | | | KJT Memorial Foundation | 11.00% | |
| | | | ILS Income Fund I LP | 6.00% | |
| | $1,000,000.00 | 2nd | ILS Growth Fund I LP | 100.00% | |
| | $2,500,000.00 | 3rd | ILS Growth Fund I LP | 100.00% | |
| | $3,660,000.00 | 4th | ILS Growth Fund I LP | 100.00% | |
| | $3,800,000.00 | 5th | ILS Growth Fund I LP | 100.00% | |
| JMK5 Marina | $1,650,000.00 | 6th | ILS Income Fund I LP | 100.00% | 1203 Twin Oaks Boulevard |

**EXHIBIT A**

| LLC | | | | | |
|---|---|---|---|---|---|
| **Name of Borrower** | **Original Principal Amount of Note** | **Lien Priority of Note[1]** | **Noteholder(s)** | **Noteholder % Ownership** | **Address of Property Securing Note** |
| ~~JMK5 Marina LLC~~ | ~~$1,650,000.00~~ | ~~6th~~ | ~~ILS Income Fund I LP~~ | ~~100.00%~~ | ~~1203 Twin Oaks Boulevard~~ Kemah, Texas 77565 |
| JMK5 Racing LLC | $6,500,000.00 | 5th | ILS Growth Fund I LP | 76.92% | 1000 Emmett F. Lowry Expressway, Texas City, Texas 77591 |
| | | | KK Houston Properties Inc. | 23.08% | |
| JMK5 Shreveport LLC | $2,115,000.00 | 1st | ILS Growth Fund I LP | 100.00% | 6007 Financial Plaza, Shreveport, Louisiana 71129 |
| JMK5 Sand Springs LLC | $3,200,000.00 | 1st | ILS Growth Fund I LP | 100.00% | 1200 East Charles Page Bouledvard, Sand Springs, Oklahoma 74063 |
| | $5,200,000.00 | 2nd | ILS Income Fund I LP | 100.00% | |
| | $1,800,000.00 | 3rd | ILS Growth Fund I LP | 100.00% | |
| | $9,400,000.00 | 5th | ILS Growth Fund I LP | 100.00% | |
| | $4,950,000.00 | 6th | ILS Growth Fund I LP | 100.00% | |
| | $2,430,000.00 | 7th | ILS Growth Fund I LP | 100.00% | |
| | $5,985,000.00 | 9th | ILS Growth Fund I LP | 100.00% | |
| | $18,470,000.00 | 10th | ILS Growth Fund I LP | 100.00% | |

| **Summary report:<br>Litera Compare for Word 11.14.0.42 Document comparison done on 8/28/2026 10:08:21 AM** | |
|---|---|
| **Style name:** Standard - Display Comments | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** C:\Users\srmayer\Documents\Case Files\(RS) - ILS Income (25-37277)\2026-08-28 Filing\Amended Exhibits\ILS - Exhibit A Chart to Note Purchase Agreement.pdf | |
| **Modified filename:** C:\Users\srmayer\Documents\Case Files\(RS) - ILS Income (25-37277)\2026-08-28 Filing\Amended Exhibits\ILS - Exhibit A Chart to Note Purchase Agreement [UPDATED].pdf | |
| **Changes:** | |
| Add | 8 |
| ~~Delete~~ | 13 |
| ~~Move From~~ | 0 |
| Move To | 0 |
| Table Insert | 1 |
| ~~Table Delete~~ | 1 |
| Table moves to | 0 |
| ~~Table moves from~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 23 |