# Exhibit 3

## Amended Exhibit B to *Amended and Restated Agreement Regarding Purchase of Notes and Liens*

# EXHIBIT B

| Name of Borrower | Original Principal Amount of Note | Payoff Amount of Note as of July 31, 2026 | Portion of Purchase Price Allocated to Note | Lien Priority of Note | Current Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|
| **JMK5 Alvin Total Purchase Price Allocation: $3,380,000.00** | | | | | | |
| JMK5 Alvin LLC | $4,500,000.00 | $5,128,543.77 | $3,380,000.00 | 1st | ILS Income Fund I LP | 88.89% |
| | | | | | KK Houston Properties Inc. | 11.11% |
| **JMK5 Arena Total Purchase Price Allocation: $0.00** | | | | | | |
| JMK5 Arena LLC | $5,900,000.00 | | $0.00 | 5th | ILS Growth Fund I LP | 100.00% |
| **JMK5 Falstaff Total Purchase Price Allocation: $780,000.00** | | | | | | |
| JMK5 Falstaff Hotel LLC | $1,432,169.06 | $1,617,910.47 | $0.00 | 1st | Silver Lending LLC / ILS Income Fund I LP | Sale is only for ILS Income Fund I LP interest by quitclaim deed |
| | $4,047,640.49 | $4,572,588.58 | $780,000.00 | 2nd | ILS Growth Fund I LP (f/k/a ILS Short Term Fund I LP) | 100.00% |
| | $8,980,000.00 | | $0.00 | 3RD | ILS Growth Fund I LP | 100.00% |
| | $1,925,000.00 | | $0.00 | 5TH | ILS Growth Fund I LP | 100.00% |
| | $4,600,000.00 | | $0.00 | 6TH | ILS Growth Fund I LP | 100.00% |
| **JMK5 Gemini A Total Purchase Price Allocation: $8,230,000.00** | | | | | | |
| JMK5 Gemini A LLC | $1,961,680.00 | $2,007,592.19 | $2,007,592.19 | 1st | ILS Income Fund I LP and collaterally assigned to DGE Fund I and Newfirst National Bank | 100.00% |
| | $4,068,990.04 | $4,596,707.10 | $4,596,707.10 | 2nd | ILS Growth Fund I LP | 30.00% |
| | | | | | DFS Cornerstone I LLC | 20.00% |
| | | | | | ILS RE Capital LLC | 20.00% |

**EXHIBIT B**

| Name of Borrower | Original Principal Amount of Note | Payoff Amount of Note as of July 31, 2026 | Portion of Purchase Price Allocated to Note | Lien Priority of Note | Current Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|
| | | | | | ILS RE Capital III LLC | 20.00% |
| | | | | | ILS Capital IV LLC | 10.00% |
| | $1,719,329.96 | $1,942,313.84 | $1,625,700.71 | 3rd | ILS Growth Fund I LP | 100.00% |
| | $2,100,000.00 | | $0.00 | 4th | ILS Growth Fund I LP | 100.00% |
| | $2,385,000.00 | | $0.00 | 5TH | ILS Growth Fund I LP | 100.00% |
| | | | $0.00 | 6TH | ILS Growth Fund I LP | 100.00% |
| | | | $0.00 | 7TH | ILS Growth Fund I LP | 100.00% |
| **JMK5 Gemini B Total Purchase Price Allocation: $4,320,000.00** | | | | | | |
| JMK5 Gemini B LLC | $3,000,000.00 | $3,180,192.67 | $3,180,192.67 | 2nd (collateral loan) | ILS Growth Fund I LP and collaterally assigned to DGE Fund I LP | 58.33%% |
| | | | | | ILS Growth Fund I LP and collaterally assigned to Newfirst National Bank and Elliot W. Kruppa | 25.00% |
| | | | | | ILS Growth Fund I LP and collaterally assigned to Ramona Krenek | 16.667% |
| | $1,000,000.00 | $1,138,843.08 | $1,138,843.08 | 3rd | ILS Growth Fund I LP | 30.00% |
| | | | | | ILS RE Capital LLC | 20.00% |
| | | | | | ILS RE Capital II LLC | 20.00% |
| | | | | | ILS RE Capital III LLC | 15.00% |
| | | | | | ILS RE Capital IV LLC | 15.00% |
| | $2,000,000.00 | | $964.25 | 5TH | ILS Growth Fund I LP | 100.00% |
| | $1,615,000.00 | | $0.00 | 6TH | ILS Growth Fund I LP | 100.00% |

**EXHIBIT B**

| Name of Borrower | Original Principal Amount of Note | Payoff Amount of Note as of July 31, 2026 | Portion of Purchase Price Allocated to Note | Lien Priority of Note | Current Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|
| | $2,490,000.00 | | | 10TH | ILS Growth Fund I LP | 100.00% |
| **JMK5 Gemini D Total Purchase Price Allocation: $3,300,000.00** | | | | | | |
| JMK5 Gemini D LLC | $2,000,000.00 | $2,277,686.16 | $2,277,686.16 | 1st | KK Houston Properties Inc. | 50.00% |
| | | | | | Ramona Krenek | 33.00% |
| | | | | | KJT Memorial Foundation | 11.00% |
| | | | | | ILS Income Fund I LP | 6.00% |
| | $1,000,000.00 | $1,138,843.08 | $1,022,313.84 | 2nd | ILS Growth Fund I LP | 100.00% |
| | $2,500,000.00 | | $0.00 | 3rd | ILS Growth Fund I LP | 100.00% |
| | $3,660,000.00 | | $0.00 | 4th | ILS Growth Fund I LP | 100.00% |
| | $3,800,000.00 | | $0.00 | 5th | ILS Growth Fund I LP | 100.00% |
| **JMK5 Marina Total Purchase Price Allocation: $0.00** | | | | | | |
| JMK5 Marina LLC | $1,650,000.00 | | $0.00 | 6th | ILS Growth Fund I LP | 100.00% |
| **JMK5 Racing Total Purchase Price Allocation: $4,386,000.00** | | | | | | |
| JMK5 Racing LLC | $6,500,000.00 | $7,407,896.53 | $4,386,000.00 | 5th | ILS Growth Fund I LP | 76.92% |
| | | | | | KK Houston Properties Inc. | 23.08% |
| **JMK5 Shreveport Total Purchase Price Allocation: $740,000.00** | | | | | | |
| JMK5 Shreveport LLC | $2,115,000.00 | $1,477,123.33 | $740,000.00 | 1st | ILS Growth Fund I LP | 100.00% |

**EXHIBIT B**

| Name of Borrower | Original Principal Amount of Note | Payoff Amount of Note as of July 31, 2026 | Portion of Purchase Price Allocated to Note | Lien Priority of Note | Current Noteholder(s) | Noteholder % Ownership |
|---|---|---|---|---|---|---|
| **JMK5 Sand Springs Total Purchase Price Allocation: $2,730,000.00** | | | | | | |
| JMK5 Sand Springs LLC | $3,200,000.00 | $3,615,015.67 | $2,730,000.00 | 1st | ILS Growth Fund I LP | 100.00% |
| | $5,200,000.00 | | $0.00 | 2nd | ILS Income Fund I LP | 100.00% |
| | $1,800,000.00 | | $0.00 | 3rd | ILS Growth Fund I LP | 100.00% |
| | $9,400,000.00 | | $0.00 | 5th | ILS Growth Fund I LP | 100.00% |
| | $4,950,000.00 | | $0.00 | 6th | ILS Growth Fund I LP | 100.00% |
| | $2,430,000.00 | | $0.00 | 7th | ILS Growth Fund I LP | 100.00% |
| | $5,985,000.00 | | $0.00 | 9th | ILS Growth Fund I LP | 100.00% |
| | $18,470,000.00 | | $0.00 | 10th | ILS Growth Fund I LP | 100.00% |