**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 25-37277 (EVR) |
| **Name of Debtor:** | *In re ILS Income Fund I LP and ILS Growth Fund I LP* |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | September 3, 2026 |
| **Hearing Time:** | 9:00 AM |
| **Party's Name:** | Ronald J. Sommers, Chapter 7 Trustee |
| **Attorney's Name:** | Elizabeth M. Guffy and Simon R. Mayer |
| **Attorney's Phone:** | (832) 715-3654and (832) 226-1507 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 142 | Motion (I) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (II) Authorizing and Approving Asset Purchase Agreement; and (III) Granting Other Related Relief |
| | |
| | |
| | |

| **WITNESS LIST** | |
|---|---|
| | |
| **Lay Witnesses:** | Ronald J. Sommers, Trustee |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Amended and Restated Agreement Regarding Purchase of Notes and Liens (Docket No. 142-1) | | | |
| **2.** | Schedule of Co-Owners (Docket No. 142-2) | | | |
| **3.** | Schedule of Collaterally Assigned Notes (Docket No. 142-3) | | | |
| **4.** | Amended Exhibit A Chart of Amended and Restated Agreement Regarding Purchase of Notes and Liens (Docket No. 161-1) | | | |
| **5.** | Amended Exhibit B of Amended and Restated Agreement Regarding Purchase of Notes and Liens (Docket No. 161-3) | | | |

| | | | | |
|---|---|---|---|---|
| **6.** | Amended Exhibit 4 of Amended and Restated Agreement Regarding Purchase of Notes and Liens (Docket No. 161-5) | | | |
| **7.** | [RESERVED] | | | |
| **8.** | [RESERVED] | | | |
| **9.** | [RESERVED] | | | |
| **10.** | [RESERVED] | | | |
| **11.** | [RESERVED] | | | |
| **12.** | ILS Income Fund I LP Bankruptcy Schedules (Docket No. 9) | | | |
| **13.** | ILS Growth Fund I LP Bankruptcy Schedules (Docket No. 8) | | | |
| **14.** | Schedule of Litigation Involving J. Karam | | | |
| **15.** | [RESERVED] | | | |
| **16.** | Title Report – JMK5 Alvin Property | | | |
| **17.** | Title Report – JMK5 Arena Property | | | |
| **18.** | Title Report – JMK5 Falstaff Hotel Property | | | |
| **19.** | Title Report – JMK5 Gemini A Property | | | |
| **20.** | Title Report – JMK5 Gemini B Property | | | |
| **21.** | Title Report – JMK5 Gemini D Property | | | |
| **22.** | Title Report – JMK5 Marina Property | | | |
| **23.** | Title Report – JMK5 Racing Property | | | |
| **24.** | Title Report – JMK5 Shreveport Property | | | |
| **25.** | Title Report – JMK5 Sand Springs Property | | | |

| | | | | |
|---|---|---|---|---|
| **26.** | Appraisal – JMK5 Alvin Property | | | |
| **27.** | Appraisal – JMK5 Arena Property | | | |
| **28.** | Appraisal – JMK5 Falstaff Hotel Property | | | |
| **29.** | Appraisal – JMK5 Gemini A Property | | | |
| **30.** | Appraisal – JMK5 Gemini B Property | | | |
| **31.** | Appraisal – JMK5 Gemini D Property | | | |
| **32.** | Appraisal – JMK5 Marina Property | | | |
| **33.** | Appraisal – JMK5 Racing Property | | | |
| **34.** | Appraisal – JMK5 Shreveport Property | | | |
| **35.** | Appraisal – JMK5 Sand Springs Property | | | |
| **ALVIN PROPERTY** | | | | |
| **First Lien** | | | | |
| **36.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $4,500,000.00 | | | |
| **37.** | First Lien Commercial Deed of Trust, Security Agreement, Assignment of Lases and Rents, Financing Statement and Fixture Filing | | | |
| **38.** | Assignment of Leases and Rents | | | |
| **39.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **40.** | Transfer and Assignment of Lien –ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **41.** | Transfer and Assignment of Lien –ILS Growth Fund I LP to KK Houston Properties Inc. | | | |
| **Second Lien** | | | | |
| **42.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with | | | |

| | | | | |
|---|---|---|---|---|
| | Balloon - $3,800,000.00 | | | |
| **43.** | Second Lien Commercial Deed of Trust, Security Agreement, Assignment of Lases and Rents, Financing Statement and Fixture Filing | | | |
| **44.** | Assignment of Leases and Rents | | | |
| **45.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **46.** | Transfer and Assignment of Lien – ILS Lending LLC to KK Houston Properties Inc. | | | |
| **47.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **ARENA PROPERTY** | | | | |
| **Fifth Lien** | | | | |
| **48.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $5,900,000.00 | | | |
| **49.** | Fourth Lien Commercial Deed of Trust, Security Agreement, Assignment of Lases and Rents, Financing Statement and Fixture Filing | | | |
| **50.** | Assignment of Leases and Rents | | | |
| **51.** | Transfer and Assignment of Lien – ILS Lending LLC to DFS Bayside Fund LLC | | | |
| **52.** | Transfer and Assignment of Lien –DFS Bayside Fund LLC to ILS Growth Fund I LP | | | |
| **FALSTAFF PROPERTY** | | | | |
| **Second Lien** | | | | |
| **53.** | Note - $4,047,640.49 | | | |
| **54.** | Second Lien Deed of Trust | | | |
| **Third Lien** | | | | |
| **55.** | Note - $8,980,000 | | | |

| | | | | |
|---|---|---|---|---|
| **56.** | Deed of Trust | | | |
| **57.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (67.00%) and Silver Lending LLC (12.00%) | | | |
| **58.** | Transfer and Assignment of Lien – Silver Lending LLC (12.00%) to ILS Growth Fund I LP (12.00%) | | | |
| **59.** | Transfer and Assignment of Lien – ILS Re Capital LLC (21.00%) to ILS Growth Fund I LP (21.00%) | | | |
| | **Fifth Lien** | | | |
| **60.** | Note - $1,925,000.00 | | | |
| **61.** | Deed of Trust | | | |
| **62.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| | **Sixth Lien** | | | |
| **63.** | Note - $4,600,000.00 | | | |
| **64.** | Deed of Trust – Subordinate Financing | | | |
| **65.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| | **GEMINI A PROPERTY** | | | |
| | **First Lien** | | | |
| **66.** | Interest Only Fixed Period Promissory Note Secured by Security Interest - $1,961,680.00 | | | |
| **67.** | Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **68.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| | **Second Lien** | | | |
| **69.** | Subordinate Financing Second Lien Interest Only Fixed Period Promissory Note Secured by Security Interest - | | | |

| | | | | |
|---|---|---|---|---|
| | $4,068,990.04 | | | |
| **70.** | Second Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **71.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **72.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **73.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Re Capital LLC (20%) | | | |
| **74.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Re Capital II LLC (20%), ILS Re Capital III LLC (20%), ILS Re Capital IV LLC (10%) | | | |
| **75.** | Transfer and Assignment of Lien – ILS Re Capital II LLC to DFS Cornerstone I LLC | | | |
| **76.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| | **Third Lien** | | | |
| **77.** | Subordinate Financing Third Lien Interest Only Fixed Period Promissory Note Secured by Security Interest - $1,719,329.96 | | | |
| **78.** | Third Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **79.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **80.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **81.** | Transfer and Assignment of Lien – ILS | | | |

| | | | | |
|---|---|---|---|---|
| | Income Fund I LP to ILS Growth Fund I LP | | | |
| | **Fourth Lien** | | | |
| **82.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $2,100,000.00 | | | |
| **83.** | Fourth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **84.** | Assignment of Leases and Rents | | | |
| **85.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **86.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to DFS Bayside Fund LLC | | | |
| **87.** | Transfer and Assignment of Lien – DFS Bayside Fund LLC to ILS Growth Fund I LP | | | |
| | **Fifth Lien** | | | |
| **88.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $2,385,000.00 | | | |
| **89.** | Fifth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **90.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **91.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP (99%) | | | |
| **92.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP (99%) | | | |

| | | | | |
|---|---|---|---|---|
| | **Sixth Lien** | | | |
| **93.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $2,100,000.00 | | | |
| **94.** | Sixth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **95.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (45%) | | | |
| **96.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (55%) | | | |
| | **Seventh Lien** | | | |
| **97.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $2,605,000.00 | | | |
| **98.** | Seventh Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **99.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (20%) | | | |
| **100.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (20%) | | | |
| **101.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (60%) | | | |
| **102.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP (38.38771%) | | | |
| **103.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| **GEMINI B PROPERTY** | | | | |
| **Second Lien** | | | | |
| **104.** | Interest Only Fixed Period Promissory Note Secured By Security Interest - $3,000,000.00 | | | |
| **105.** | First Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **106.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **Third Lien** | | | | |
| **107.** | Interest Only Fixed Period Promissory Note Secured By Security Interest - $1,000,000.00 | | | |
| **108.** | Second Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **109.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **110.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to DFS Bayside Fund LLC | | | |
| **111.** | Transfer and Assignment of Lien – DFS Bayside Fund LLC to ILS Re Capital LLC (20%), ILS Re Capital II LLC (20%), ILS Re Capital III LLC (15%), ILS Re Capital IV LLC (15%) | | | |
| **112.** | Transfer and Assignment of Lien – DFS Bayside Fund LLC to ILS Income Fund I LP | | | |
| **113.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **Fifth Lien** | | | | |
| **114.** | Interest Only Fixed Period Promissory Note Secured By Security Interest - | | | |

| | | | | |
|---|---|---|---|---|
| | $2,000,000.00 | | | |
| **115.** | Fourth Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **116.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Income Fund I LP (19.5%), Silver Lending LLC (42.5%), ILS Real Estate Lending LLC (26.9%), ILS Re Capital LLC (11.1%) | | | |
| **117.** | Transfer and Assignment of Lien – ILS Real Estate Lending LLC to ILS Growth Fund I LP | | | |
| **118.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **119.** | Transfer and Assignment of Lien – ILS Re Capital LLC to ILS Growth Fund I LP | | | |
| **120.** | Transfer and Assignment of Lien – Silver Lending LLC to ILS Growth Fund I LP | | | |
| **121.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to DFS Bayside Fund LLC | | | |
| **122.** | Transfer and Assignment of Lien – DFS Bayside Fund LLC to ILS Growth Fund I LP | | | |
| | | **Sixth Lien** | | |
| **123.** | Promissory Note Secured By Security Instrument Fixed Rate Interest Only with Balloon - $1,615,000.00 | | | |
| **124.** | Fifth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **125.** | Assignment of Leases and Rents | | | |
| **126.** | Transfer and Assignment of Lien – ILS | | | |

| | | | | |
|---|---|---|---|---|
| | Lending LLC to ILS Growth Fund I LP | | | |
| **127.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Re Capital LLC | | | |
| **128.** | Transfer and Assignment of Lien – ILS Re Capital LLC to ILS Growth Fund I LP | | | |
| **129.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to DFS Bayside Fund LLC | | | |
| **130.** | Transfer and Assignment of Lien – DFS Bayside Fund LLC to ILS Income Fund I LP | | | |
| **131.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **Tenth Lien** | | | | |
| **132.** | Promissory Note Secured By Security Instrument Fixed Rate Interest Only with Balloon - $2,490,000.00 | | | |
| **133.** | Eighth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **134.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (70%) | | | |
| **135.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (30%) | | | |
| **GEMINI D PROPERTY** | | | | |
| **First Lien** | | | | |
| **136.** | Interest Only Fixed Period Promissory Note Secured by Security Instrument - $2,000,000.00 | | | |
| **137.** | First Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |

| | | | | |
|---|---|---|---|---|
| **138.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **139.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to Ramona A. Krenek (33.00%) | | | |
| **140.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to KJT Memorial Foundation (11.00%) | | | |
| **141.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to KK Houston Properties Inc. (50.00%) | | | |
| **142.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP (6.00%) | | | |
| **Second Lien** | | | | |
| **143.** | Interest Only Fixed Period Promissory Note Secured by Security Instrument - $1,000,000.00 | | | |
| **144.** | Second Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **145.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Income Fund I LP | | | |
| **146.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **Third Lien** | | | | |
| **147.** | Interest Only Fixed Period Promissory Note Secured by Security Instrument - $2,500,000.00 | | | |
| **148.** | Third Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **149.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Income Fund I LP | | | |

| | | | | |
|---|---|---|---|---|
| **150.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **Fourth Lien** | | | | |
| **151.** | Interest Only Fixed Period Promissory Note Secured by Security Instrument - $3,660,000.00 | | | |
| **152.** | Fourth Lien Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing | | | |
| **153.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **Fifth Lien** | | | | |
| **154.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $3,800,000.00 | | | |
| **155.** | Fifth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **156.** | Assignment of Leases and Rents | | | |
| **157.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **158.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **159.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **MARINA PROPERTY** | | | | |
| **Sixth Lien** | | | | |
| **160.** | Promissory Note Secured by Security Instrument Fixed Raate Interest Only with Balloon - $1,650,000.00 | | | |
| **161.** | Second Lien Commercial Deed of Trust, | | | |

| | | | | |
|---|---|---|---|---|
| | Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **162.** | Assignment of Leases and Rents | | | |
| **163.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **164.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **RACING PROPERTY** | | | | |
| **Fifth Lien** | | | | |
| **165.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $6,500,000.00 | | | |
| **166.** | Fifth Lien Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **167.** | Assignment of Leases and Rents | | | |
| **168.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (24.6154%) | | | |
| **169.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to KK Houston Properties Inc. (93.7500% interest of the 24.6154%) | | | |
| **170.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (8.4620%) | | | |
| **171.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (20.00%) | | | |
| **172.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (46.9230%) | | | |

| SHREVEPORT PROPERTY | | | | |
|---|---|---|---|---|
| **First Lien** | | | | |
| **173.** | Interest-Only Period Fixed Rate Note - $2,115,000.00 | | | |
| **174.** | Mortgage | | | |
| **175.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **176.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP (Not Recorded) | | | |
| **SAND SPRINGS PROPERTY** | | | | |
| **First Lien** | | | | |
| **177.** | Note - $3,200,000.00 | | | |
| **178.** | Mortgage | | | |
| **179.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Short Term Fund I LP | | | |
| **Second Lien** | | | | |
| **180.** | Note - $5,200,000.00 | | | |
| **181.** | Mortgage | | | |
| **182.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP (86.5385%) and Silver Lending LLC (13.4615%) | | | |
| **183.** | Transfer and Assignment of Lien – Silver Lending LLC to ILS Growth Fund I LP | | | |
| **184.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **Third Lien** | | | | |
| **185.** | Note - $1,800,000.00 | | | |
| **186.** | Mortgage | | | |
| **187.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Income Fund I LP | | | |

| | | | | |
|---|---|---|---|---|
| **188.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| **189.** | Transfer and Assignment of Lien – ILS Growth Fund I LP to ILS Income Fund I LP | | | |
| **190.** | Transfer and Assignment of Lien – ILS Income Fund I LP to ILS Growth Fund I LP | | | |
| | **Fifth Lien** | | | |
| **191.** | Note - $9,400,000.00 | | | |
| **192.** | Mortgage | | | |
| **193.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| | **Sixth Lien** | | | |
| **194.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $4,950,000.00 | | | |
| **195.** | Sixth Lien Commercial Mortgage, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **196.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| | **Seventh Lien** | | | |
| **197.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $2,430,000.00 | | | |
| **198.** | Seventh Lien Commercial Mortgage, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **199.** | Assignment of Leases and Rents | | | |
| **200.** | Transfer and Assignment of Lien – ILS | | | |

| | | | | |
|---|---|---|---|---|
| | Lending LLC to ILS Growth Fund I LP | | | |
| **Ninth Lien** | | | | |
| **201.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $5,985,000.00 | | | |
| **202.** | Ninth Lien Commercial Mortgage, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **203.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **Tenth Lien** | | | | |
| **204.** | Promissory Note Secured by Security Instrument Fixed Rate Interest Only with Balloon - $18,470,000.00 | | | |
| **205.** | Tenth Lien Commercial Mortgage, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing | | | |
| **206.** | Transfer and Assignment of Lien – ILS Lending LLC to ILS Growth Fund I LP | | | |
| **COLLATERAL ASSIGNMENT DOCUMENTS** | | | | |
| **Gemini A – First Lien Loan** | | | | |
| **207.** | Real Estate Lien Note - $1,961,680.00 | | | |
| **208.** | Collateral Transfer of Lien with Additional Assignment by Secured Party to Newfirst National Bank | | | |
| **209.** | Renewal, Extension and Modification Agreement of Collateral Note | | | |
| **Gemini B – First Lien Loan** | | | | |
| **210.** | Real Estate Lien Note, Lender: DGE Fund I LP - $1,750,000.00 | | | |
| **211.** | Real Estate Lien Note, Lender: Ramona Krenek - $500,000.00 | | | |
| **212.** | Real Estate Lien Note, Lender: Elliot W. | | | |

| | | | | |
|---|---|---|---|---|
| | Kruppa - $750,000.00 | | | |
| **213.** | Collateral Assignment of Lien | | | |
| **214.** | Renewal, Extension and Modification Agreement of Collateral Note | | | |
| | **PAYOFF STATEMENTS AS OF JULY 31, 2026** | | | |
| **215.** | Payoff Statement – Alvin – $4,500,000 Note | | | |
| **216.** | Payoff Statement – Falstaff – $4,047,640 Note | | | |
| **217.** | Payoff Statement – Gemini A – $1,961,680 Note | | | |
| **218.** | Payoff Statement – Gemini A – $4,068,990 Note | | | |
| **219.** | Payoff Statement – Gemini A – $1,719,329 Note | | | |
| **220.** | Payoff Statement – Gemini B – $3,000,000 Note | | | |
| **221.** | Payoff Statement – Gemini B – $1,000,000 Note | | | |
| **222.** | Payoff Statement – Gemini D – $2,000,000 Note | | | |
| **223.** | Payoff Statement – Gemini D – $1,000,000 Note | | | |
| **224.** | Payoff Statement – Racing – $6,500,000 Note | | | |
| **225.** | Payoff Statement – Shreveport – $2,115,000 Note | | | |
| **226.** | Payoff Statement – Sand Springs – $3,200,000 Note | | | |
| | **PERSONAL GUARANTY** | | | |
| **227.** | Personal Guaranty Agreement of Jerome M. Karam – Alvin – Loan Amount: | | | |

| | | | | |
|---|---|---|---|---|
| | $4,500,000 | | | |
| **228.** | Personal Guaranty Agreement of Jerome M. Karam – Arena – Loan Amount: $5,900,000 | | | |
| **229.** | Specific Guaranty Agreement – Falstaff – Loan Amount: $4,047,640 | | | |
| **230.** | Specific Guaranty Agreement – Falstaff – Loan Amount: $8,980,000 | | | |
| **231.** | Specific Guaranty Agreement – Falstaff – Loan Amount: $1,925,000 | | | |
| **232.** | Specific Guaranty Agreement – Falstaff – Loan Amount: $4,600,000 | | | |
| **233.** | Personal Guaranty Agreement – Gemini A – Loan Amount: $1,961,680 | | | |
| **234.** | Personal Guaranty Agreement – Gemini A – Loan Amount: $4,068,990 | | | |
| **235.** | Personal Guaranty Agreement – Gemini A – Loan Amount: $1,719,329 | | | |
| **236.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini A – Loan Amount: $2,100,000 | | | |
| **237.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini A – Loan Amount: $2,385,000 | | | |
| **238.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini A – Loan Amount: $2,100,000 | | | |
| **239.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini A – Loan Amount: $2,605,000 | | | |
| **240.** | Personal Guaranty Agreement – Gemini B – Loan Amount: $3,000,000 | | | |
| **241.** | Personal Guaranty Agreement – Gemini B | | | |

| | | | | |
|---|---|---|---|---|
| | – Loan Amount: $1,000,000 | | | |
| **242.** | Personal Guaranty Agreement – Gemini B – Loan Amount: $2,000,000 | | | |
| **243.** | Personal Guaranty Agreement – Gemini B – Loan Amount: $1,615,000 | | | |
| **244.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini B – Loan Amount: $2,490,000 | | | |
| **245.** | Personal Guaranty Agreement – Gemini D – Loan Amount: $2,000,000 | | | |
| **246.** | Personal Guaranty Agreement – Gemini D – Loan Amount: $1,000,000 | | | |
| **247.** | Personal Guaranty Agreement – Gemini D – Loan Amount: $2,500,000 | | | |
| **248.** | Personal Guaranty Agreement – Gemini D – Loan Amount: $3,660,000 | | | |
| **249.** | Personal Guaranty Agreement of Jerome M. Karam – Gemini D – Loan Amount: $3,800,000 | | | |
| **250.** | Personal Guaranty Agreement of Jerome M. Karam – Marina – Loan Amount: $1,650,000 | | | |
| **251.** | Personal Guaranty Agreement of Jerome M. Karam – Racing – Loan Amount: $6,500,000 | | | |
| **252.** | Specific Guaranty Agreement – Shreveport – Loan Amount: $2,115,000 | | | |
| **253.** | Specific Guaranty Agreement – Sand Springs – Loan Amount: $3,200,000 | | | |
| **254.** | Specific Guaranty Agreement – Sand Springs – Loan Amount: $5,200,000 | | | |
| **255.** | Specific Guaranty Agreement – Sand Springs – Loan Amount: $1,800,000 | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| **256.** | Specific Guaranty Agreement – Sand Springs – Loan Amount: $9,400,000 | | | |
| **257.** | Personal Guaranty Agreement of Jerome M. Karam – Sand Springs – Loan Amount: $4,950,000 | | | |
| **258.** | Personal Guaranty Agreement of Jerome M. Karam – Sand Springs – Loan Amount: $2,430,000 | | | |
| **259.** | Personal Guaranty Agreement of Jerome M. Karam – Sand Springs – Loan Amount: $5,985,000 | | | |
| **260.** | Personal Guaranty Agreement of Jerome M. Karam – Sand Springs – Loan Amount: $18,470,000 | | | |
| **261.** | | | | |
| **262.** | | | | |
| **263.** | | | | |
| **264.** | | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |

Respectfully submitted,

/s/ *Simon R. Mayer*

Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: Simon.Mayer@troutman.com

***Counsel for***
***Ronald J. Sommers, Trustee***

and

/s/ *Elizabeth M. Guffy*

Elizabeth M. Guffy, Attorney at Law
1116 Autrey Street
Houston, TX 77006
Telephone: 832-715-3654
Email: eguffy@eguffylaw.onmicrosoft.com

***Co-Counsel for***
***Ronald J. Sommers, Trustee***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2026, a true and correct copy of the foregoing was served electronically via the Court's Electronic Case Filing System on all parties registered for service in this civil proceeding.

/s/ *Simon R. Mayer*
Simon R. Mayer