| Case Name | Status | County | Case No. | Trial Date | Payment Schedule | Disposition/Status |
|---|---|---|---|---|---|---|
| Ammper Power | Disposed | Harris | 202489785 | 4/13/26 | Joshua negotiated. $84,711.57 paid to Ammper by July 20, 25, otherwise Agreed Judgment to be filed. | • Rule 11 Agreement.<br>• JMK5 Defaulted.<br>• ~34,000.00 Past Due.<br>• Agreed Judgment Filed vs JMK5 for $84,711.56 |
| Airgas | Active | Galveston | 24CV0854 | 7/20/25 (bench) | July 20, 2026 | Need to follow up on this one and go back to mediation?? Question on the cannisters condition and amount |
| AP Gas | Active | Harris | 202553934 | 3/1/27 | Settled | Settled for $40,000 at $5,000/,mo starting June 1, 2026, secured by an agreed judgment for $50,000 |
| Arch Floors | Disposed | Harris | 202380847 | | | Post Judgment discovery ignored and not responded to. Judgments against Joshua and Jerome to be resolved. |
| BT & Sons | Disposed | Galveston | CV0093821 | | Claimed damages of $63,396.66 | Settled for $75,000.00 at $5,000/mo for 15 months, secured by an agreed judgment |
| Builders Equipment | Disposed | Galveston | 25CV0319 | 6/22/26 (bench) | Claimed damages of $116,336.10 (now about $140,000.) | Settled for $100,000 at $5,000/mo for 20 months, secured by an agreed judgment |
| Caterpillar | Disposed | Harris | 202440172 | 2/2/26 (jury) | Claimed damages of $885,913.28 and attorney's fees of $64,252.00 | Took a judgment against Jerome, conducting post-judgment discovery/depos |
| EBE | Disposed | Harris | 202459425 | 12/1/25 | Joshua negotiated. $10,000.00 for 6 months. | Didn't pay. Default granted. |
| Elliott Electric vs Pinnacle | Active | Nacogdoches | 202459425 | | Claimed damages of $57,150 | Verbal offer of $5,000/mo for 10 months. Agreed |

**Exhibit 14**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | judgment with covenant not to execute, nonsuit Pinnacle.<br>OC agreed to do the payout per 4/21/25 email.<br>STATUS? |
| Engie | Disposed | Harris | 1244313 | 3/16/26 | Claimed damages of $70,177. Settling for $65,000.00 payable over 12 months secured by agreed judgment for $75,177 | Settled at $5,416.67 a month for 12 months until $65,000.00 paid in full. Secured by an agreed judgment. D |
| Fortiline (Burt Construction) | Disposed | Galveston | 23CV1946 | 6/23/25 | Mediated and settled for $313,000.00.<br>• payments of $10,000/mo beginning 6/15/25 for 13 months<br>• balloon of $100,000 due 7/15/26<br>• 10,000/mo from 8/15/26-3/15/27<br>• final payment of $3,000 on or before 4/15/27 | Didn't pay. See 12/12/25 email to Joshua and Jerome- JMK5 didn't pay June, only paid August. In default or Plaintiff will execute agreed judgment vs JMK5 |
| Galopoly | Disposed | Harris | 202507477 | 5/4/26 | Claimed damages of $7.5 mil. Negotiated for $5 mil payable by 9/2/25. If default- Plaintiff to file agreed judgment. | Mediated for final. JMK5 defaulted on payment. Agreed judgment filed, post discovery sent to Jerome and appointment of receiver sought. Hearing set for 1/9/26. See 11/20/25 email to Allie Rivers. |
| John Deere | Disposed | Galveston | CV0093829 | 1/12/26 | Claimed damages of $175,350.00. | Judge signed MSJ on 1/7/26 against JMK5. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Entered into settlement agreement on 1/5/26 for payment of $140,000.00 over 24 mos ($5833/mo) and Jerome to keep equipment. Secured by judgment for full amount owed of $175,350.00. | Settled for $140,000, payable at $5,833.00 a month for 23 months, secured by an agreed judgment. |
| Leaf Capital | Disposed | Tarrant | 048361410 225 | 9/28/26 | Claimed damages of $566,046.47. | MSJ granted against Jerome. |
| Martin Marrietta vs Pinnacle | Active | Galveston | CV0093422 | 7/30/25 | Negotiated settlement | • $5,000.00 on or before 4/15/25<br>• $5,000.00 on or before 5/15/25<br>• $5,000.00 on or before 7/15/25<br>• $5,536.32.00 on or before 8/15/25<br>• Nonsuit signed. Make sure paid. |
| North Mills | Active | Tarrant | 141357621 24 | 1/12/26 | Claimed damages of $1,430,726.77 plus interest and collection costs | MSJ granted 4/11/25 Damages of $1,430,726.77 awarded plus interest and attorney's fees<br>In Post-judgment process. |
| One Shoreline | Disposed | Harris | 202486390 | 4/6/26 | Claimed damages of $75,000.00 | Settled for $19,500.00. FULLY PAID AND NONSUITED. |
| PM Galveston | Disposed | Galveston | 24CV02363 | 2/23/26 | Claimed damages of $350,000.00 plus $17,159.72 in accrued interest as of 12/5/24 and late charges of $1,858.27, with interest accruing | MSJ granted against Jerome. In post-judgment. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | per diem at $165.27 a day. | |
| Greenworks (Pacewell) Lending vs JMK5 | Active | Galveston | 25CV1905 | Motion for default filed against JMK5 on 12/30/25 . | Claimed damages of $2,978.551.53 | MSJ being heard 5/19/26 via submission |
| Quantum Mechanical | Active | Galveston | 25CV2359 | 10/26/26 (jury) | Claimed damages-seeking to foreclose constitutional lien | Discovery sent out and responses DUE to OC by 5/20/26 |
| Radiant Storage | Disposed | Galveston | 24CV0721 | 2/18/26 (bench) | Plaintiff's claimed damages: $301,078.08 | Settled for $320,000, payable at $3,000/mo for 4 months starting September 2026, then $6,000/mo for 3 months starting January 2027, then $10,000/mo for 3 months starting April 2027. Balloon of $260,000 due July 1 2027, secured by agreed judgment |
| Rexel USA dba Meyer Electric | Active | Harris | 202423006 | 6/15/26 MTC filed for a Septemb er trial date | Plaintiff's claimed damages $78.578.02 | • Need to make a settlement offer |
| Ronald Malooly | Disposed | Galveston | 25CV0156 | | Plaintiff's claimed damages 4.33 mil | • Mediated for final. JMK5 defaulted under agreement. Receiver appointed. In post-judgment |
| Roy Mease | Active | Galveston | 25CV1295 | 11/30/26 | Plaintiff's claimed damages of $605,000 | • Need to make a settlement offer |

| | | | | | | |
|---|---|---|---|---|---|---|
| Silver City Funding | Active | Montgomery | 240508109 | 9/8/26 (2 week docket). | Plaintiff's claimed damages 6.25 mil Joint report filed w/ court and continuance requested. (hrg via submission 1/9/26) | • Now a deficiency action post foreclosure sales. Demanding per 12/8/25 email to Jerome on location of forklift/drystacks |
| Toyota Lift | Disposed | Harris | 202406142 | 10/13/25 | Plaintiff's claimed damages $47,388.73 | • Rule 11 was signed- JMK5 to pay $8,475.75 until paid off. JMK5 late 3 payments (December/Jan- to pay on Dec 8 and 2 on/before Jan 8), with final 2 payments due Feb 8 and March 8. |
| United Rentals | Active | Galveston | 24CV1299 | 1/21/26 | Plaintiff's claimed damages | Working through settlement. Talked to OC on 1/7/25. Need update on Pinnacle signing; united is good to accept payment plan by JMK5. |

| | | | | | | |
|---|---|---|---|---|---|---|
| US Foods vs The Jungle | Active | Galveston | CV0093661 | 3/16/26 (jury) | Plaintiff's claimed damages- $22,344.59 plus accrued interest | Settled for $11,000 at $2,200 a month for 5 months secured by an agreed judgment |
| US Foods vs Brick and Spoon | Disposed | Galveston | 24CV1755 | 9/29/25 | Plaintiff's claimed damages- $16,848.03 plus interest | Settled- 2 payments of $4,000 ($8,000 total) secured by an agreed judgment for $16,000 See email to Jerome dated 10/31/25 |
| Zann Commercial | Disposed | Harris | 202453327 | 8/19/25 | Plaintiff's claimed damages- $46,740.00 | Settled with payment plan of $4,764/mo for 10 months.<br><br>Did Jerome finish paying??? |

# CASES WITH NON QUANTIFIABLE DAMAGES

| | | | | | | |
|---|---|---|---|---|---|---|
| Stacy Teel vs JMK5 | Disposed | Galveston | 25CV0969 | Jerome was to notify insurance carrier | Default judgment granted against JMK5 as to liability on 11/13/25.<br><br>SC set for 2/5/26 | Judgments entered against JMK5/Jerome |
| Shantell Christian | Active | El Paso | 2024DCV3554 | No DCO | Wrongful death case. | No offer made. Jerome needs to handle. |
| JMK5 vs Mint | Active | Galveston | 25CV2075 | | Automatically stayed due to bankruptcy pending of Mint National Bank | Status conference 1/29/26 |
| JMK5 vs Plains State | Active | Galveston | 25CV0935 | | 7/20/26 (trial) | Judge signed Motion to Dissolve TI. Jerome needs to settle. |
| Spitzer Lighting | Active | Harris | 2025430867 | | Claimed damages of $20,515.36 | Not served yet. |
| 600 Gemini LLC | Active | Harris | 202543267 | | Request for TRO and TI Hearing | Not served yet. |
| Bros Repair | Active | Galveston | 25DC030384 | | Claimed damages of $3,386.38 | Motion for default filed against JMK5 on 11/21/25 |
| Houston Realty | Active | Harris | 2025902247 and 2025750477 | | Stayed due to Bankruptcy | |