# Exhibit 15

[RESERVED]