# Exhibit 1

**Top 20 Investor List – ILS Growth Fund I LP**

| Project | Account |
|---|---|
| ILS Growth Fund | Horizon Turf Grass Inc |
| ILS Growth Fund | R & R Turf Farms LP |
| ILS Growth Fund | William J Gavranovic Farms |
| ILS Growth Fund | Gavranovic Family Limited Partnership |
| ILS Growth Fund | All Seasons Turf Grass, Inc |
| ILS Growth Fund | Susan D Menke DB Plan |
| ILS Growth Fund | Douglas Krenek & Ramona Krenek |
| ILS Growth Fund | David Giesel |
| ILS Growth Fund | Timothy Krenek & Phyllis Krenek |
| ILS Growth Fund | Douglas B Temple & Angela D Temple |
| ILS Growth Fund | Tod Bower & Kristi Bower |
| ILS Growth Fund | Craig Lenhart & Joyce Lenhart |
| ILS Growth Fund | ILS GP LLC |
| ILS Growth Fund | Brede Interests LLC Series One |
| ILS Growth Fund | GoldStar Trust Company FBO Stephen C Horak IRA 182856688 |
| ILS Growth Fund | Four Special Daughters LP |
| ILS Growth Fund | Inspira Financial Trust, LLC Custodian FBO Craig A Lenhart SEP IRA 4800531 |
| ILS Growth Fund | Dale Allen & Jamie Allen |
| ILS Growth Fund | Horizon Grass Farms LTD |
| ILS Growth Fund | James L Cranek & Connie Cranek |

# Top 20 Investor List – ILS Income Fund I LP

| Project | Account |
|---|---|
| ILS Income Fund | Martin Riggle |
| ILS Income Fund | Lori L Pedersen IRA |
| ILS Income Fund | CJW Investment Trust |
| ILS Income Fund | Thomas E. Pedersen IRA |
| ILS Income Fund | IRA Florence LLC |
| ILS Income Fund | Mary Ann Kallus |
| ILS Income Fund | Archie R Beckett Jr Roth IRA |
| ILS Income Fund | Donald Wayne Pedersen Inherited IRA |
| ILS Income Fund | Sherri A Collis IRA |
| ILS Income Fund | Kelly D Bridenstine IRA |
| ILS Income Fund | Elizabeth G Nelson IRA |
| ILS Income Fund | Thomas E Pedersen & Lori L Pedersen |
| ILS Income Fund | Sukkar Family Qualified Holdings LLC |
| ILS Income Fund | Karen S Phelan SEP IRA |
| ILS Income Fund | Manveen Pal Sharma |
| ILS Income Fund | Calvin Lamensky IRA |
| ILS Income Fund | Herman D Weise & Nancy C Weise |
| ILS Income Fund | Calvin Lamensky IRA |
| ILS Income Fund | Ruger One Qualified Holdings LLC |
| ILS Income Fund | Tod Bower & Kristi Bower |