# Exhibit 2



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **ILS Income Fund I LP, *and* ILS Growth Fund I LP,** | § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § | **(Jointly Administered)** |

## IMPORTANT NOTICE TO ALL CREDITORS AND INVESTORS OF ILS INCOME FUND I LP AND ILS GROWTH FUND I LP

**Please read this notice. If you do nothing, you will stop receiving notices about this bankruptcy case. There is no deadline, but you should act as soon as you can.**

### Why am I getting this notice?

You are getting this notice because our records show you are a creditor or an investor in ILS Income Fund I LP ("*ILS Income*") or ILS Growth Fund I LP ("*ILS Growth*"), or both. A "creditor" is a person or business that is owed money. An "investor" is a person or business that put money into one of the funds. Both funds are in a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas. The two cases are being handled together under one case number: 25-37277 (EVR). The court calls this "jointly administered."

### What is changing?

Papers are filed with the court throughout a bankruptcy case. These papers are called "filings." They include requests to the court, court orders, and notices of hearings. Given the large number of investors in these cases, it has become cost prohibitive to continue to serve all papers on all of the investors. Going forward, you will only receive notice of these filings if you ask for them by completing the attached form. If you do not return the completed form, you will no longer receive notices about this case.

## What do I need to do?

1. Find the form attached to this notice. It is called "Notice of Appearance and Request for Notice" (Attachment A). A "notice of appearance" is a simple form that tells the court you want to be included in the case and want to receive copies of notices.
2. Fill in your full name (or your business name) on the first blank line.
3. Fill in the mailing address where you want notices sent.
4. Write the date, sign the form, and print your name and address at the bottom.
5. Make a copy of the completed form for your records.
6. Mail or deliver the original signed form to the court clerk at the address below. The "court clerk" is the office that receives and keeps the papers filed in the case.

## Where do I send the form?

**Court Clerk's Address:**

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208

## Is there a deadline?

No. There is no deadline to return the form. But you will not receive notices until the clerk receives your form. Notices sent before then may not reach you. Returning it soon is the best way to stay informed.

## What happens if I do nothing?

You will no longer receive notices of filings in this bankruptcy case. This means you may not learn about hearings, court orders, or other important events in the case.

## Other things to know

Returning this form only asks that you receive notices. It does not file a claim for money you are owed, and it does not change any rights you may have. If your address changes later, you should send the clerk an updated form. If you have questions about your own legal rights, you may wish to speak with a lawyer of your choice.

**Questions?**

If you have questions about this notice or the form, please contact:

Simon R. Mayer
Texas Bar Number 24060243
**Troutman Pepper Locke LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: Simon.Mayer@troutman.com

***Note: The contact person cannot give you legal advice.***

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ILS Income Fund I LP, and**<br>**ILS Growth Fund I LP** | § | **Case No. 25-37277 (EVR)** |
| | § | |
| | § | |
| **Debtor(s)** | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**Please take notice that _______________________________________________,**

**Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to ___________________________**

**______________________________________________________________________________**

**______________________________________________________________________________.**

**DATED: ____________________**

**______________________________________**
**Signature**

**______________________________________**
**Print Name**

**______________________________________**
**Address**
**______________________________________**

**______________________________________**

**SDTX (appear.ntc)**
**02/03/98**

# Exhibit A