**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **ILS Income Fund I LP, *and* ILS Growth Fund I LP,** | § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER GRANTING THE TRUSTEE'S MOTION TO LIMIT NOTICE**

The Court, having considered the *Trustee's Motion to Limit Notice*, any responses thereto, any arguments made at any hearing on this motion, and the record in this case, finds that (a) notice of the motion was appropriate under the circumstances; and (b) good cause exists to grant the requested relief. It is therefore

**ORDERED** that the notice required to be given in this case, unless otherwise ordered by the Court, shall be limited to (a) a party against whom relief is sought and its counsel, if known; (b) the Debtors, through their Counsel; (c) the Trustee; (d) any parties requesting and receiving notice through ECF; (e) all secured and unsecured creditors of each of the Debtors identified on the Debtors' schedules, including their notice parties; (f) any party known to be asserting an interest in property affected by the motion; (g) any party known to be claiming a lien on any property affected by the motion; (h) the top twenty (20) largest investors (by contribution amount) for each of the Debtors as identified on **Exhibit 1** to the Motion; (i) the U.S. Trustee through ECF; (j) any party who has filed a *Notice of Appearance and Request for Notice*; and (k) any party on whom the Court has ordered notice. It is further

**ORDERED** that the 20 largest unsecured creditors for each of the Debtors shall initially be determined by reviewing the Debtors' Schedules and then after the claims bar date has passed, by

reviewing the claims register for each case. It is further

**ORDERED** that the Trustee is authorized to mail the form of notice attached to the Motion as **Exhibit 2** to all known creditors, investors, and parties in interest in these Bankruptcy Cases. It is further

**ORDERED** that all parties wanting notice in the Bankruptcy Cases shall file a *Notice of Appearance and Request for Notice* in the ILS Income Fund I, LP bankruptcy case, Case No. 25-37277. A form of *Notice of Appearance and Request for Notice* is attached to this Order as **Exhibit A**. It is further

**ORDERED** that a form of *Notice of Appearance and Request for Notice* is also available on the Court's website at https://www.txs.uscourts.gov/sites/txs/files/appearntc.pdf. It is further

**ORDERED** that parties may mail their completed *Notice of Appearance and Request for Notice* to the Court Clerk for the Southern District of Texas at

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208

**ORDERED** that nothing in this Order shall limit the Court's authority to order either the Trustee or any other movant to serve a particular pleading or notice on all parties if the Court determines that service on all parties of such pleading or notice is warranted. And it is further

**ORDERED** that the Court retains jurisdiction over all aspects of this Order.

Signed:

______________________________
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT** **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ILS Income Fund I LP, and** | § | **Case No. 25-37277 (EVR)** |
| **ILS Growth Fund I LP** | § | |
| | § | |
| **Debtor(s)** | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**Please take notice that ______________________________________________, Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to ___________________________**

**_____________________________________________________________________________**

**_____________________________________________________________________________.**

**DATED: ______________________**

**_____________________________________________**
**Signature**

**_____________________________________________**
**Print Name**

**_____________________________________________**
**Address**
**_____________________________________________**

**_____________________________________________**

**SDTX (appear.ntc)**
**02/03/98**

# Exhibit A