**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **ILS Income Fund I LP, *and*** **ILS Growth Fund I LP,** | § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § | **(Jointly Administered)** |

**APPLICATION FOR EMPLOYMENT OF**
**MARC P. GORDON AS SPECIAL GALVESTON COUNTY FORECLOSURE**
**COUNSEL FOR THE ESTATE OF ILS GROWTH FUND I LP**

**This Motion seeks an order that may adversely affect you. If you oppose the Motion, you should immediately contact the moving party to resolve the dispute. If you and the Moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the Court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**To the Honorable Eduardo V. Rodriguez,**
**Chief United States Bankruptcy Judge:**

Ronald J. Sommers, the chapter 7 trustee (the "***Trustee***" or "***Applicant***") for the above-referenced bankruptcy estates hereby files his *Application for Employment of Marc P. Gordon. as Special Galveston County Foreclosure Counsel for the Estate of ILS Growth Fund I, LP* (the "***Application***"), effective September 29, 2026. In support of the Application, the Trustee would respectfully submit as follows:

## Summary of Relief Requested

1. The Trustee seeks authority to retain Marc P. Gordon ("***Gordon***") as his Special Counsel on an hourly basis for the purposes of advising and representing the Trustee in connection with foreclosing a certain deed of trust on real property located in Galveston County, Texas. The engagement is subject to the terms and conditions set forth in that certain engagement agreement, dated September 29, 2026, between Gordon and the Trustee (the "***Engagement Agreement***"). A true and correct copy of the Engagement Agreement is attached to this Application as **Exhibit 1**.

2. The relief requested in this Application is supported by the *Declaration of Marc P. Gordon in Support of the Trustee's Application for Employment of Marc P. Gordon as Special Galveston County Foreclosure Counsel for the Estate of ILS Growth Fund I LP* (the "***Gordon Declaration***") attached as **Exhibit 2**.

## Jurisdiction

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. The predicate for the relief requested in the Application is sections 327, 328, and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "***Bankruptcy Code***"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014–1 of the Local Bankruptcy Rules for the Southern District of Texas.

4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O). Since this is a core proceeding, the Bankruptcy Court has constitutional authority to enter final orders regarding the Application. Further, to the extent that the Court determines that it does not have authority to enter a final order on a portion or all of the Application, the Trustee requests that the Court issue

a report and recommendation for a final order to the United States District Court of the Southern District of Texas.

**Background**

**I. Procedural Background**

5. On December 1, 2025 (the "***Petition Date***"), ILS Income Fund I LP ("***ILS Income***") and ILS Growth Fund I LP ("***ILS Growth***", and collectively with ILS Income, the "***Debtors***") each filed voluntary petitions for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*. (the "***Bankruptcy Code***") thereby commencing Case Numbers 25-37277 and 25-37281 (collectively, the "***Cases***"), respectively, in the United States Bankruptcy Court (the "***Bankruptcy Court***").

6. Shortly thereafter, Ronald J. Sommers was appointed as the chapter 7 trustee of the ILS Income and ILS Growth bankruptcy estates (collectively, the "***Estates***").

7. On December 12, 2025, the Trustee filed a motion for joint administration of the Cases [Docket No. 6] (the "***Joint Administration Motion***"). On December 15, 2025, the Court ordered joint administration of the Cases under Case Number 25-37277. [Docket No. 7].

**II. Relevant Factual Background**

8. Prepetition, the Debtors primarily operated as real estate investment funds that invested in promissory notes secured by liens on commercial real property. The Debtors raised money for these investments by selling limited partnership units to accredited investors.

9. The notes in the Debtors' portfolios are secured by mortgages and deeds of trust against a number of commercial real properties located in several states. One of those properties is approximately 6.32 acres of commercial real property located at or near 10000 Emmett Lowry Expressway in Galveston County, Texas (the "**Property**"). The Trustee determined that it will be

more cost-effective for the Estate of ILS Growth to retain special counsel to conduct the foreclosure of the Property.

10. The employment of Gordon is required at this time to advise the Trustee on the Estate's rights under the deed of trust and Texas law and to initiate and conduct foreclosure proceedings against the Property, as determined by the Trustee.

11. The Trustee has selected Gordon because he has extensive experience with real estate transactional work, including foreclosures under Texas deeds of trust. The Trustee believes that Gordon can provide the ILS Growth Estate with the required legal expertise to allow the Trustee to pursue the appropriate foreclosure process in a prudent, efficient, and cost-effective manner.

12. Gordon maintains offices at 4545 Post Oak Place, Suite 304, Houston, Texas 77027. His office telephone number is 713-974-5595, and his office email address is mpgordon@marcgordonlaw.com.

13. Gordon will be the attorney-in-charge and will be responsible for the representation of the Trustee as set forth in this Application and the attached Engagement Agreement. He has extensive experience in transactions involving real property, including foreclosure sales.

14. Gordon is admitted to practice before all Texas State courts, the United States District Courts for the Southern District of Texas.

15. Accordingly, the Trustee believes that Gordon is well qualified to represent the Trustee.

16. The Trustee requests authority to engage Gordon to perform the services identified above, as set forth in more detail in the Engagement Agreement.

**Statement Regarding Connections to the Case**

17. Gordon did not represent the Debtors prior to or during this Case. Except as set forth in the Gordon Declaration, Gordon has no connection with the Debtors, their creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is a "disinterested person" within the definition of § 101(14) of the Bankruptcy Code on the matters for which it is to be engaged as special counsel. *See* Hamilton Declaration attached hereto as **Exhibit 2**.

**Terms of Engagement**

18. Gordon will be designated as attorney-in-charge and will be responsible for the representation of the Trustee by Gordon as set forth in this Application and the attached Engagement Agreement.

19. Gordon is being retained on an hourly fee basis. His hourly rate is $525.00.

20. Reimbursable expenses will be charged at the amounts incurred and no higher than the rates allowed by the Bankruptcy Local Rules of the Southern District of Texas.

21. Gordon acknowledges and understands that payment of its fees and expenses is subject to Bankruptcy Court approval, and it will be required to submit a fee application for approval prior to any payment on their incurred fees and expenses. The Trustee certifies, and Gordon understands, that no payment will be made to Gordon except on an order of this Court approving the fees and expenses incurred by Gordon. Gordon further acknowledges and understands that pursuant to 11 U.S.C. § 331, Gordon may only apply for interim compensation not more often than once every 120 days.

22. In reaching his decision, the Trustee evaluated the available resources of the ILS Growth Estate, the complexity of the matters to which Gordon is to be employed, and the anticipated costs related to the proposed transactions.

23. Under the circumstances, the Trustee believes that the terms of the proposed agreement are reasonable, prudent and in the best interests of the ILS Growth Estate.

**Conclusion**

For the reasons set forth above, the Trustee respectfully requests the entry of an order authorizing the Trustee to employ Gordon as special counsel under 11 U.S.C. §§ 327 and 328 and for all other and further relief, both at law and in equity, to which he may justly be entitled.

Respectfully submitted,

*/s/ Elizabeth M. Guffy*

Elizabeth M. Guffy
Texas Bar Number 08592525
**ELIZABETH M. GUFFY, ATTORNEY AT LAW**
1116 Autrey Street
Houston, Texas 77006
Telephone: 832-715-3654
Email: eguffy@eguffylaw.onmicrosoft.com

and

Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: Simon.Mayer@troutman.com

***Co-Counsel for***
***Ronald J. Sommers, Trustee***

**Certificate of Service**

I certify that on October 28, 2026, a copy of the foregoing document was served on the U.S. Trustee and on the parties listed below who are registered for electronic service via the Court's Electronic Case Filing System.

- T. Josh Judd on behalf of ILS Action Group of Investors
- Jeannie Andresen on behalf of City of Webster, Galveston County
- Daniel Joseph Gierut on behalf of Horizon Turf Grass Inc.
- Daniel Joseph Gierut on behalf of R&R Turf Farms LP
- Lydia R Webb on behalf of Donald Sutton
- Misty A. Segura on behalf of The Mint National Bank
- Richard A. Battaglia on behalf of Jet Lending LLC
- John Mark Stern on behalf of Texas Comptroller of Public Accounts Revenue Accounting Division
- Armistead Mason Long on behalf of Home Bank N.A.
- Jean Marie Smith on behalf of Home Bank N.A.
- Douglas James Buncher on behalf of Horizon Turf Grass Inc., and related parties
- Simon R. Mayer on behalf of Trustee Ronald J. Sommers
- Aaron J. Power on behalf of Good Bull Lending L.P.
- Reginald J. Fox on behalf of Intervenors
- W. Lee Keeling on behalf of Greg Garcia
- Elyse M. Farrow on behalf of ILS Income Fund I LP
- Elyse M. Farrow on behalf of ILS Growth Fund I LP
- Melissa Anne Haselden on behalf of ILS Income Fund I LP
- Melissa Anne Haselden on behalf of ILS Growth Fund I LP
- Ronald J Sommers
- US Trustee
- Nicholas Zugaro on behalf of Home Bank, N.A.
- Kim Ellen Lewinski on behalf of KJT Memorial Foundation
- Kyle L Dickson on behalf of Greenworks Lending LLC
- W Lee Keeling on behalf of Greg Garcia
- Elizabeth M. Guffy on behalf of Trustee Ronald J. Sommers

*/s/ Simon R. Mayer*
Simon R. Mayer