**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **ILS Income Fund I LP,** ***and*** **ILS Growth Fund I LP,** | § | **Case No. 25-37277 (EVR)** |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER AUTHORIZING EMPLOYMENT OF MARC P. GORDON AS SPECIAL GALVESTON COUNTY FORECLOSURE COUNSEL FOR THE ESTATE OF ILS GROWTH FUND I LP**
(Related to Docket No. ___)

The Court has considered the *Application for Employment of Marc P. Gordon as Special Galveston County Foreclosure Counsel for the Estate of ILS Growth Fund I LP* (the "***Application***")[1] filed by Ronald J. Sommers, the Trustee of the Estates, seeking authority to employ and appoint the law firm of Gordon as his special counsel, effective September 29, 2026, to represent him as the Trustee. It appears from the Application and the Declaration of Marc P. Gordon ("***Gordon***") that he has an office in Houston, Texas, and is duly admitted to practice in the relevant Texas courts, and that he represents no interest adverse to the Trustee, the Estates, or the United States Trustee in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interests of the Estates, and the scope of the engagement is one that requires retention of counsel. It is therefore:

**ORDERED** that the Engagement Agreement attached as **Exhibit 1** to the Application is approved pursuant to 11 U.S.C. §§ 327 and 328(a). It is further

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

**ORDERED** that Ronald J. Sommers, Trustee of the Estate of ILS Growth, be and hereby is authorized to employ Gordon as Special Galveston County Foreclosure Counsel to provide all necessary legal services to the Trustee as set forth in **Exhibit 1** to the Application and as described in the Application. It is further

**ORDERED** that Gordon shall not be compensated by the Estate for performing duties required to be performed by the Trustee. It is further

**ORDERED** that all requests for compensation from Gordon shall be filed with this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court. It is further

**ORDERED** that should the Trustee desire for Gordon to perform any additional professional services, other than those authorized herein, or should the Trustee desire to appoint additional counsel to perform legal services, leave is hereby granted to the Trustee to file such other applications or supplemental applications as may be necessary. And it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these Cases.

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge